United States District Court
Southern District of Texas
**ENTERED**
January 26, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT T. BROCKMAN, | § § | CIVIL ACTION NO. 4:22-cv-00202 |
| Plaintiff, | § | |
| | § § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § § | |
| USA, | § | |
| Defendant. | § | |

## ORDER OF TRANSFER

The motion by Plaintiff Robert T. Brockman to reassign this matter to the docket of Hon George Hanks is GRANTED. Dkt 13.

This case is TRANSFERRED to the docket of Hon George Hanks by agreement of the Judges.

SO ORDERED.

Signed on January 26, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge