IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT T. BROCKMAN, | ) |
| | ) Case No. 4:22-CV-202 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER DENYING MOTION AND DISMISSING COMPLAINT FOR JUDICIAL REVIEW AND ABATEMENT OF JEOPARDY ASSESSMENT AND JEOPARDY LEVY PURSUANT TO 26 U.S.C. § 7429

This comes before the Court on the Plaintiff's Complaint and Motion for Judicial Review and Abatement of Jeopardy Assessment and Jeopardy Levy Pursuant to 26 U.S.C. § 7429. The Court, having considered Plaintiff's motion, the United States' response, and all replies, **ORDERS** that the Plaintiff's motion is **DENIED**.

**IT IS FURTHER ORDERED** that the IRS's Notice of Jeopardy Assessment dated September 9, 2021, and the IRS's Notice of Jeopardy Levy dated September 9, 2021, are both upheld in full.

**IT IS FURTHER ORDERED** that the Plaintiff's Complaint is dismissed.

**ORDERED** this _____ day of February 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**GEORGE C. HANKS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**