IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ROBERT T. BROCKMAN, | ) | |
|---|---|---|
| | ) | Case No. 4:22-CV-202 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**INDEX FOR UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION FOR DETERMINATION ON COMPLAINT FOR JUDICIAL REVIEW AND ABATEMENT OF JEOPARDY ASSESSMENT AND JEOPARDY LEVY PURSUANT TO 26 U.S.C. § 7429**

| Gov. Exhibit No. | Description | Admitted |
|---|---|---|
| | Government Exhibit | |
| Gov 1 | Declaration of IRS Agent Paxton | |
| Gov 2 | Jeopardy Recommendation Report | |
| Gov 3 | Diagram of Brockman's Offshore tax avoidance empire | |
| Gov 4 | Trust Indenture dated May 21, 1981 | |
| Gov 5 | Spanish Steps Holdings Ltd. v. Point Investments Ltd; 2020: No. 300 | |
| Gov 6 | Form 8938 Statement of Specified Foreign Financial Assets 2017 and | |

1

| | | |
|---|---|---|
| **Gov 7** | Form 9423, February 2020, Collection Appeal Request | |
| **Gov 8** | Deed for the property located at 333 West Friar Tuck, Houston, Texas | |
| **Gov 9** | Copy of partition Deed dated December 30 1997 | |
| **Gov 10** | MLS sale listing for the property located at 333 West Friar Tuck, Houston, Texas, | |
| **Gov 11** | General Warranty Deed for 333 West Friar Tuck, Houston, TX | |
| **Gov 12** | Deed for 333 West Friar Tuck, Houston, TX | |
| **Gov 13** | MLS sale listing for the property located at 335 West Friar Tuck, Houston, Texas | |
| **Gov 14** | Deed for the property located at 1731 Sunset Blvd, Houston TX 77005 | |
| **Gov 15** | Partition agreement for the property located at 1731 Sunset Blvd, Houston TX 77005 | |
| **Gov 16** | October 2019 deed for the property located at 1731 Sunset Blvd, Houston TX 77005 | |
| **Gov 17** | MLS sale listing for the property located at 1731 Sunset Blvd, Houston TX 77005 | |
| **Gov 18** | May 2021 deed for the property located at 1731 Sunset Blvd, Houston TX 77005 | |
| **Gov 19** | General Warranty Deed for 3702 Inwood Dr., Houston, TX | |
| **Gov 20** | Property tax statement for the property located at 3702 Inwood Drive, Houston, Texas, | |
| **Gov 21** | Gift General Warranty Deed 3702 Inwood Drive, Houston, TX for Dorothy Kay Brockman | |

| | | |
|---|---|---|
| **Gov 22** | Warranty Deed from Mary Taylor Bosarge to Dorothy K. Brockman; 3465 Overbrook Lane, Houston, TX | |
| **Gov 23** | Property tax statement for the property located at 3465 Overbrook Lane, Houston TX 77027 | |
| **Gov 24** | Declaration of IRS Agent Sandles | |
| **Gov 25** | Bermuda Police Service, Statement of Witness Report | |
| **Gov 26** | Supreme Court of Bermuda; 2020: No. 37 dated March 26, 2020 | |
| **Gov 27** | November 17 2021 Supreme Court of Bermuda Judgment | |
| **Gov 28** | Form 8938 2020 Statement of Specified Foreign Financial Assets | |
| **Gov 29** | Notice of Jeopardy Assessment and Rights to Appeal Letter dated 9/9/2021 | |
| **Gov 30** | IRS Notice of Tax Liens in Colorado | |
| **Gov 31** | IRS Notice of Tax Liens in Harris County, Texas | |
| **Gov 32** | Schedule D 2020 Capital Gains and Losses | |
| **Gov 33** | A true and correct copy of portions of the IRS's wage and income transcript for Robert Brockman's 2020 tax year | |
| **Gov 34** | Tamine Hearing Transcript November 17, 2021 | |
| **Gov 35** | Tamine Hearing Transcript, November 17, 2021 | |
| **Gov 36** | Request for Administrative Review of Jeopardy Assessment | |
| **Gov 37** | IRS Letter dated October 27, 2021, to Kathryn Keneally | |
| **Gov 38** | Copies of correspondence and documents, Godderd | |
| | | |

| Exhibit No. | Description | Admitted |
|---|---|---|
|  | Attachment A – Brockman Income from Point Investments |  |
| A-5 | Cash report – Brockman Trust 1 |  |
| A-6 | Cash report – Brockman Trust 2 |  |
| A-7 | Cash report – Point Investments 1 |  |
| A-8 | Cash report – Point Investments 2 |  |
| A-9 | Significant Transaction Report – Brockman Trust |  |
| A-10 | Significant Transaction Report - Point |  |
| A-11 | Org – April 2016 Structure Charts |  |
| A-12 | Org – Chart – Point - Massengill-VEPFIV |  |
| A-13 | Org – ET Solicitor Letter – AEBCT - Point |  |
| A-14 | Org – ET Solicitor Letter – Point – Massengill - VEPFIV |  |
| A-15 | Org – Point Purpose Trust - Share Transfer Form |  |
| A-16 | Org – Point Purpose Trust – Trust Declaration |  |
| A-47 | Emails for approved capital calls |  |
| A-48 | Evatt Tamine Affidavit – 7.4.2020 |  |
| A-49 | Emails – Emails about Significant Transaction Report |  |
| A-50 | Emails – Emails sending RTB cash report |  |
| A-51 | RTB Performance Review for Tamine 2.5.2010 |  |
| A-52 | 2014 Compensation Memo and discussion |  |
| A-53 | 2014 Compensation Memo attachment |  |

| | | |
|---|---|---|
| **A-54** | RTB To Do List for Tamine 5.21.2011 | |
| **A-55** | Emails – RTB regarding Howard | |
| **A-56** | Emails – RTB replacing Tamine for Howard | |
| **A-57** | RTB To Do List for Tamine 5.16.2012 | |
| **A-58** | Emails – RTB regarding digital signatures | |
| **A-59** | Emails – Email from Don Jones regarding compensation and use of trusts | |
| **A-60** | Email where Brockman discusses taking a distribution | |
| **A-61** | Emails – RTB discusses banks | |
| **A-62** | Emails – RTB discusses aircraft | |
| **A-63** | Emails – RTB emails to Tamine re: BCB freeze 8.13.2017 | |
| **A-64** | Tamine Memorandum regarding the Bermuda Commercial Bank freeze dated July 29, 2018 | |
| **A-65** | Emails regarding Tamine's compensation | |
| **A-70** | Emails – RTB re: 250M | |
| **A-75** | Copy of an email regarding Massengill trusts, FATCA and Know Your Customer ("KYC") in 2013 from Tamine to Brockman | |
| **A-78** | Emails – RTB name change of trust | |
| **A-80** | Tamine 2015 Self Evaluation 6.16.2016 | |
| **A-82** | Inventory of Carlos Kepke correspondence | |
| **A-85** | Emails – re: Security Measures | |
| **A-88** | Emails – re: Destruction of records | |

| | | |
|---|---|---|
| A-90 | Indictment o Brockman | |
| A-92 | News Article – Dayton Daily News – Reynolds & Reynolds CEO facing federal charges | |
| A-93 | Robert Smith's Non-Prosecution Agreement | |
| A-94 | Carlos Kepke's indictment | |
| A-95 | Harris County – Mrs. Brockman Power of Attorney | |
| A-201 | Bank records – Point – Mirabaud – Acct Opening Form | |
| A-202 | Bank records – Point – Mirabaud – Acct Opening Form 2 | |
| A-204 | Bank records – Point – Mirabaud – Email sending Mirabaud userID and password | |
| A-302 | Bank records – Spanish Steps – Mirabaud – Acct Opening Form 2 | |

| Exhibit No. | Description | Admitted |
|---|---|---|
| | Attachment B – Brockman Income from Edge Capital Investments | |
| B-1.30 | Edge – BCB bank account statement, January 2011 | |
| B-4 | Edge Capital Docs | |
| B-5 | Articles of Incorporation | |
| B-6 | Edge-ByLaws | |
| B-7 | Edge-Deed of Assignment | |
| B-8 | Edge-Certificate of Incorporation | |
| B-9 | Inventory of Brockman Formation Documents (2011) | |
| B-10 | Edge Structure-Chart (early) | |

| | | |
|---|---|---|
| **B-11** | Edge Structure (revised) | |
| **B-12** | Edge KYC chart | |
| **B-13** | Edge Cash reports | |
| **B-14** | Edge – People & Asset Report | |
| **B-19** | 2008 emails Debt Purchase Plan emails | |
| **B-20** | 2008 RTB instructions to Tamine to use Edge | |
| **B-21** | 2009 RTB email to open Edge account | |
| **B-22** | 2009 emails Debt Purchase Plan emails | |
| **B-23** | RTB Performance Review for Tamine 2.8.2009 | |
| **B-35** | Regency Transaction Report 2010-2016 | |
| **B-39** | $265,000 Wire Transfer Detail | |
| **B-40** | $4,731,019 Wire Transfer Detail | |
| **B-41** | Brockman To Do List for Tamine May 9, 2010 | |
| **B-42** | Regency Structure Chart | |
| **B-43** | Legend Investments Significant Transaction Report | |
| **B-60** | Form 1120-201912-Henke Holdings LLC (select pages) | |
| **B-61** | Form 1120-201912-Mountain Queen Inc (select pages) | |

| **Exhibit No.** | **Description** | **Admitted** |
|---|---|---|
| | Attachment C – Brockman Income from Cabot Global Investments | |
| **C-1.2** | Cabot Global Investments Quickbooks Reports (w bookmarks) | |

| | | |
|---|---|---|
| C-3 | April 2016 Structure Charts (Cabot) | |
| C-4 | Cabot KYC Letter and Org Chart | |
| C-5 | Cabot Structure Chart 2010 | |
| C-7 | Cabot Significant Transaction Report | |
| C-9 | RTB Performance Review for Tamine 2.5.2010 | |
| C-10 | RTB To Do List for Tamine 3.19.2013 | |
| C-12 | Tamine Self Evaluation 2009 | |
| C-13 | RTB To Do List for Tamine 12.17.2011 | |
| C-15 | RTB email about controlling Cabot 3.6.3011 | |
| C-16 | Email transmitting Cabot QuickBooks to Brockman | |
| C-18 | RTB Email Convert all structures to Canadian dollar | |
| C-19 | RTB regarding Edge and Cabot accounts 4.26.2011 | |
| C-20 | RTB To Do List for Tamine 5.16.2012 | |
| C-21 | Emails regarding Cabot bank accounts | |
| C-22 | Quickbooks 3m payments to Tamine | |
| C-23 | Emails about Albula1 | |
| C-24 | Emails about Albula2 | |
| C-25 | Emails about Albula3 | |
| C-26 | Emails about Albula4 | |
| C-27 | Emails about Albula5 | |
| C-28 | Emails about Albula6 Ownership | |
| C-29 | Emails about Albula7 Ownership | |

| | | |
|---|---|---|
| **C-30** | Emails about Albula8 Fisheries | |
| **C-31** | Emails about Albula9 Employment Agreement | |
| **C-32** | Amended Employment Agreement | |
| **C-33** | Emails about Albula10 Offer | |
| **C-34** | Emails about Albula11 Offer Rejected | |
| **C-35** | Emails about Albula12 RTB rejects alternate yacht | |
| **C-36** | Emails about Albula ownership | |
| **C-37** | Emails about Albula1 Follow up | |
| **C-38** | Emails about Albula15 research purpose | |
| **C-39** | Quickbooks Report re: Albula payments | |
| **C-40** | Emails about Albula16 hull painting | |
| **C-41** | Emails about Albula17 medical equipment | |
| **C-42** | Emails about Albula18 crew performance reviews | |
| **C-43** | RTB To Do List for Tamine 1.18.2015 | |
| **C-44** | Tamine 2016 Self Evaluation 6.4.2017 | |
| **C-45** | Yacht-Cabot Mirabaud acct statements showing purchase of Yacht | |
| **C-46** | Regency management Bank statement | |
| **C-47** | Regency Transaction Report | |
| **C-48** | Settlement Statement – Frying Pan property $5M | |
| **C-49** | Email re: Lot 8 property offer | |
| **C-50** | RTB emails showing control | |
| **C-51** | Regency Structure Chart | |

| Exhibit No. | Description | |
|---|---|---|
| **C-52** | Quickbooks Report Cabot to Regency 12.1.2014 | |
| **C-53** | Quickbooks Report Cabot to Regency 9.26.2015 | |
| **C-54** | Quickbooks Report Cabot to Regency 4.20.2016 | |
| **C-55** | Quickbooks Report Cabot to Regency 10.24.2016 | |
| **C-56** | Sample Email approving monthly expenses | |
| **C-57** | Sample Email requesting approval of tenant | |
| **C-58** | Sample Email requesting approval for tax returns | |
| **C-60** | RTB To Do List for Tamine 4.26.2009 | |
| **C-61** | 2010 Emails about reorganizing Cabot | |
| **C-62** | 2010 Emails regarding Proposed Structure Changes | |
| **C-63** | 2012 Emails Clean Up Massengill Trusts | |
| **C-64** | Massengill-2013 email ET to RB re: common shares | |
| **C-65** | Tamine 2013 Self Evaluation 3.10.2014 | |

| **Exhibit No.** | **Description** | **Admitted** |
|---|---|---|
| | Attachment D – Brockman Dividend Income from 2004 Recharacterized Stock Redemption | |
| **D-1** | UCS letter re: Hotrod plan 12-2002 | |
| **D-3** | VEF III ownership structure | |
| **D-4** | Letter to Howard requesting approval of Hotrod 06-2004 | |
| **D-5** | Cabot Structure Chart 2010 (1) | |
| **D-6** | April 2016 Structure Charts (Cabot) | |

10

| | | |
|---|---|---|
| **D-7** | Cabot KYC Letter and Org Chart | |
| **D-8** | Inventory of Brockman Formation Documents (2011) | |
| **D-9** | 2010 Emails about reorganizing Cabot | |
| **D-10** | 12.2.2012 Email-Clean Up Massengill Trusts | |
| **D-11** | Massengill-email ET to RB re: common shares | |
| **D-17** | 2004 Stock Repurchase Agreement (stock redemption)- selected pages | |
| **D-18** | 2006 Stock Purchase Agreement (reversal sale) | |
| **D-21** | VEFIII Shares buyback 06-2006 | |
| **D-27** | Destruction of Hot Rod records | |