# GOV

# EXHIBIT

# 11

Y316848
03/11/05   100737428                              $22.00

*NOTICE OF CONFIDENTIALITY RIGHTS:*
*If you are a natural person, you may remove or strike any of the following*
*information from this instrument before it is filed for record in the public records:*
*your social security number or your driver's license number.*

## GENERAL WARRANTY DEED

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

That, M. Russ Robinson and Leslie W. Robinson (also known as Leslie Weinstein Robinson), husband and wife, of Harris County, Texas, (herein collectively called "Grantors"), for and in consideration of the sum of Ten and No/1OO Dollars ($10.00) and other good and valuable consideration paid to the Grantors by Grantee herein named, the receipt of which is hereby acknowledged, HAVE GRANTED, SOLD AND CONVEYED, and by these presents DO GRANT, SELL, AND CONVEY unto Dorothy K. Brockman, as her sole and separate property, whose address is 333 West Friar Tuck, Houston, Texas 77024 (herein called "Grantee") all of the following described real property (herein called "Subject Property") in Harris County, Texas, "as-is" and "where-is," to-wit:

> 1.6774 acres out of Lot Eight of Sherwood Forest, Section "D", an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 23, Page 4 of the Map Records of Harris County, Texas and being more particularly described by metes and bounds on Exhibit "A" attached hereto and incorporated herein for all purposes.

This conveyance is made and accepted subject to (i) all easements, ordinances, restrictions, encumbrances, access limitations, covenants, conditions, royalty and mineral reservations affecting the Subject Property and the use and ownership of the Subject Property, which appear on Exhibit "B" attached hereto and incorporated herein for all purposes, to the extent they are in effect and relate to the Subject Property, (ii) all matters a current inspection or survey of the Subject Property would reveal and (iii) current taxes and assessments not yet delinquent and taxes and assessments for subsequent years.

TO HAVE AND TO HOLD the Subject Property, together with all and singular the rights and appurtenances thereto in anywise belonging unto the Grantee, her heirs and assigns forever, and Grantors, individually and severally in regard to the undivided interest of Grantors in the Property and not with respect to the undivided interest of any other person therein, do hereby bind themselves and their heirs and assigns, to WARRANT AND FOREVER DEFEND all and singular the Subject Property unto the Grantee, her heirs and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

G720/GWD.MRR

AFTER RECORDING:
HOLD FOR
CHARTER TITLE COMPANY
GF _____
Closer: _____



**Government Exhibit**

11

BY ACCEPTANCE OF THIS DEED GRANTEE UNDERSTANDS AND AGREES THAT, SAVE AND EXCEPT FOR THE WARRANTIES OF TITLE PROVIDED HEREIN, NEITHER GRANTORS NOR ANYONE ON BEHALF OF GRANTORS IS MAKING, AND GRANTORS SPECIFICALLY DISCLAIMS, ANY WARRANTIES OR REPRESENTATIONS OF ANY KIND OR CHARACTER, EXPRESS OR IMPLIED, WITH RESPECT TO THE ABOVE DESCRIBED PREMISES, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OR REPRESENTATIONS AS TO MATTERS OF PHYSICAL OR ENVIRONMENTAL CONDITIONS, THE VALUE, MERCHANTABILITY, SUITABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE OF THE ABOVE DESCRIBED PREMISES, AND THE MANNER, QUALITY, STATE OF REPAIR OR LACK OF REPAIR OF THE ABOVE DESCRIBED PREMISES. GRANTEE HAS NOT RELIED UPON AND WILL NOT RELY UPON, EITHER DIRECTLY OR INDIRECTLY, ANY REPRESENTATION OR WARRANTY OF GRANTORS OR ANY AGENT OF GRANTORS.

GRANTEE REPRESENTS THAT IT IS A KNOWLEDGEABLE PURCHASER OF REAL ESTATE AND THAT IT IS RELYING SOLELY UPON ITS OWN EXPERTISE AND THAT OF GRANTEE'S CONSULTANTS IN PURCHASING THE ABOVE DESCRIBED PREMISES.  GRANTEE HAS CONDUCTED SUCH INSPECTIONS AND INVESTIGATIONS OF THE ABOVE DESCRIBED PREMISES AS GRANTEE DEEMS NECESSARY, INCLUDING, BUT NOT LIMITED TO, THE PHYSICAL AND ENVIRONMENTAL CONDITIONS THEREOF, AND SHALL RELY SOLELY UPON SAME.  GRANTEE ACKNOWLEDGES AND AGREES THAT GRANTORS ARE SELLING AND CONVEYING TO GRANTEE, AND GRANTEE SHALL ACCEPT, THE ABOVE DESCRIBED PREMISES "AS IS" WHERE IS," WITH ALL FAULTS.

GRANTEE FURTHER ACKNOWLEDGES AND AGREES THAT THERE ARE NO ORAL AGREEMENTS, WARRANTIES OR REPRESENTATIONS, COLLATERAL TO OR AFFECTING THE ABOVE DESCRIBED PREMISES BY GRANTORS, ANY AGENT OF GRANTORS OR ANY THIRD PARTY.

Ad valorem taxes on the Subject Property for the calendar year 2005, which have been prorated, are hereby assumed by Grantee.

EXECUTED this __9__ day of March, 2005.

_____
Leslie W. Robinson

G720/GWD.MRR                    2

M. Russ Robinson by Leslie W. Robinson,
his attorney-in-fact



THE STATE OF TEXAS      §
                        §
COUNTY OF HARRIS        §

     This instrument was acknowledged before me on the 9th day of March, 2005, by Leslie W. Robinson, individually and as agent and attorney-in-fact for M. Russ Robinson.

Notary Public in and for the
State of T E X A S

THE STATE OF TEXAS      §
                        §
COUNTY OF HARRIS        §

     This instrument was acknowledged before me on the ___ day of March, 2005, by Leslie W. Robinson as attorney-in-fact for M. Russ Robinson.

Notary Public in and for the
State of T E X A S

G720/GWD.MRR                    3

Exhibit "A"

1.6774 acres out of Lot Eight (8), of SHERWOOD FOREST, Section "D", an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 23, Page 4 of the Map Records of Harris County, Texas and being more particularly described by metes and bounds as follows:

BEGINNING at a found 1/2 inch iron rod marking the northwesterly corner of said Lot 8;

Thence South 46 deg. 30 min. East-209.52 feet along the most westerly line of said Lot 8, to a found 3/4 inch iron pipe for corner;

Thence North 54 deg. 30 min. East-50.00 feet along the most southerly line of said Lot 8, to a found 5/8 inch iron rod for angle point;

Thence North 39 deg. 14 min. East-150.00 feet continuing along the most southerly line of said Lot 8, to a found 3/4 inch iron pipe for angle point;

Thence North 40 deg. 04 min. East-45.00 feet continuing along the most southerly line of said Lot 8 to a found 3/4 inch iron pipe for angle point;

Thence North 46 deg. 24 min. East-63.07 feet continuing along the most southerly line of said Lot 8, to a found 5/8 inch iron rod for corner being a point on a curve having a central angle of 16 deg. 28 min. 10 sec. and having a radius of 436.05 deg., the center of said curve being located on radial line bearing North 79 deg. 07 min. 39 sec. East from said point;

Thence in a northerly direction along the westerly right-of-way line of West Friar Tuck Lane (60 feet wide) for an arc distance of 125.34 feet to a found 3/4 inch iron rod for corner;

Thence North 84 dge. 25 min. West-150.00 feet along the most northerly line of said Lot 8, to a found 1/2 inch iron rod for corner;

Thence South 43 deg. 30 min. West-300.95 feet, along the most southerly line of Lot 7, of said Section "D", Sherwood Forest, to the Point of Beginning and containing 1.6774 acres (73,067 square feet) of land, more or less.



## Exhibit "B"

1. Restrictions recorded in Volume 23, Page 4 of the Map Records of Harris County, Texas. and in Volume 1493, Page 243 and Volume 1881, Page 3 of the Deed Records of Harris County, Texas and filed under Harris County Clerk's File No. E985104.

2. An unobstructed easement 10 feet wide along the southwesterly property line and an unobstructed aerial easement 20 feet wide centered on the 10 foot wide easement, together with down guy anchor, granted to Houston Lighting and Power Company by instrument recorded in Volume 1811, Page 649 of the Deed Records of Harris County, Texas.

3. Terms, conditions and stipulations contained in that certain Boundary Line Agreement dated July 1, 1997, executed by and between Alfred L. Deaton III and wife, Elizabeth Evans Deaton and Russ Robinson and wife, Leslie Weinstein Robinson, filed for record under Harris County Clerk's File Nos. S528628 and corrected under S541812.

4. Building set back line of 50 feet along the front property line, as set out on plat thereof recorded in Volume 23, Page 4 of the Map Records of Harris County, Texas.

5. Annual Maintenance Charge and Special Assessments payable to Sherwood Forest Home Owners Association as set forth in instrument recorded in Volume 1881, Page 3 of the Deed Records of Harris County, Texas and filed under Harris County Clerk's File No. E985104 and additionally secured by a Vendor's lien as set forth therein.

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me, and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas on

MAR 1 1 2005

COUNTY CLERK
HARRIS COUNTY, TEXAS

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

G720.Exhibit.B

# GOV

# EXHIBIT

# 12

RP-2020-613131
12/14/2020   ER   $26.00

# GENERAL WARRANTY DEED

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

STATE OF TEXAS              §
                           §
COUNTY OF HARRIS           §

**DOROTHY K. BROCKMAN AND ROBERT THERON BROCKMAN, WIFE AND HUSBAND** (collectively "Grantor", whether one or more), for and in consideration of the sum of Ten and No/100 Dollars ($10.00), and other good and valuable consideration paid to Grantor by **CAROLE WALTER LOOKE AND CECIL JAMES LOOKE III** (collectively "Grantee", whether one or more), whose address is **1100 Louisiana, Suite 320, Houston TX. 77002** , the receipt and sufficiency of which are hereby acknowledged and confessed, subject to the exceptions, liens, encumbrances, terms and provisions hereinafter set forth and described, has **GRANTED, BARGAINED, SOLD and CONVEYED,** and by these presents does hereby **GRANT, BARGAIN, SELL and CONVEY,** unto Grantee that certain real estate consisting of the land situated in Harris County, Texas, and being more particularly described in Exhibit "A" attached hereto and incorporated herein by reference for all purposes and all fixtures and improvements situated thereon (such land and improvements being hereinafter referred to collectively as the "Property").

**Consideration:** Ten dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged.

**Exceptions to Conveyance and Warranty:** This conveyance is made subject and subordinate to all easements, restrictions, and other exceptions shown of record in Harris County, Texas ("Permitted Exceptions"), but only to the extent they affect or relate to the Property, and without limitation or expansion of the scope of the warranty herein contained.

**TO HAVE AND TO HOLD** the Property, subject to the Permitted Exceptions, unto Grantee, and Grantee's successors and assigns, forever; and Grantor does hereby bind Grantor, and Grantor's successors, to **WARRANT and FOREVER DEFEND,** all and singular, the Property, unto Grantee, and Grantee's successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

Ad valorem taxes and assessments for the current year having been prorated between Grantor and Grantee, and Grantee, by its acceptance hereof, does hereby assume and agree to pay any and all ad valorem taxes and special assessments pertaining to the Property for the current calendar year and subsequent years.

UNOFFICIAL COPY

Government Exhibit

12

CTT20734026

**EXECUTED** as of the 11th day of December 2020

GRANTOR:



_____
DOROTHY K. BROCKMAN

_____
DOROTHY K. BROCKMAN as Agent and
Attorney in Fact for ROBERT THERON
BROCKMAN

STATE OF TEXAS       §
                            §
COUNTY OF HARRIS     §

     This instrument was acknowledged before me on the 11th day of December 2020, by DOROTHY K. BROCKMAN Individually, and as Agent and Attorney in Fact for ROBERT THERON BROCKMAN, personally known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument.

ROBERT JAMES COLLIER
Notary Public, State of Texas
Notary ID # 125264202
Expires April 13, 2021

_____
Notary Public in and for the State of Texas

## EXHIBIT A

### Legal Description of Real Property

1.6774 acres out of Lot Eight (8), of SHERWOOD FOREST, Section "D", an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 23, Page 4 of the Map Records of Harris County, Texas and being more particularly described by metes and bounds as follows;

BEGINNING at a found 1/2 inch iron rod marking the northwesterly corner of said Lot 8;

Thence:  South 46 deg. 30 min. East-209.52 feet along the most westerly line of said Lot 8, to a found 3/4 inch iron pipe for corner;

Thence:  North 54 deg. 30 min. East-50.00 feet along the most southerly line of said Lot 8, to a found 5/8 inch iron rod for angle point;

Thence:  North 39 deg. 14 min. East-150.00 feet continuing along the most southerly line of said Lot 8, to a found 3/4 inch iron pipe for angle point;

Thence:  North 40 deg. 04 min. East-45.00 feet continuing along the most southerly line of said Lot 8 to a found 3/4 inch iron pipe for angle point;

Thence:  North 46 deg. 24 min. East-63.07 feet continuing along the most southerly line of said Lot 8, to a found 5/8 inch iron rod for corner being a point on a curve having a central angle of 16 deg. 28 min. 10 sec. and having a radius of 436.05 deg., the center of said curve being located on radial line bearing North 79 deg. 07 min. 39 sec. East from said point;

Thence:  In a northerly direction along the westerly right-of-way line of West Friar Tuck Lane (60 feet wide) for an arc distance of 125.34 feet to a found 3/4 inch iron rod for corner;

Thence:  North 84 deg . 25 min. West 150.00 feet along the most northerly line of said Lot 8, to a found 1/2 inch iron rod for corner;

Thence:  South 43 deg. 30 min. West  300.95 feet, along the most southerly line of Lot 7, of said Section "D", Sherwood Forest, to the Point of Beginning and containing 1.6774 acres (73,067 square feet) of land, more or less.

RP-2020-613131

UNOFFICIAL COPY



RP-2020-613131

# Pages 4

12/14/2020 02:40 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees   $26.00

RP-2020-613131

**UNOFFICIAL COPY**

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS

# GOV

# EXHIBIT

# 13

**Government Exhibit**

13

← Search

← Search    **Overview**    Property Details    Public Facts    Sale & Tax History    Schools



SOLD DEC 11, 2020

Street View



**335 West Friar Tuck,** Houston, TX 77024



| **$4,031,625** | — | — | **1.55** |
|---|---|---|---|
| Redfin Estimate | Beds | Baths | Acres (Lot) |

**Off Market**

This home was last listed for $3,999,000 on Dec 11, 2020.

## edfin Estimate for 335 West Friar Tuck

Edit Home Facts to improve accuracy.

**$4,031,625**

October 2021

Track This Estimate

1 year    5 years

$4.5M

$4.0M

$3.5M

# GOV

# EXHIBIT

# 14

HOLD:
OLD REPUBLIC NATIONAL
TITLE INSURANCE COMPANY
K. GOOD
GF # 1100/312

2011017521.4
05/02/2011 RP2 $53.00

## GENERAL WARRANTY DEED

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

THAT CAROLYN MONROE aka CAROLYN JEAN MONROE and JONATHAN B. CLARK aka JONATHAN BAILEY CLARK (hereinafter referred to, collectively, as "Grantors"), for and in consideration of the sum of Ten Dollars ($10.00) cash and other good and valuable consideration to them paid by ROBERT T. BROCKMAN and DOROTHY KAY BROCKMAN (hereinafter referred to, collectively, as "Grantees"), whose mailing address is 6700 Hollister, Houston, Texas 77040, have GRANTED, SOLD, CONVEYED and ASSIGNED, and by these presents do GRANT, SELL, CONVEY and ASSIGN, unto Grantees that certain property located in Harris County, Texas, described in Exhibit A hereto, by reference made a part hereof, together with all improvements and fixtures thereon (all of the foregoing being hereinafter referred to, collectively, as the "Property"), together with all and singular the rights and appurtenances pertaining thereto, including any right, title and interest of Grantors in and to that portion of any public streets adjacent to the Property.

This conveyance is made by Grantors and accepted by Grantees subject to the matters set forth in Exhibit B hereto, by reference made a part hereof (hereinafter referred to, collectively, as the "Permitted Encumbrances"), to the extent that the same affect the Property, remain in effect and are valid and enforceable.

EXCEPT FOR THE REPRESENTATIONS BY GRANTORS SET FORTH IN THAT CERTAIN ONE TO FOUR FAMILY RESIDENTIAL CONTRACT (RESALE) EFFECTIVE AS OF MARCH 22, 2011, AS AMENDED, BY AND BETWEEN GRANTORS AND GRANTEES, AND THE GENERAL WARRANTY OF TITLE CONTAINED IN THIS DEED (SAID REPRESENTATIONS AND WARRANTIES BEING HEREINAFTER REFERRED TO, COLLECTIVELY, AS THE "EXPRESS WARRANTIES), GRANTEES, BY ACCEPTANCE OF THIS DEED, AGREE THAT GRANTEES ARE ACQUIRING THE PROPERTY IN ITS PRESENT "AS IS, WHERE IS" CONDITION AND THAT GRANTORS MAKE NO OTHER EXPRESS OR IMPLIED REPRESENTATIONS OR WARRANTIES REGARDING THE CONDITION OF THE PROPERTY, INCLUDING, WITHOUT LIMITATION, ANY REPRESENTATION OR WARRANTY AS TO MERCHANTABILITY OF THE PROPERTY OR THE FITNESS THEREOF FOR A PARTICULAR PURPOSE.

TO HAVE AND TO HOLD the Property, together with all and singular the rights and appurtenances thereto in anywise belonging, unto Grantees, their heirs and assigns, forever; and, subject to the Permitted Encumbrances, Grantors do hereby bind themselves, their heirs to WARRANT and FOREVER DEFEND all and singular the Property unto the said Grantees, their heirs and assigns, against every person whomsoever lawfully claiming or to claim the same, or any part thereof.

EXECUTED effective as of the 29th day of April, 2011.

HOU03:1268253.2

1

Government
Exhibit
14

_____
Carolyn Monroe aka Carolyn Jean Monroe

_____
Jonathan B. Clark aka Jonathan Bailey Clark


THE STATE OF TEXAS            §
                              §
COUNTY OF HARRIS              §

    This instrument was acknowledged before me on the _28_ day of April, 2011, by Carolyn Monroe aka Carolyn Jean Monroe.

_____
Notary Public in and for the State of Texas

KRISTA GOOD
_____
Printed or Typed Name of Notary

My Commission Expires:

3·10·13
_____

KRISTA GOOD
Notary Public, State of Texas
My Commission Expires
March 10, 2013

UNOFFICIAL COPY

RP 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

THE STATE OF TEXAS        §
                         §
COUNTY OF HARRIS          §

     This instrument was acknowledged before me on the 28 day of April, 2011, by Jonathan B. Clark aka Jonathan Bailey Clark.

_____
Notary Public in and for the State of Texas



KRISTA GOOD
_____
Printed or Typed Name of Notary

My Commission Expires:

3·10·13
_____

UNOFFICIAL COPY

RP 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

## EXHIBIT A

TRACT 1:

Lot Nine (9), in Block One (1) of CHEYNE WALK SEC. 2, AMENDING PLAT NO. 1, a subdivision in Harris County, Texas, according to the map or plat thereof recorded in Film Code No. 587191 of the Map Records of Harris County, Texas.

TRACT 2:

Easement Rights and Benefits Appurtenant to Tract 1 as created in instrument filed under County Clerk's File No. X903766, as Annexed and Amended by instrument filed under County Clerk's File No. Z140366, as further Annexed and Amended by instrument filed under County Clerk's File No. Z449270 and further Amended by instruments filed under Harris County Clerk's File Nos. 20070035960 and 20100184479.

RP 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

UNOFFICIAL COPY

FILED
2011 MAY -2 PM 1: 22
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

## EXHIBIT B

## PERMITTED ENCUMBRANCES

1. Restrictive covenants set forth in instrument recorded in Film Code No. 587191 of the Map Records of Harris County, Texas, and in instruments filed for record under Harris County Clerk's File Nos. X903766, Z140366, Z449270, 20070035960 and 20100184479.

2. The following matters reflected on the recorded plat filed under Film Code No. 587191 of the Map Records of Harris County, Texas:

   (a) Building set back line ten (10) feet wide along the southerly property line.

   (b) Garage building set back line seventeen (17) feet wide along the southerly property line.

   (c) A utility easement five (5) feet in width located along the northerly property line.

3. Dedication of Homeowners Common Area Agreement, as set forth by instrument filed for record under Harris County Clerk's File No. Y718363.

4. Terms and provisions of Reciprocal Roadway / Shared Drive Easements, as set forth by instruments filed for record under Harris County Clerk's File Nos. Z140367 and Z449271.

5. Cable Television Service & Right of Entry Agreement, by and between Texas and Kansas City Cable Partners, L.P. dba Time Warner Cable-Houston Division and Houston Sunset Development II LP, as set forth in instrument filed for record under Harris County Clerk's File No. Z150853.

6. Easement for minor encroachments created by construction settling and overhang of improvements as set out in instrument filed for record under Harris County Clerk's File No. X903766.

7. Maintenance charge, including special assessments for capital improvements, secured by a vendor's lien as set forth in instrument filed for record under Harris County Clerk's File No. X903766, payable to Cheyne Walk Community Association, Inc. (said lien being subordinated to purchase money and/or improvement liens therein).

8. Encroachment and Boundary Line Agreement dated April 27, 2011, by and among Carolyn Monroe aka Carolyn Jean Monroe, Jonathan B. Clark aka Jonathan Bailey Clark, David J. Fine and Susan G. Fine, filed or to be filed in the Official Public Records of Harris County, Texas.

9. The following matters as reflected on survey of the Property dated April 7, 2011, made by James M. Boswell, Registered Professional Land Surveyor No. 5794:

   (a) Encroachment of brick walkway into five foot (5') utility easement along northerly property line of the Property; and

   (b) Protrusion of wrought iron fence over the northerly property line of the Property.

RECORDER'S MEMORANDUM:
At the time of recordation, this Instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas

MAY -2 2011



Sta Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

HOU03:1268253.2

5

RP 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

# GOV

# EXHIBIT

# 15

RP-2019-460848

RP-2019-460848
10/17/2019   ER   $24.00

## AGREEMENT PARTITIONING CERTAIN
## EXISTING COMMUNITY PROPERTY

### (1731 Sunset Boulevard, Houston, Texas 77005)

WHEREAS, Robert Theron Brockman, a/k/a Robert T. Brockman ("**Husband**"), and Dorothy Kay Brockman ("**Wife**"), both residents of Harris County, Texas, now own as community property (in addition to other community property, which this agreement shall not affect) the following described real property interests together with all appurtenant rights including rents and profits therefrom (the "**Property**"):

TRACT 1:
Lot Nine (9), in Block One (1) of CHEYNE WALK SEC. 2, AMENDING PLAT NO. 1, a subdivision in Harris County, Texas according to the map or plat thereof recorded in Film Code No. 587191 of the Map Records of Harris County, Texas.

TRACT 2:
Easement Rights and Benefits Appurtenant to Tract 1 as created in instrument filed under County Clerk's File No. X903766, as Annexed and amended by instrument filed under County Clerk's File No. Z140366, as further Annexed and Amended by instrument filed under County Clerk's File No. Z449270 and further Amended by instruments filed under Harris County Clerk's File Nos. 20070035960 and 20100184479.

WHEREAS, Husband and Wife desire to partition the Property between themselves so that each will own one half of the Property as his or her sole and separate property; and

NOW, THEREFORE, in consideration of the promises and other good and valuable consideration and pursuant to Section 4.102 of the Texas Family Code and Article 16, Section 15 of the Constitution of the State of Texas (Tex. Const. art. XVI, § 15), the Property is hereby partitioned between Husband and Wife into two equal shares, and each of Husband and Wife shall hold and possess, a fifty percent (50%) undivided interest in the Property together with rights to receive all future income and property derived from such interest, as his or her separate property, respectively.

Husband does hereby grant, release, and confirm unto Wife and to her heirs and assigns fifty percent (50%) of all rights, and interest in such Property, to have and to hold the same, together with all and singular, the hereditaments and appurtenances thereto belong forever, and Wife does hereby grant, release, and confirm unto Husband and to his heirs and assigns one-half of all rights, and interest in such property, to have and to hold the same, with all and singular, the hereditaments and appurtenances thereto belong forever.

Wife and Husband have agreed to prorate property taxes for the year 2019 as described herein. Responsibility for property taxes through and including the date of partitioning and conveyance shall remain with Husband and Wife's community estate, and Wife is responsible

1

**Government Exhibit**

15

for property taxes beginning the day following the partitioning and conveyance and thereafter. Funds from the community and funds from Wife shall be used in such proportions to pay the 2019 property tax bill, directly.

**EACH PARTY TO THIS AGREEMENT ACKNOWLEDGES THAT HE OR SHE WAS PROVIDED A FAIR AND REASONABLE DISCLOSURE OF THE PROPERTY OR FINANCIAL OBLIGATIONS OF THE OTHER PARTY. EACH PARTY VOLUNTARILY AND EXPRESSLY WAIVES ANY RIGHT TO DISCLOSURE OF THE PROPERTY OR FINANCIAL OBLIGATIONS OF THE OTHER PARTY BEYOND THE DISCLOSURE PROVIDED. EACH OF THE PARTIES HEREBY RELEASES TO THE OTHER ALL OF HIS OR HER RIGHTS, TITLES, AND INTERESTS IN AND TO THE PROPERTY PARTITIONED AND SET APART TO THE OTHER PARTY UNDER THIS PARTITION AGREEMENT.   EACH PARTY TO THIS AGREEMENT UNDERSTANDS THAT BY SIGNING THIS DOCUMENT HE OR SHE MAY PERMANENTLY SURRENDER PROPERTY RIGHTS OR CLAIMS HE OR SHE WOULD OTHERWISE HAVE UNDER TEXAS LAW.**

**Husband and Wife do hereby verify and acknowledge that they have carefully read this Agreement, and that they fully understand it.  Each Party verifies and acknowledges that he or she has been advised of the potential conflict of interest between the Parties, has had ample opportunity to retain his or her own separate, independent legal counsel of his or her own choice, but has elected to waive any potential conflict of interest and to not retain separate, independent legal counsel.  Each Party further verifies and acknowledges that he or she has either (i) been fully advised by the Parties' joint legal counsel of the meaning, terms and legal consequences of this Agreement or (ii) chosen to not be advised by legal counsel and hereby freely, expressly and voluntarily waives any right to claim any conflict of interest or his or her failure to obtain the advice of separate, independent legal counsel as the basis for setting aside, or challenging the validity or enforceability of, this Agreement.**

[REMAINDER OF PAGE BLANK; SIGNATURES FOLLOW]

RP-2019-460848

2

IN WITNESS WHEREOF, the parties have executed this Agreement on the 15 day of October, 2019.

**Husband:**

_R. T. Brockman_
Robert Theron Brockman
a/k/a Robert T. Brockman

**Wife:**

_Dorothy Kay Brockman_
Dorothy Kay Brockman

STATE OF TEXAS
§
§
§
COUNTY OF HARRIS

This instrument was acknowledged before me on the 15 day of October, 2019, by Robert Theron Brockman a/k/a Robert T. Brockman.

> KASEY TAYLOR HIRL
> NOTARY ID #13066168-4
> My Commission Expires
> May 13, 2020

_Kasey Hirl_
Notary Public, State of Texas

STATE OF TEXAS
§
§
§
COUNTY OF HARRIS

This instrument was acknowledged before me on the 15 day of October, 2019, by Dorothy Kay Brockman.

_Kasey Hirl_
Notary Public, State of Texas



> KASEY TAYLOR HIRL
> NOTARY ID #13066168-4
> My Commission Expires
> May 13, 2020

Signature Page to Partition Agreement
(1731 Sunset Boulevard, Houston, TX 77005)

RP-2019-460848

RP-2019-460848

\# Pages 4

10/17/2019 09:07 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

DIANE TRAUTMAN

COUNTY CLERK

Fees   $24.00

RP-2019-460848

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

# GOV

# EXHIBIT

# 16

RP-2019-460849
10/17/2019   ER   $28.00

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER**

<u>**GENERAL WARRANTY DEED**</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

**ROBERT T. BROCKMAN** ("**Grantor**") and spouse **DOROTHY KAY BROCKMAN**, whose address for notice purposes is 6700 Hollister, Houston, Texas 77040 ("**Grantee**"), acquired the following described real property, together with, all and singular, all rights, benefits, privileges, easements, tenements, hereditaments, appurtenances, and interests thereon or in anywise appertaining thereto, including, without limitation, the remainder, rents, issues and profits thereof, and with all fixtures, improvements and personalty located thereon as of the date of conveyance (said land, rights, benefits, privileges, easements, tenements, hereditaments, appurtenances, improvements, personalty and interests being hereinafter referred to as the "**Property**"), pursuant to that certain General Warranty Deed executed effective April 29, 2011, recorded as Document No. 20110175214 in the Official Public Records of Real Property of Harris County, Texas:

> TRACT 1:
> Lot Nine (9), in Block One (1) of CHEYNE WALK SEC. 2, AMENDING PLAT NO. 1, a subdivision in Harris County, Texas according to the map or plat thereof recorded in Film Code No. 587191 of the Map Records of Harris County, Texas.

> TRACT 2:
> Easement Rights and Benefits Appurtenant to Tract 1 as created in instrument filed under County Clerk's File No. X903766, as Annexed and amended by instrument filed under County Clerk's File No. Z140366, as further Annexed and Amended by instrument filed under County Clerk's File No. Z449270 and further Amended by instruments filed under Harris County Clerk's File Nos. 20070035960 and 20100184479.

Pursuant to that certain Agreement Partitioning Certain Existing Community Property, dated effective of even date with this instrument, Grantor and Grantee partitioned their interests in the Property into equal fifty percent (50%) undivided interests held by each of Grantor and Grantee, respectively, together with rights to all income and property produced therefrom, as his or her separate property.

FOR AND IN CONSIDERATION OF cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, GRANTOR has GRANTED, BARGAINED, SOLD, and CONVEYED, and by these presents does GRANT, BARGAIN, SELL, and CONVEY unto GRANTEE all of GRANTOR's fifty percent (50%)

1

**Government Exhibit**

16

undivided interest in and to the Property, and all other interests of Grantor in and to the Property (the "**Grantor Property**"), to hold and possess one hundred percent (100%) of the Property together with all income and other property produced therefrom, as her sole and separate property free from any and all claims of Robert T. Brockman.

This conveyance is made subject to all matters of record listed on <u>**Exhibit A**</u> (the "**Permitted Exceptions**") attached hereto and made part hereof, but only to the extent same are validly in effect and apply to the Grantor Property.

TO HAVE AND TO HOLD the Grantor Property, as aforesaid, unto Grantee, and Grantee's heirs and assigns, forever, subject to the Permitted Exceptions; and Grantor does hereby bind himself and his heirs and assigns to WARRANT AND FOREVER DEFEND all and singular the Grantor Property unto Grantee, and her heirs and assigns, against every person whomsoever lawfully claiming or to claim the same, or any part thereof.

[REMAINDER OF PAGE BLANK; SIGNATURE PAGE FOLLOWS]

RP-2019-460849

2



EXECUTED effective this 15 day of October , 2019.

**GRANTOR:**

_R. T. Brockman_
**ROBERT T. BROCKMAN**

**ACKNOWLEDGMENT**

STATE OF TEXAS              §
                           §
COUNTY OF HARRIS           §

    This instrument was acknowledged before me on October    15         , 2019, by
Robert T. Brockman.



Notary Public in and for
The State of TEXAS

**When recorded, return to:**

Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Attn: Susan George

> KASEY TAYLOR HIRL
> NOTARY ID #13066168-4
> My Commission Expires
> May 13, 2020

Signature Page to General Warranty Deed
(1731 Sunset Boulevard, Houston, TX 77005)

RP-2019-460849

## EXHIBIT "A"
## PERMITTED ENCUMBRANCES

1. Restrictive covenants set forth in instrument recorded in Film Code No. 587191 of the Map Records of Harris County, Texas, and in instruments filed for record under Harris County Clerk's File Nos. X903766, Z140366, Z449270, 20070035960 and 20100184479.

2. The following matters reflected on the recorded plat filed under Film Code No. 587191 of the Map Records of Harris County, Texas:

   a. Building set back line ten (10) feet wide along the southerly property line.
   b. Garage building set back line seventeen (17) feet wide along the southerly property line.
   c. A utility easement five (5) feet in width located along the northerly property line.

3. Dedication of Homeowners Common Area Agreement, as set forth by instrument filed for record under Harris County Clerk's File No. Y718363.

4. Terms and provisions of Reciprocal Roadway/ Shared Drive Easements, as set forth by instruments filed for record under Harris County Clerk's File Nos. Z140367 and Z449271.

5. Cable Television Service & Right of Entry Agreement, by and between Texas and Kansas City Cable Partners, L.P. dba Time Warner Cable-Houston Division and Houston Sunset Development II LP, as set forth in instrument filed for record under Harris County Clerk's File No. Z150853.

6. Easement for minor encroachments created by construction settling and overhang of improvements as set out in instrument filed for record under Harris County Clerk's File No. X903766.

7. Maintenance charge, including special assessments for capital improvements, secured by a vendor's lien as set forth in instrument filed for record under Harris County Clerk's File No. X903766, payable to Cheyne Walk Community Association, Inc. (said lien being subordinated to purchase money and/or improvement liens therein).

8. Encroachment and Boundary Line Agreement dated April 27, 2011, by and among Carolyn Monroe aka Carolyn Jean Monroe, Jonathan B. Clark aka Jonathan Bailey Clark, David J. Fine and Susan G. Fine, filed or to be filed in the Official Public Records of Harris County, Texas.

9. The following matters as reflected on survey of the Property dated April 7, 2011, made by James M. Boswell, Registered Professional Land Surveyor No. 5794:

   a. Encroachment of brick walkway into five foot (5') utility easement along northerly property line of the Property; and
   b. Protrusion of wrought iron fence over the northerly property line of the Property.

RP-2019-460849

UNOFFICIAL COPY

RP-2019-460849

# Pages 5

10/17/2019 09:07 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

DIANE TRAUTMAN

COUNTY CLERK

Fees   $28.00

RP-2019-460849

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

# GOV

# EXHIBIT

# 17

← Search 

← Search | **Overview** | Property Details | Sale & Tax History | Public Facts | Schools





**1731 Sunset Blvd,** Houston, TX 77005



| **$1,375,000** | **3** | **4.5** | **4,394** |
|---|---|---|---|
| Last List Price | Beds | Baths | Sq Ft |

### Recently Sold

This home was last listed for $1,375,000 and sold 5 months ago.

## About This Home

EXTENSIVE WORK RECENTLY COMPLETED: New master shower, all exterior stucco & balconies renovated. Repairs were driven by an inspection report. This stunning unique home w/ a flare of London in a courtyard that offers a country setting inside a gated community. The stately English

**Continue reading** ⌄

Listed by Norma Moore • TREC #0612246 • Coldwell Banker Realty
Redfin last checked: 5 minutes ago | Last updated May 13, 2021 • Source: HARMLS

Bought with Norma Moore • TREC #0612246 • Coldwell Banker Realty

**Home Facts**



HARMLS #32400123

○ Jul 6, 2020          Listed (Active)          *
Date                   HARMLS #32400123          Price

**Apr, 2020**

○ Apr 21, 2020        Listed (Active)          *
Date                   HARMLS #24241521          Price

See all property history ⌄

** Price available after signing in.

## ublic Facts for 1731 Sunset Blvd

✎ **Edit Facts**

| | |
|---|---|
| Beds | **4** |
| Baths | **4.5** |
| Sq. Ft. | **4,394** |
| Stories | **4** |
| Lot Size | **2,710 Sq. Ft.** |
| Style | **Single Family Residential** |
| Year Built | **2006** |
| Year Renovated | **2006** |
| County | **Harris County** |
| APN | **1265500010009** |

Home facts updated by county records on Aug 6, 2021.

# GOV

# EXHIBIT

# 18

RP-2021-266793
05/14/2021   ER   $26.00

# GENERAL WARRANTY DEED

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

**DOROTHY KAY BROCKMAN** ("Grantor"), for and in consideration of the sum of Ten and No/100 Dollars ($10.00), and other good and valuable consideration paid to Grantor by **FRANCI NEELY** ("Grantee"), whose address is _1314 South Blvd. Houston, TX. 77006_, the receipt and sufficiency of which are hereby acknowledged and confessed, subject to the exceptions, liens, encumbrances, terms and provisions hereinafter set forth and described, has **GRANTED, BARGAINED, SOLD and CONVEYED**, and by these presents does hereby **GRANT, BARGAIN, SELL and CONVEY**, unto Grantee that certain real estate consisting of the land situated in Harris County, Texas, and being more particularly described in Exhibit "A" attached hereto and incorporated herein by reference for all purposes and all fixtures and improvements situated thereon (such land and improvements being hereinafter referred to collectively as the "Property").

**Consideration:** Ten dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged.

**Exceptions to Conveyance and Warranty:** This conveyance is made subject and subordinate to all easements, restrictions, and other exceptions shown of record in Harris County, Texas ("Permitted Exceptions"), but only to the extent they affect or relate to the Property, and without limitation or expansion of the scope of the warranty herein contained.

**TO HAVE AND TO HOLD** the Property, subject to the Permitted Exceptions, unto Grantee, and Grantee's successors and assigns, forever; and Grantor does hereby bind Grantor, and Grantor's successors, to **WARRANT and FOREVER DEFEND**, all and singular, the Property, unto Grantee, and Grantee's successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

Ad valorem taxes and assessments for the current year having been prorated between Grantor and Grantee, and Grantee, by its acceptance hereof, does hereby assume and agree to pay any and all ad valorem taxes and special assessments pertaining to the Property for the current calendar year and subsequent years.

RP-2021-266793

**Government Exhibit**

18

CHICAGO TITLE - MEMORIAL
GF _CT 21740534_

**EXECUTED** as of the ___//___ day of May, 2021

**GRANTOR:**



DOROTHY KAY BROCKMAN

STATE OF TEXAS          §
                                  §
COUNTY OF _HARRIS_    §

    This instrument was acknowledged before me on the ___//___ day of May 2021, by DOROTHY KAY BROCKMAN, personally known to me to be the person whose name is subscribed to the foregoing instrument.

ROBERT JAMES COLLIER
Notary ID #125264202
My Commission Expires
April 13, 2025

_____
Notary Public in and for the State of Texas

UNOFFICIAL COPY

RP-2021-266793

## EXHIBIT A

## Legal Description of Real Property

TRACT  1:

Lot Nine (9), in Block One (1) of CHEYNE WALK SEC. 2, AMENDING PLAT  NO. 1, a subdivision in Harris County, Texas according to the map or plat thereof recorded in Film Code No. 587191 of the Map Records of Harris County, Texas.

TRACT 2:

Easement Rights and Benefits Appurtenant to Tract I as created in instrument filed under County Clerk's File No. X903766, as Annexed and amended by instrument filed under County Clerk's File No. Z140366, as further Annexed and Amended by instrument filed under County Clerk's File No. Z449270, Z449271, and further Amended by instruments filed under Harris County Clerk's File Nos. 20070035960 and 20100184479.


UNOFFICIAL COPY

RP-2021-266793

RP-2021-266793

# Pages 4

05/14/2021 10:12 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees   $26.00

RP-2021-266793

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

# GOV

# EXHIBIT

# 19

RP-2020-26027
01/21/2020   ER   $20.00

**Charter Title Company**

GF# _____  Re: Charter Title GF No.: CH-7661076661900514-AG

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## GENERAL WARRANTY DEED

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

THAT THE UNDERSIGNED, **EVERETT L. ANSCHUTZ AND KAREN A. ANSCHUTZ, husband and wife,** hereinafter referred to as "Grantor," whether one or more, for and in consideration of the sum of TEN DOLLARS ($10.00) cash, and other good and valuable consideration in hand paid by the Grantee, herein named, the receipt and sufficiency of which is hereby fully acknowledged and confessed, has GRANTED, SOLD, and CONVEYED, and by these presents does hereby GRANT, SELL, and CONVEY unto **DOROTHY K. BROCKMAN,** whose address is 3702 Inwood Dr., Houston, TX 77019, hereinafter referred to as "Grantee," whether one or more, the following real property located in Harris County, to wit:

**LOT 10, BLOCK 85, OF RIVER OAKS, SECTION II, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 18, PAGE 14, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.**

This conveyance, however, is made and accepted subject to any and all validly existing encumbrances, conditions, and restrictions, relating to the hereinabove described property as now reflected by the records of the County Clerk of Harris County, Texas.

TO HAVE AND TO HOLD the above described premises, together with all the rights and appurtenances lawfully accompanying it, by the Grantee, Grantee's heirs, executors, administrators, successors, and/or assigns forever; and Grantor does hereby bind Grantor, Grantor's heirs, executors, administrators, successors, and/or assigns to WARRANT AND FOREVER DEFEND all the said premises unto the said Grantee, Grantee's heirs, executors, administrators, successors, and/or assigns, against every person whomsoever claiming or to claim the same or any part thereof.

Current ad valorem taxes on said property having been prorated, the payment thereof is assumed by Grantee.

When the context requires, singular nouns and pronouns include the plural.

**Government Exhibit**

19

EXECUTED this the _17th_ day of _January_, 2020.

**Grantor:**

_[signature]_
_____
**EVERETT L. ANSCHUTZ**

_[signature]_
_____
**KAREN A. ANSCHUTZ**


ACKNOWLEDGEMENT

STATE OF TEXAS                    §
                                 §
COUNTY OF _Harris_               §

This instrument was acknowledged before me on the _17th_ day of _January_, 2020, by **EVERETT L. ANSCHUTZ AND KAREN A. ANSCHUTZ.**

_[signature]_
_____
Notary Public, State of Texas

ANN D. GALBRAITH
ID# 1485066
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
AUGUST 15, 2020

**Prepared by:**

**Hassen Law, PLLC**
**6750 W. Loop South, Suite 615**
**Bellaire, Texas 77401**


**After Recording Return to:**

**Dorothy K. Brockman**
~~**3702 Inwood Dr.,**~~ _333 W. Friar Tuck Lane_
**Houston TX** ~~**77019**~~ _# 77024_

RP-2020-26027

RP-2020-26027

RP-2020-26027

# Pages 3

01/21/2020 09:24 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

DIANE TRAUTMAN

COUNTY CLERK

Fees   $20.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

# GOV

# EXHIBIT

# 20

Tax Year: 2021

**HARRIS COUNTY APPRAISAL DISTRICT**
**REAL PROPERTY ACCOUNT INFORMATION**
**0601640850010**

Print    E-mail

| File A Protest | Similar Owner Name | Nearby Addresses | Same Street Name | Related Map 5257C |
|---|---|---|---|---|

**Ownership History**

Owner and Property Information

**Government Exhibit**

20

| | | | |
|---|---|---|---|
| Owner Name & Mailing Address: | **BROCKMAN ELIZABETH BELLOWS**<br>**3702 INWOOD DR**<br>**HOUSTON TX 77019-3002** | Legal Description: | **LT 10 BLK 85**<br>**RIVER OAKS SEC 11** |
| | | Property Address: | **3702 INWOOD DR**<br>**HOUSTON TX 77019** |

| State Class Code | | | | Land Use Code |
|---|---|---|---|---|
| A1 -- Real, Residential, Single-Family | | | | 1001 -- Residential Improved |

| Land Area | Total Living Area | Neighborhood | Neighborhood Group | Market Area | Map Facet | Key Map® |
|---|---|---|---|---|---|---|
| 13,550 SF | 6,790 SF | 8323.03 | 1695 | 164 -- 1F River Oaks Area | 5257C | 492N |

Value Status Information

| Value Status | Notice Date | Shared CAD |
|---|---|---|
| Noticed | 03/31/2021 | No |

Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | Exemption Value | ARB Status | 2020 Rate | 2021 Rate | Online Tax Bill |
|---|---|---|---|---|---|---|---|
| Residential Homestead | 001 | HOUSTON ISD | 778,435 | Not Certified | 1.133100 | | |
| | 040 | HARRIS COUNTY | 753,435 | Not Certified | 0.391160 | | |
| | 041 | HARRIS CO FLOOD CNTRL | 753,435 | Not Certified | 0.031420 | | |
| | 042 | PORT OF HOUSTON AUTHY | 753,435 | Not Certified | 0.009910 | | |
| | 043 | HARRIS CO HOSP DIST | 753,435 | Not Certified | 0.166710 | | |
| | 044 | HARRIS CO EDUC DEPT | 753,435 | Not Certified | 0.004993 | | |
| | 048 | HOU COMMUNITY COLLEGE | 565,076 | Not Certified | 0.100263 | | |
| | 061 | CITY OF HOUSTON | 753,435 | Not Certified | 0.561840 | | |

Texas law prohibits us from displaying residential photographs, sketches, floor plans, or information indicating the age of a property owner on our website. You can inspect this information or get a copy at **HCAD's information center at 13013 NW Freeway.**

Valuations

| | Value as of January 1, 2020 | | | Value as of January 1, 2021 | |
|---|---|---|---|---|---|
| | Market | Appraised | | Market | Appraised |
| Land | 1,829,250 | | Land | 1,897,000 | |
| Improvement | 1,737,968 | | Improvement | 1,870,173 | |
| Total | 3,567,218 | 3,567,218 | Total | 3,767,173 | 3,767,173 |

**5-Year Value History**

Land

Market Value Land

| Line | Land Use | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Unit Price | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1001 -- Res Improved Table Value<br>SF1 -- Primary SF | SF | 13,550 | 1.00 | 1.00 | 1.00 | -- | 1.00 | 140.00 | 140.00 | 1,897,000.00 |

Building

| Building | Year Built | Remodeled | Type | Style | Quality | Impr Sq Ft | Building Details |
|---|---|---|---|---|---|---|---|
| 1 | 1990 | 2017 | Residential Single Family | 101 -- Residential 1 Family | Superior | 6,790 * | Displayed |

* All HCAD residential building measurements are done from the exterior, with individual measurements rounded to the closest foot. This measurement includes all closet space, hallways, and interior staircases. Attached garages are not included in the square footage of living area, but valued separately. Living area above *attached* garages is not included in the square footage living area of the dwelling. Living area above *detached* garages is not included in the square footage living area of the dwelling but is valued separately. This method is used on all residential properties in Harris County to ensure the uniformity of square footage of living area measurements district-wide. There can be a reasonable variance between the HCAD square footage and your square footage measurement, especially if your square footage measurement was an interior measurement or an exterior measurement to the inch.

Building Details (1)

| Building Data | | | Building Areas | |
|---|---|---|---|---|
| Element | Details | | Description | Area |
| Cost and Design | New / Rebuilt | | FRAME GARAGE PRI | 775 |
| Cond / Desir / Util | Average | | BASE AREA PRI | 3,088 |
| Foundation Type | Slab | | ONE STORY FRAME UPR | 801 |
| Grade Adjustment | X | | BASE AREA UPR | 2,562 |
| Heating / AC | Central Heat/AC | | OPEN FRAME PORCH UPR | 176 |
| Physical Condition | Average | | ONE STORY FRAME UPR | 339 |
| Exterior Wall | Stucco | | STONE/TILE PATIO PRI | 440 |
| Element | Units | | OPEN FRAME PORCH PRI | 176 |
| Elevator Stops | 3 | | | |
| Room: Total | 9 | | | |

Case 4:22-cv-00202   Document 21-6   Filed on 01/31/22 in TXSD   Page 45 of 45

| | |
|---|---|
| Room: Rec | |
| Room: Half Bath | 3 |
| Room: Full Bath | 5 |
| Room: Bedroom | 4 |
| Fireplace: Masonry Firebrick | 2 |
| Fireplace: Adl Open | 1 |