# EXHIBIT

# B-13

# Exhibit B-13

**EDGE INVESTMENT FUND L**

## INVESTMENT REPORT

| EntityID | Investment | Shares (previous) | Shares (current) | 12/31/2009 | 3/31/2010 | 6/30/2010 | 9/30/2010 | 12/31/2010 | 1/31/2011 | 2/28/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| AMASCTX040 | **AUGUSTUS INVESTMENTS LLC** | | | | | | | | | |
| | Charles Schwab Account, Funds Market Value | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Charles Schwab Account, Cash Sweep Account | | | $91,459,724.58 | $91,452,004.32 | $91,435,107.15 | $91,428,117.54 | $91,425,492.39 | $91,419,443.29 | $91,420,144.69 |
| N/A | **ARBORIA FUND LTD - LIQUID FUND** | | 0.000000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/A | **ARBORIA FUND LTD - ILLIQUID FUND** | | 6,254.428300 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | **FOUNDING PARTNERS GLOBAL FUND, INC** | 20,612.3960 | 25,033.5170 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | **BERMUDA COMMERCIAL BANK LTD** - Current Account | | | $3,599,225.89 | $3,245,471.84 | $72,443,847.82 | $71,461,599.88 | $57,041,523.58 | $57,046,435.49 | $56,021,342.82 |
| N/A | **BERMUDA COMMERCIAL BANK LTD** - Fixed Deposit A | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | **BERMUDA COMMERCIAL BANK LTD** - Fixed Deposit B | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | **BERMUDA COMMERCIAL BANK LTD** - Canadian $ Account | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | Exchange rate month end | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | USD Equivalent | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | **REYNOLDS & REYNOLDS DEBT - PURCHASE VALUE** | | | $20,685,515.47 | $20,685,515.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **FULL ASSET VALUE** | | **FULL ASSET VALUE** | $115,744,465.94 | $115,382,991.63 | $163,878,954.97 | $162,889,717.42 | $148,467,015.97 | $148,465,878.78 | $147,441,487.51 |
| | **TOTAL NUMBER OF SHARES** | | **TOTAL NUMBER OF SHARES** | 119,690.8609 | 119,196.4546 | 119,196.4546 | 118,465.0307 | 107,926.8874 | 107,926.8874 | 107,926.8874 |
| | | | **NET ASSET VALUE** | $967.0284 | $968.0069 | $1,374.8643 | $1,375.0025 | $1,375.6258 | $1,375.6153 | $1,366.1238 |

*Note: NAV calculated without reference to accrued liabilities

## SHAREHOLDER REPORT

| EntityID | Shareholder | Shares (NAV period 12.31.09) | 12/31/2009 | Shares (NAV period 3/31/10) | 3/31/2010 | 6/30/2010 | Shares (NAV period 9/30/10) | 9/30/2010 | Shares (NAV period 12/31/10) | 12/31/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| ABELHER020 | **LEGEND INVESTMENTS LLC** | 8,206.7968 | $7,936,205.58 | 7,444.6003 | $7,206,424.46 | $10,235,315.18 | 6713.1764 | $9,230,634.33 | 6713.1764 | $9,234,818.66 |
| AJONEVE010 | **THE EVERGREEN CHARITABLE TRUST** | 3.0141 | $2,914.72 | 3.0215 | $2,924.83 | $4,154.15 | 3.0215 | $4,154.57 | 3.0215 | $4,156.45 |
| AJONEVE030 | **WEDGE CONSULTING LIMITED** | 1,015.2431 | $981,768.91 | 1,017.5708 | $985,015.56 | $1,399,021.77 | 1,017.5708 | $1,399,162.39 | 1,017.5708 | $1,399,796.65 |
| AJONLEG010 | **LEGACY CHARITABLE TRUST** | 12.2573 | $11,853.16 | 12.2875 | $11,894.38 | $16,893.65 | 12.2875 | $16,895.34 | 12.2875 | $16,903.00 |
| AJONOXF010 | **THE OXFORD CHARITABLE TRUST** | 3.1145 | $3,011.81 | 3.1222 | $3,022.31 | $4,292.60 | 3.1222 | $4,293.03 | 3.1222 | $4,294.98 |
| AMASCTX010 | **THE MASSENGILL CHILDREN'S TRUST** | 68.3111 | $66,058.77 | 68.4794 | $66,288.53 | $94,149.88 | 68.4794 | $94,159.35 | 68.4794 | $94,202.03 |
| AMASGCT010 | **THE MASSENGILL GRANDCHILDREN'S TRUST** | 27.2137 | $26,316.42 | 27.2807 | $26,407.91 | $37,507.26 | 27.2807 | $37,511.03 | 27.2807 | $37,528.03 |
| AMASLCM020 | **FAIRWAY ENTERPRISES LLC** | 69.2496 | $66,966.33 | 69.5775 | $67,351.50 | $95,659.62 | 69.5775 | $95,669.24 | 69.5775 | $95,712.60 |
| AMASLCM090 | **ADVERTISING SERVICES LIMITED** | 0.0000 | $0.00 | 0.0000 | $0.00 | $0.00 | 0.0000 | $0.00 | 0.0000 | $0.00 |
| ANALSEN020 | **LAKEWOOD INVESTMENTS LLC** | 3,684.1879 | $3,562,714.33 | 3,693.2622 | $3,575,103.29 | $5,077,734.35 | 3,693.2622 | $5,078,244.76 | 3,693.2622 | $5,080,546.77 |
| APOPABE020 | **ADDINGTON TRADING LLC** | 9,648.7921 | $9,330,655.99 | 9,667.4184 | $9,358,127.72 | $13,291,388.43 | 9,667.4184 | $13,292,724.47 | 9,667.4184 | $13,298,750.17 |
| APOPBEN030 | **PLATTOON INVESTMENTS LLC** | 12,329.0325 | $11,922,524.57 | 12,357.6030 | $11,962,244.97 | $16,990,027.20 | 12,357.6030 | $16,991,735.02 | 12,790.6802 | $17,595,189.68 |
| APOPLIN020 | **COMMITMENT HOLDINGS LLC** | 31.6145 | $30,572.12 | 31.6924 | $30,678.46 | $43,572.75 | 31.6924 | $43,577.13 | 31.6924 | $43,596.88 |
| APOPMAR010 | **THE MARITIME CHARITABLE TRUST** | 0.0000 | $0.00 | 0.0000 | $0.00 | $0.00 | 0.0000 | $0.00 | 0.0000 | $0.00 |
| APOPSER010 | **THE SERVICE CHARITABLE TRUST II** | 16.6110 | $16,063.31 | 16.6519 | $16,119.15 | $22,894.10 | 16.6519 | $22,896.40 | 16.6519 | $22,906.78 |
| APOPSER020 | **CASCADE HOLDINGS LLC** | 84,568.2558 | $81,779,905.10 | 84,776.7023 | $82,064,432.79 | $116,556,461.46 | 84,776.7023 | $116,568,177.60 | 73,805.4818 | $101,528,724.95 |
| APOPWOR010 | **THE WORLDWIDE CHARITABLE TRUST** | 7.1669 | $6,930.60 | 7.1846 | $6,954.74 | $9,877.85 | 7.1846 | $9,878.84 | 7.1846 | $9,883.32 |
| | **TOTAL SHARES/VALUE** | 119,690.8609 | $115,744,461.71 | 119,196.4547 | $115,382,990.61 | $163,878,950.25 | 118,465.0308 | $162,889,713.51 | 107,926.8875 | $148,467,010.96 |

# Exhibit B-13

**TD - LIQUID ASSETS GROUPING**

| 3/31/2011 | 4/30/2011 | 5/31/2011 | 6/30/2011 | 7/31/2011 | 8/31/2011 | 9/30/2011 | 10/31/2011 | 11/30/2011 | 12/31/2011 |
|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $89,920,131.39 | $90,305,490.87 | $91,155,033.36 | $88,939,216.35 | $83,097,516.96 | $0.00 | $0.00 | $0.00 |
| $91,420,846.09 | $91,415,122.64 | $25,507.09 | $36,848.93 | $48,891.71 | $65,138.50 | $75,263.56 | $83,367,328.25 | $83,366,548.94 | $83,350,099.58 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| $56,025,714.34 | $2,030,538.78 | $2,031,607.99 | $2,031,782.93 | $2,031,952.25 | $1,532,127.22 | $1,532,273.04 | $2,182,421.42 | $2,197,196.58 | $2,210,035.15 |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | $45,000,000.00 | $45,000,000.00 | $45,000,000.00 |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | $3,000,000.00 | $3,000,000.00 | $3,000,000.00 |
| | | | | | | | | | |
| N/A | CAD 51,442,779.43 | CAD 51,442,779.43 | CAD 51,442,779.43 | CAD 51,442,779.43 | CAD 51,442,779.43 | CAD 51,442,779.43 | $0.00 | $0.00 | $0.00 |
| N/A | $1.05800 | $1.03220 | $1.03559 | $1.04640 | $1.02596 | $0.95801 | N/A | N/A | N/A |
| N/A | $54,426,460.64 | $53,099,483.31 | $53,273,627.96 | $53,829,724.40 | $52,778,131.10 | $49,282,800.01 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $147,446,560.43 | $147,872,122.06 | $145,076,729.78 | $145,647,750.69 | $147,065,601.72 | $143,314,613.17 | $133,987,853.57 | $133,549,749.67 | $133,563,745.52 | $133,560,134.73 |
| | | | | | | | | | |
| 107,195.3464 | 107,195.3464 | 107,195.3464 | 107,195.3464 | 107,195.3464 | 107,195.3464 | 106,820.3541 | 106,820.3541 | 106,820.3541 | 106,820.3541 |
| | | | | | | | | | |
| $1,375.4940 | $1,379.4640 | $1,353.3865 | $1,358.7134 | $1,371.9402 | $1,336.9481 | $1,254.3289 | $1,250.2276 | $1,250.3586 | $1,250.3248 |

| 1/31/2011 | Shares (NAV period 1/31/11) | 2/28/2011 | 3/31/2011 | 4/30/2011 | 5/31/2011 | 6/30/2011 | 7/31/2011 | 8/31/2011 | Shares (NAV period 9/30/11) | 9/30/2011 | 10/31/2011 | Shares (NAV period 11/30/11) | 11/30/2011 | 12/31/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $9,234,748.17 | 5981.6354 | $8,171,654.48 | $8,227,703.60 | $8,251,450.70 | $8,095,464.60 | $8,127,328.17 | $8,206,446.07 | $7,997,136.08 | 5606.6430 | $7,032,574.35 | $7,009,579.82 | 5606.64300 | $7,010,314.29 | $7,010,124.79 |
| $4,156.42 | 3.0215 | $4,127.74 | $4,156.06 | $4,168.05 | $4,089.26 | $4,105.35 | $4,145.32 | $4,039.59 | 3.0215 | $3,789.95 | $3,777.56 | 0.0000 | $0.00 | $0.00 |
| $1,399,785.96 | 1,017.5708 | $1,390,127.69 | $1,399,662.53 | $1,403,702.29 | $1,377,166.58 | $1,382,587.08 | $1,396,046.29 | $1,360,439.35 | 1017.5708 | $1,276,368.46 | $1,272,195.10 | 1,131.7621 | $1,415,108.47 | $1,415,070.22 |
| $16,902.87 | 12.2875 | $16,786.25 | $16,901.38 | $16,950.16 | $16,629.74 | $16,695.19 | $16,857.72 | $16,427.75 | 12.2875 | $15,412.57 | $15,362.17 | 0.0000 | $0.00 | $0.00 |
| $4,294.95 | 3.1222 | $4,265.31 | $4,294.57 | $4,306.96 | $4,225.54 | $4,242.17 | $4,283.47 | $4,174.22 | 3.1222 | $3,916.27 | $3,903.46 | 0.0000 | $0.00 | $0.00 |
| $94,201.31 | 68.4794 | $93,551.34 | $94,193.00 | $94,464.87 | $92,679.10 | $93,043.86 | $93,949.64 | $91,553.40 | 68.4794 | $85,895.69 | $85,614.84 | 0.0000 | $0.00 | $0.00 |
| $37,527.75 | 27.2807 | $37,268.81 | $37,524.44 | $37,632.74 | $36,921.33 | $37,066.65 | $37,427.49 | $36,472.88 | 27.2807 | $34,218.97 | $34,107.08 | 0.0000 | $0.00 | $0.00 |
| $95,711.87 | 69.5775 | $95,051.48 | $95,703.43 | $95,979.66 | $94,165.25 | $94,535.88 | $95,456.17 | $93,021.51 | 69.5775 | $87,223.07 | $86,987.71 | 69.5775 | $86,996.83 | $86,994.47 |
| $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 |
| $5,080,507.99 | 3,693.2622 | $5,045,453.39 | $5,080,060.00 | $5,094,722.25 | $4,998,411.20 | $5,018,084.84 | $5,066,934.88 | $4,937,699.88 | 3693.2622 | $4,632,565.51 | $4,617,418.34 | 3,693.2622 | $4,617,902.15 | $4,617,777.32 |
| $13,298,648.66 | 9,667.4184 | $13,206,890.36 | $13,297,476.00 | $13,335,855.66 | $13,083,753.55 | $13,135,250.92 | $13,263,119.93 | $12,924,436.66 | 9667.4184 | $12,126,122.29 | $12,086,473.30 | 9,667.4184 | $12,087,739.74 | $12,087,412.98 |
| $17,595,055.38 | 12,790.6802 | $17,473,652.64 | $17,593,503.87 | $17,644,282.87 | $17,310,733.91 | $17,378,868.58 | $17,548,048.35 | $17,100,475.59 | 12790.6802 | $16,043,719.83 | $15,991,261.41 | 0.0000 | $0.00 | $0.00 |
| $43,596.55 | 31.6924 | $43,295.74 | $43,592.71 | $43,718.52 | $42,892.07 | $43,060.09 | $43,480.08 | $42,371.09 | 31.6924 | $39,752.69 | $39,622.71 | 0.0000 | $0.00 | $0.00 |
| $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 |
| $22,906.61 | 16.6519 | $22,748.56 | $22,904.59 | $22,970.70 | $22,536.46 | $22,625.16 | $22,845.41 | $22,262.73 | 16.6519 | $20,886.96 | $20,818.66 | 0.0000 | $0.00 | $0.00 |
| $101,527,949.99 | 73,805.4818 | $100,827,425.26 | $101,518,997.38 | $101,812,005.15 | $99,887,342.69 | $100,280,497.12 | $101,256,707.46 | $98,674,098.66 | 73805.4818 | $92,576,348.80 | $92,273,650.38 | 86,651.6909 | $108,345,686.92 | $108,342,758.09 |
| $9,883.25 | 7.1846 | $9,815.05 | $9,882.37 | $9,910.90 | $9,723.54 | $9,761.81 | $9,856.84 | $9,605.44 | 7.1846 | $9,011.85 | $8,982.39 | 0.0000 | $0.00 | $0.00 |
| $148,465,877.73 | 107,195.3465 | $146,442,114.10 | $147,446,555.94 | $147,872,121.46 | $145,076,734.82 | $145,647,753.71 | $147,065,605.12 | $143,314,614.83 | 106,820.3541 | $133,987,857.26 | $133,549,754.94 | 106,820.3541 | $133,563,748.40 | $133,560,137.88 |

# Exhibit B-13

| Investment | Shares (previous) | Shares (current) | 11/30/2015 | 12/31/2015 | 1/31/2016 | 2/29/2016 | 3/31/2016 | 4/30/2016 | 5/31/2016 | 6/30/2016 | 7/31/2016 | 8/31/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AUGUSTUS INVESTMENTS LLC** | | | | | | | | | | | | |
| Charles Schwab Account, Funds Market Value | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Charles Schwab Account, Cash Sweep Account | | | $1,614.63 | $1,614.63 | $1,614.63 | $1,614.63 | $1,614.69 | $1,614.69 | $1,614.69 | $1,614.72 | $1,614.75 | $1,614.75 |
| **ARBORIA FUND LTD - LIQUID FUND** | | 0.000000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **ARBORIA FUND LTD - ILLIQUID FUND** | 6,254.428300 | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **FOUNDING PARTNERS GLOBAL FUND, INC** | 20,612.3960 | 25,033.5170 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **FOUNDING PARTNERS GLOBAL FUND, INC - Purchase** | | | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 |
| **BERMUDA COMMERCIAL BANK LTD - Current Account** | | | $9,396,463.50 | $2,936,256.63 | $2,936,509.47 | $3,287,496.22 | $3,286,561.01 | $2,942,930.90 | $3,382,013.49 | $3,382,304.72 | $3,382,586.58 | $3,382,877.86 |
| **BERMUDA COMMERCIAL BANK LTD - Fixed Deposit A** | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **BERMUDA COMMERCIAL BANK LTD - Fixed Deposit B** | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MIRABAUD BANK - Current Account | | | $326,788.75 | $92,350.47 | $62,078.31 | $119,286.64 | $197,627.02 | $205,041.94 | $205,041.94 | $69,173.32 | $252,128.58 | $778,555.49 |
| MIRABAUD BANK - Fixed Deposit | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MIRABAUD BANK - United States Treasuries | | | $109,840,025.00 | $110,105,369.00 | $110,133,121.00 | $110,143,738.00 | $101,677,039.00 | $101,683,787.00 | $101,693,046.00 | $101,852,798.00 | $97,574,962.00 | $97,565,790.00 |
| Short Term Loan from Cabot | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **BERMUDA COMMERCIAL BANK LTD - Canadian $ Account** | | | | | | | | | | | | |
| Exchange rate month end | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| USD Equivalent | | | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | |
| Cost Base of Debt - SumTotal - 1st Lien | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cost Base of Debt - SumTotal - 2nd Lien | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cost Base of Debt - Greenway - 2nd Lien | | | $15,000,000.00 | $15,000,000.00 | $15,000,000.00 | $15,000,000.00 | $15,000,000.00 | $15,000,000.00 | $15,000,000.00 | $15,000,000.00 | $15,000,000.00 | $15,000,000.00 |
| Cost Base of Debt - Greenway - 1st Lien | | | $0.00 | $0.00 | $0.00 | $0.00 | $9,974,489.80 | $9,974,489.80 | $9,974,489.80 | $9,948,979.60 | $9,948,979.60 | |
| Cost Base of Debt - Compuware - 2nd Lien | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| Cost Base of Debt - Deltek - 2nd Lien | | | $0.00 | $6,500,000.00 | $6,500,000.00 | $6,500,000.00 | $6,500,000.00 | $6,500,000.00 | $6,500,000.00 | $6,500,000.00 | $6,500,000.00 | $6,500,000.00 |
| **REYNOLDS & REYNOLDS DEBT - PURCHASE VALUE** | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **FULL ASSET VALUE** | | **FULL ASSET VALUE** | $134,762,381.59 | $134,833,080.44 | $134,830,813.12 | $135,249,625.20 | $136,834,821.23 | $136,505,354.04 | $136,953,695.63 | $136,977,870.27 | $137,857,761.22 | $138,375,307.41 |
| | | | | | | | | | | | | |
| **TOTAL NUMBER OF SHARES** | | **TOTAL NUMBER OF SHARES** | 99,772.7014 | 99,772.7014 | 99,772.7014 | 99,772.7014 | 99,772.7014 | 99,408.1190 | 99,408.1190 | 99,408.1190 | 99,408.1190 | 99,408.1190 |
| | | | | | | | | | | | | |
| | | **NET ASSET VALUE** | $1,350.6939 | $1,351.4025 | $1,351.3798 | $1,355.5775 | $1,371.4655 | $1,373.1811 | $1,377.6912 | $1,377.9344 | $1,386.7857 | $1,391.9920 |

*Note: NAV calculated without reference to accrued liabilities

| Shareholder | Shares (NAV period 3/31/10) | 3/31/2010 | 12/31/2014 | Shares (NAV period 2.1.2015) | Shares (NAV period 7.1.2015) | Shares (NAV period 11.1.2015) | 11/30/2015 | 12/31/2015 | 1/31/2016 | 2/29/2016 | 3/31/2016 | Shares (NAV period 5.1.2016) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEGEND INVESTMENTS LLC | 7,444.6003 | $7,206,424.46 | $3,338,053.30 | 2104.1490 | 1733.2285 | 1362.3416 | $1,840,106.49 | $1,841,071.84 | $1,841,040.92 | $1,846,759.62 | $1,868,404.50 | 997.7592 |
| THE EVERGREEN CHARITABLE TRUST | 3.0215 | $2,924.83 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| WEDGE CONSULTING LIMITED | 1,017.5708 | $985,015.56 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| LEGACY CHARITABLE TRUST | 12.2875 | $11,894.38 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| THE OXFORD CHARITABLE TRUST | 3.1222 | $3,022.31 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| THE MASSENGILL CHILDREN'S TRUST | 68.4794 | $66,288.53 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| THE MASSENGILL GRANDCHILDREN'S TRUST | 27.2807 | $26,407.91 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| FAIRWAY ENTERPRISES LLC | 69.5775 | $67,351.50 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| ADVERTISING SERVICES LIMITED | 0.0000 | $0.00 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| LAKEWOOD INVESTMENTS LLC | 3,693.2622 | $3,575,103.29 | $4,926,896.75 | 3,652.9596 | 3,652.9596 | 3,652.9596 | $4,934,030.25 | $4,936,618.74 | $4,936,535.81 | $4,951,869.84 | $5,009,908.06 | 3,652.9596 |
| ADDINGTON TRADING LLC | 9,667.4184 | $9,358,127.72 | $10,932,503.41 | 8,105.7094 | 8,105.7094 | 8,105.7094 | $10,948,332.24 | $10,954,075.95 | $10,953,891.95 | $10,987,917.28 | $11,116,700.80 | 8,105.7094 |
| PLATTOON INVESTMENTS LLC | 12,357.6030 | $11,962,244.97 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| COMMITMENT HOLDINGS LLC | 31.6924 | $30,678.46 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| THE MARITIME CHARITABLE TRUST | 0.0000 | $0.00 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| THE SERVICE CHARITABLE TRUST II | 16.6519 | $16,119.15 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| CASCADE HOLDINGS LLC | 84,776.7023 | $82,064,432.79 | $116,870,696.77 | 86,651.6908 | 86,651.6908 | 86,651.6908 | $117,039,910.19 | $117,101,311.58 | $117,099,344.58 | $117,463,082.39 | $118,839,804.45 | 86,651.6908 |
| THE WORLDWIDE CHARITABLE TRUST | 7.1846 | $6,954.74 | $0.00 | 0.0000 | 0.0000 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 |
| | | | | | | | | | | | | |
| **TOTAL SHARES/VALUE** | 119,196.4547 | $115,382,990.61 | $136,068,150.23 | 100,514.5088 | 100,143.5883 | 99,772.7014 | $134,762,379.17 | $134,833,078.10 | $134,830,813.26 | $135,249,629.13 | $136,834,817.81 | 99,408.1190 |

Report as at  6/30/12

Cash Report
Edge Liquid

# Exhibit B-13

| 9/30/2016 | 10/31/2016 | 11/30/2016 | 12/31/2016 | 1/31/2017 | 2/28/2017 | 3/31/2017 | 4/30/2017 | 5/31/2017 | 6/30/2017 | 7/31/2017 | 8/31/2017 | 9/30/2017 | 10/31/2017 | 11/30/2017 | 12/31/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $1,614.75 | $1,614.75 | $1,614.75 | $1,614.78 | $1,614.78 | $1,614.78 | $1,614.90 | $1,614.90 | $1,614.90 | $1,615.10 | $1,615.10 | $1,615.10 | $1,615.48 | $1,615.48 | $1,615.48 | $1,615.80 |
| $0.00 | $0.00 | $0.00 | $0.00 | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 | $197,489.71 |
| $3,268,493.35 | $2,863,833.65 | $2,864,084.42 | $2,864,323.09 | $2,981,476.06 | $3,750,670.59 | $3,750,962.31 | $3,751,285.31 | $3,251,570.14 | $3,251,850.14 | $3,252,401.17 | $3,252,401.17 | $3,252,681.24 | $3,252,952.30 | $3,252,952.30 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $792,681.58 | $49,060.40 | $222,438.16 | $210,503.31 | $182,375.64 | $487,764.88 | $809,414.69 | $230,262.53 | $369,466.90 | $64,839.73 | $121,387.87 | $278,584.39 | $357,700.31 | $460,113.61 | $651,452.36 | $603,226.49 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $97,579,527.00 | $98,491,943.00 | $98,859,748.00 | $105,884,933.00 | $105,941,760.00 | $130,917,403.00 | $130,880,955.00 | $131,597,511.00 | $131,563,137.00 | $132,004,807.00 | $132,037,022.00 | $134,945,424.00 | $134,985,642.00 | $134,970,484.00 | $134,905,125.00 | $134,918,063.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/A | $0.00 | N/A | $0.00 | N/A | $0.00 | N/A | $0.00 | N/A | $0.00 | N/A | $0.00 | N/A | $0.00 | N/A | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $15,000,000.00 | $15,000,000.00 | $15,000,000.00 | $15,000,000.00 | $15,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $9,948,979.60 | $9,948,979.60 | $9,948,979.60 | $9,948,979.60 | $9,948,979.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $5,000,000.00 | $5,000,000.00 | $5,000,000.00 | $5,000,000.00 | $5,000,000.00 | $4,244,851.26 | $4,016,018.31 | $4,016,018.31 | $4,016,018.31 | $4,016,018.31 | $4,016,018.31 | $1,149,387.69 | $1,149,387.69 | $1,149,387.69 | $1,149,387.69 | $920,554.74 |
| $6,500,000.00 | $6,500,000.00 | $6,500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $138,288,785.99 | $138,052,921.11 | $138,594,354.64 | $139,107,843.49 | $139,253,696.79 | $139,599,794.22 | $139,656,454.92 | $139,794,181.76 | $139,399,296.96 | $139,536,619.99 | $139,625,934.16 | $139,824,902.06 | $139,944,516.43 | $140,032,042.79 | $140,158,022.54 | $136,640,949.82 |
| 99,408.1190 | 99,048.6211 | 99,048.6211 | 99,048.6211 | 99,048.6211 | 99,048.6211 | 99,048.6211 | 99,048.6211 | 98,695.2659 | 98,695.2659 | 98,695.2659 | 98,695.2659 | 98,695.2659 | 98,695.2659 | 98,695.2659 | 98,695.2659 |
| $1,391.1216 | $1,393.7894 | $1,399.2558 | $1,404.4400 | $1,405.9125 | $1,409.4067 | $1,409.9788 | $1,411.3693 | $1,412.4213 | $1,413.8127 | $1,414.7176 | $1,416.7336 | $1,417.9456 | $1,418.8324 | $1,420.1089 | $1,384.4732 |

| 4/30/2016 | 5/31/2016 | 6/30/2016 | 7/31/2016 | 8/31/2016 | 9/30/2016 | Shares (NAV period 9.1.2016) | 10/31/2016 | 11/30/2016 | 12/31/2016 | 1/31/2017 | 2/28/2017 | 3/31/2017 | 4/30/2017 | Shares (NAV period 5.1.2017) | 5/31/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,370,104.08 | $1,374,604.07 | $1,374,846.72 | $1,383,678.19 | $1,388,872.82 | $1,388,004.37 | 638.2613 | $889,591.43 | $893,080.42 | $896,399.70 | $897,339.54 | $904,435.92 | $899,569.75 | $900,822.40 | 284.9061 | $402,407.44 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 |
| $5,016,175.08 | $5,032,650.29 | $5,033,538.69 | $5,065,872.14 | $5,084,890.54 | $5,081,711.00 | 3,652.9596 | $5,091,396.83 | $5,111,365.36 | $5,130,362.58 | $5,135,741.56 | $5,176,356.26 | $5,148,505.74 | $5,155,675.03 | 3,652.9596 | $5,159,517.95 |
| $11,130,606.95 | $11,167,164.51 | $11,169,135.82 | $11,240,881.88 | $11,283,082.64 | $11,276,027.43 | 8,105.7094 | $11,297,519.72 | $11,341,828.77 | $11,383,982.51 | $11,395,918.17 | $11,486,039.88 | $11,424,241.14 | $11,440,149.40 | 8,105.7094 | $11,448,676.61 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 |
| $118,988,464.09 | $119,379,271.88 | $119,400,345.57 | $120,167,325.68 | $120,618,460.38 | $120,543,038.75 | 86,651.6908 | $120,772,795.71 | $121,246,468.51 | $121,697,100.63 | $121,824,695.24 | $122,788,114.74 | $122,127,473.58 | $122,297,536.19 | 86,651.6908 | $122,388,693.77 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 |
| $136,505,350.20 | $136,953,690.75 | $136,977,866.81 | $137,857,757.89 | $138,375,306.38 | $138,288,781.56 | 99,048.6211 | $138,051,303.68 | $138,592,743.06 | $139,107,845.42 | $139,253,694.51 | $140,354,946.80 | $139,599,790.20 | $139,794,183.03 | 98,695.2659 | $139,399,295.77 |

Cash Report
Edge Liquid

# EXHIBIT

# B-14

Exhibit B-14

**BANK ACCOUNT INFORMATION**

| CODE | ENTITY | BANK | ACCOUNT TYPE | ACCOUNT NUMBER | SIGNATORY 1 | SIGNATORY 2 | CONTACT PERSON | TELEPHONE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| AMASCTX010 | Augustus Investments LLC | Charles Schwab Inc, NY | Investment | 7162-0314 | Peter Poole | | Joseph Cortese | +12125966634 | Joseph.Cortese@Schwab.com |
| AMASCTX050 | Edge Capital Investments Ltd | Bermuda Commercial Bank | Call | 06-801-200703-01 | Peter Poole | James Gilbert | Natascia Bertoli-Badoli | +1 441-299-2856 | nbadoli@bcb.bm |

# Exhibit B-14

**AEBCT PEOPLE AND ASSETS REPORT**

| | | |
|---|---|---|
| Massengill Children's Trust | Assets | Investment Shares in Edge Capital Investments Ltd |
| | | Shares in Wilbury Management LLC |
| | | |
| Wilbury Management LLC | Assets | Common Shares in Edge Capital Investments Ltd |
| | | Shares in Augustus Investments LLC (1%) |
| | | |
| Edge Capital Investments Ltd | Assets | Shares in Augustus Investments LLC (99%) |
| | | Investment in Arboria Fund Ltd |
| | | Investment in Founding Partners Fund |
| | Bank | Bermuda Commercial Bank Call |
| | | |
| Augustus Investments LLC | Bank | Charles Schwab Account |

# EXHIBIT

# B-19

# Exhibit B-19

Evatt,

Please see attached debt purchase plan.

Bob

Exhibit B-19

Evatt,


I need for you to make an inquiry on a tax situation - please talk to the new tax
attorneys, not SAB.


The question surrounds the purchase of Reynolds 2nd and 3rd lien debt - which now
trades at 50 cents on the dollar.


If the 2nd lien debt ($550M at LIBOR+5.5%) and 3rd lien debt ($220M at
LIBOR+7.5%) were bought at 50 cents on the dollar, these would be very attractive
investments (even with 30% witholding on interest stirred in) because when they
are paid off, the pay off would be at 100 cents on the dollar which would all be
at cap gains rates.


The question is - can an AEBCT entity make this purchase of debt - and Reynolds
still have the interest deduction for tax purposes?


What if it was not an AEBCT entity - like a POP entity?


Bob

## Exhibit B-19

Evatt,

I need for you to make an inquiry on a tax situation - please talk to the new tax attorneys, not SAB.

The question surrounds the purchase of Reynolds 2nd and 3rd lien debt - which now trades at 50 cents on the dollar.

If the 2nd lien debt ($550M at LIBOR+5.5%) and 3rd lien debt ($220M at LIBOR+7.5%) were bought at 50 cents on the dollar, these would be very attractive investments (even with 30% witholding on interest stirred in) because when they are paid off, the pay off would be at 100 cents on the dollar which would all be at cap gains rates.

The question is - can an AEBCT entity make this purchase of debt - and Reynolds still have the interest deduction for tax purposes?

What if it was not an AEBCT entity - like a POP entity?

Bob

Exhibit B-19

Evatt,

The debt is not in registered form.

At Reynolds, we have no idea who holds the individual pieces of the debt.

Our entire dealings are with Deutsche Bank.   Our loan agreements are with them.  We make all interest and principal payments to them.

They have participated the debt out to probably over 100 different entities.  Probably only 50 or 60 are involved in the second and third lien debt.

Bob

ET_0001568743
P20081126 re Reynolds Debt and Form Thereof.doc

Exhibit B-19

Evatt,

It is now clear that the holders of the debt all are now considered to "participate" in the basic loans.

As such they have simple participation agreements whereby they participate in xx% of the loan.  Their rights and privileges are those in the loan agreements themselves.

Since there is none of the required language in the loan agreements necessary in order to meet "portfolio" interest definition, it is pretty clear that there is no easy way around the 30% interest witholding.

This coupled with the deductability uncertainty makes we want to hold up on any thought of purchase of the debt from offshore.

The $200M tax holdback issue plus the remaining committment to VEPFIII are also considerations.

Bob

# Exhibit B-19

Evatt,

We are hearing on the street that Reynolds 2nd lien debt it trading in the 30-odd cents to the dollar range.

This is LIBOR plus 5.5% paper - which would yield 7.5% x 3 = 22.5% yield with a 3X return when paid off.

This fact plus it now looks like the Reynolds to buy its own debt would be nigh on impossible due to the necessity of getting 100% agreement from the first lien holders - make this worth a further look.

Please talk to the new tax lawyer - lay out for him the structure of it being done through a mutual fund that invests in a US partnership.  No names, just how it works.

There would be witholding on the interest, but it gets worthwhile netting 15%+ net interest return.

Hopefully when the loan gets repaid, it would all be long term capital gains - with no tax.

This may be the way we can recoup some of the beating from this year.

Bob

PS:  I am very much ready for the October and November cash report so I can see where we are at - and how much of this we could do.

ET_0001568757

# Exhibit B-19

Evatt,

I agree that Deutsche Bank is in some turmoil.

Al Deaton's forthcoming son-in-law is with their energy M&A group in Houston - where there have been a ton of layoffs.

The person that we deal with for interest rate swaps recently has been let go as well.

Bob

Exhibit B-19

Evatt,

The two names on the DB High Yield trading desk are not familiar to me.

Bob

# EXHIBIT

# B-20

Exhibit B-20

Evatt,

The debt takes the form of loan participations that are farmed out to banks (and in the case of the 2nd and 3rd lien debt - to hedge funds, insurance companies, and the like).

My understanding it that the participation documents take the form of a copy of the loan agreement and a two or three page participation agreement.  That is all the that the holders of the debt get.

Reynolds has no paperwork with anyone except Deutsche Bank.  Reynolds makes all principle and interest payments to Deutsche Bank.  They handle all disbursements of principle and interest payments to the loan participants.  Whether or not they handle any witholding is unknown.

I think that the best way to advance the investigation of the feasability of purchasing debt is to have you as a representative of Edge's US LLC inquire at Deutsche Bank about the possibility of buying some small amount of the Reynolds debt - say $5M to $10M.

That will get us the paperwork to look at, plus listen to the questions that they ask.

My guess is that they will look at the US LLC just like a US-based hedge fund - and not concern themselves with witholding.  The responsibility for worrying about that will fall on the US LLC.

The reason for considering using Edge is that I am concerned about the loan covenant for the $200M reserve for tax issues that SSHLTD has.

It is also very important not to let on that Edge might be interested in buying a substantial amount of debt - as from what I understand - a debt purchase like this has to be strung out in small pieces where no one know that there is interest in buying a large total over time - or the price goes up substantially.  Evidently there is a whole class of hedge funds that specialize in speculating in distressed debt.

Let me know what you find out.

Bob

# EXHIBIT

# B-21

# Exhibit B-21

Evatt,

I agree that you should proceed to open an account with DB and proceed to buy some 2nd and 3rd lien debt out of Edge.

Hopefully prices (discounts) and availability will eventually be good - so that all of the second and third lien debt can be purchased.

This project has the potential to recoup the losses of 2008 plus ensure the safety of Reynolds.

Curiously it goes dead against the investment principles of diversification - but it makes more sense to me than anything else that could be done.

As far as Founding Partners, there is no way that we would want to invest more in that entity for two reasons:

-the risk-reward premium is insufficient, given that they are demonstrating the fact that it is to a moderate extent illiquid, plus they have no 2007 audited financials to show
-the returns do not compare with buying Reynolds debt

Bob

PS:  I read an article the other day about one of the places that capital would flow to was vulture-debt funds.  Basically these funds would buy up debt at deep discounts and then hope for the company to go into default at some point whereby the debt holders would be able to exact debt-for-equity swaps that dilute out the common stockholders to almost nil.

This is one of my fears for Reynolds.

# EXHIBIT

# B-22

# Exhibit B-22

Evatt,

I will be interested in the amount of 2nd and 3rd lien debt that is available.

My guess is that we will need to buy some at a time in order to keep from spiking the prices.

It will be a dance between worrying about spiking the prices - or waiting too long and taking the chance that the automotive influence on our debt rating changes.

Bob

# Exhibit B-22

Evatt,

I am not familiar with the name Jerry Walker.

Bob

# Exhibit B-22

Evatt,

I agree that you should proceed to open an account with DB and proceed to buy some 2nd and 3rd lien debt out of Edge.

Hopefully prices (discounts) and availability will eventually be good - so that all of the second and third lien debt can be purchased.

This project has the potential to recoup the losses of 2008 plus ensure the safety of Reynolds.

Curiously it goes dead against the investment principles of diversification - but it makes more sense to me than anything else that could be done.

As far as Founding Partners, there is no way that we would want to invest more in that entity for two reasons:

-the risk-reward premium is insufficient, given that they are demonstrating the fact that it is to a moderate extent illiquid, plus they have no 2007 audited financials to show
-the returns do not compare with buying Reynolds debt

Bob

PS:  I read an article the other day about one of the places that capital would flow to was vulture-debt funds.  Basically these funds would buy up debt at deep discounts and then hope for the company to go into default at some point whereby the debt holders would be able to exact debt-for-equity swaps that dilute out the common stockholders to almost nil.

This is one of my fears for Reynolds.

# Exhibit B-22

Evatt,                   1/27/09

I tried RADMIN and also calling your Vonage number to no avail this morning at 7AM my time to no avail â€" so I am sending you this email.

Regarding purchase of debt.

We first want to focus on the third lien debt.

The reason is that in order to do any kind of debt-equity swap, we have to have a majority of that tranche.

The way that we want to do it is similar to a Dutch auction.

DB has an active list of the third lien holders.

We contact DB and tell them that we are interested in purchasing $10M to $20M of the third lien debt. They put the word out to the third lien holders.

The range we are willing to pay is between 15% to 30% of face value.  I am picking that range â€" because I think that the reason that so little 3rd lien debt has traded is because no one wants any â€" it is considered pretty bad junk â€" especially now.

The way it works is that whoever wants to sell some names the lowest price they will take.

Offers come in over some period of time.  At the end of the time, the lowest prices offered are the ones that are taken.  See the explanation from Wikipedia below.

DB will need to tell us the usual time period allowed for bids to come in.  DB will also likely comment on the appropriateness of the price range being offered â€" and also on the amount we are willing to purchase.  The amount we are saying we are willing to purchase has to be enough to attract some offers, yet cannot be too large to attract attention too much.  The issue here is that a seller will likely want to sell all of their holdings - our size range has to be big enough to take in a large holder.  DB should be able to advise us of the range of sizes of holdings.  I would expect that the largest would be a $10M to $15M chunk of third lien debt - but we cannot be sure that someone doesn't have $30M.

The point of caution is that we cannot let the market think that there is potentially a large buyer of the debt around â€" lest the prices go up.  We cannot trust anyone at DB.

ET_0001691688

Exhibit B-22

We will have no way of knowing how much will be tendered.  There could be none â€" or there could be quite a lot.  There is nothing to prevent us from taking down quite a lot â€" although we have to concern ourselves with what is visible to the sellers.

I would expect that the prices of whatever we purchase will be posted publicly by DB.

On the 15th of Feb all of the debt holders will receive the un-audited year end financials â€" which show a deteriorating situation.

We will also likely have a billion dollar write down of Reynolds good-will forced on us by the auditors â€" which will cause us to have a very substantial non-operating loss.

From a timing standpoint, we would be best served by starting the offer before that date - and having it continue thru that date - although I am not sure how quickly the holder's analysts get thru these earnings reports.

I am back from NADA â€" worst attendance I have seen in 27 years that I have gone to this event.  From the standpoint of what we spent vs. what we accomplished sales-wise at this show â€" it was a real loser.

This morning I am off to spend the day with Hein talking about Europe.

Automotive economy is clearly in much poorer condition that my worst expectations.


Bob


==Dutch auction share repurchases==


The introduction of the '''Dutch auction share repurchase''' in 1981 allows firms an alternative to the fixed price [[tender offer]] when executing a tender offer [[share repurchase]]. The first firm to utilize the Dutch auction was Todd Shipyards. A Dutch auction offer specifies a price range within which the shares will ultimately be purchased. Shareholders are invited to tender their stock, if they desire, at any price within the stated range. The firm then compiles these responses, creating a supply curve for the stock.<ref>To understand the Dutch auction bidding and outcome from actual shareholder tendering responses, see Bagwell, Laurie Simon, "Dutch Auction Repurchases: An Analysis of Shareholder Heterogeneity,". 1992. Journal of Finance, Vol. 47, No. 1, 71-105.</ref> The purchase price is the lowest price that allows the firm to buy the number of shares sought in the offer, and the firm pays that price to all investors who tendered at or below that price. If the number of shares tendered exceeds the number sought, then the company purchases less than all shares tendered at or below the purchase price on a pro rata basis to all who tendered at or below the purchase price. If too few shares are

Exhibit B-22

tendered, then the firm either cancels the offer (provided it had been made conditional on a minimum acceptance), or it buys back all tendered shares at the maximum price.

Exhibit B-22

Questions to ask of Reynolds regarding their financial condition:

1)   Please describe your primary lines of business.

2)   What is the trend of sales in each of these lines?  Profits?

3)   What are the factors influencing the sales trends?  Profits trends?

4)   What is happening to your numbers of customers in each of your primary lines of business? Increasing?  Decreasing?  Why?

5)   What forecast do you have for change in numbers of customers in each of your major lines of business for 2009?

6)   Have you sold or lost major accounts in the past year?  Who are they?  Why?

7)   What is the situation regarding collectability of your receivables?

8)   What bad debt loss did you have in 2008?

9)   Do you have any tax audits in progress?  If so, what do they cover?

10)  What personnel reductions have you made in response to the recession?  In what areas of the organization?

Exhibit B-22

11)  What do you expect the impact of troubles faced by the Big 3 automakers will have on your business?

12)  If the Big 3 automakers reduce their numbers of dealerships, what effect will this have on your business?

13)  What percentage of your dealership customers are Big 3 dealerships?

14)  Should your business require additional cash during 2009, what plans do you have for acquiring cash?

15)  What kind of competitive threat is Microsoft or SAP?  How many customers did you lose to them in 2008?

16)   What kind of competitive threat is ADP?  How many customers did you lose to them in 2008?

# Exhibit B-22

Evatt,

I will be talking to Ken on Tuesday about the quarterly report that we send to DB on the 13th.  This will contain the year end results, the 2009 plan (which is dismal), the goodwill writedown, and the pension plan underfunding.

I will bring up the subject casually in passing, he may also bring it up.

Bob

# Exhibit B-22

Evatt,                          Feb 11, 2009

Regarding the offer for third lien debt..

From what you have learned, the best guess is that there are two large holders of third lien debt on the west coast.  With $250M face value outstanding, they both could have very large pieces.

My further guess is that if they want to get rid of some of it, they probably want to get rid of all of their piece.  Therefore an offer large enough to take them completely out is probably more attractive than one that leaves them with a remnant.

This thinking alters somewhat our initial thought to just buy some little pieces to begin with.

Therefore I am thinking that we should offer to buy up to $100M face value at 20% of face value - making our investment $20M.

Informally we should indicate to DB that we might could buy a little more.

For now we should focus on the 3rd lien debt only - as it sounds like the 2nd lien debt does not trade that much at the 35% numbers - however I expect that will change as our Q4 numbers, pension plan underfunding of $95M, goodwill write down of $1.2B, and 2009 plan come out.

Please think this over and give me your feedback.

I am in Dayton.  Unfortunately your IP address is blocked by our firewall at the office so I cannot call on RADMIN.  However I will be checking email thru the day between meetings.

Bob

ET_0001691702
P20090211 re Plans for Purchase of R&R Debt.doc

# Exhibit B-22

Evatt,

I don't want to go for the whole 3rd lien debt at once.

It makes too much of a splash in DB's mind.  DB also cannot help much in talking the sellers into taking any offer.  They likely can do more harm than good - in that the sellers will ask who we are and what our appetite is.  We need to keep DB in the dark as much as possible.

Further reasoning is that in offering for the whole of the third lien, there is no competition among the sellers that hold the 3rd lien.

They will stiffen from a price standpoint if they know that the offer is only for all of the debt.  That gives each of the two holders somewhat of a slight power position that they will work to the end.

Please go with my plan as outlined.

Bob

P20090211 re Purchase of R&R Third Lien Debt.doc

# Exhibit B-22

Evatt,

I am going to Chicago tomorrow afternoon after dropping off a plane-load in Dayton.  On Tuesday, there is the first board meeting of ODE at ADP Dealer Services HQ.

Wednesday and Thursday I am in Dayton, back to Houston Thursday evening.

Hopefully we will see some activity on the 3rd lien stuff.

My concern is that someone may have figured out the attractiveness of this debt before us.

If you look at the financials, we look strong enough for a while.  At 20 cents on the dollar for 8% debt, the effective interest rate is so strong that it overshadows the risk of default.  My bet is the folks that hold it are the second owners that already bought it cheap last fall.

The interest rate is not as high and the cents on the dollar is not as low for second lien debt which makes the effective interest rate not as good - vs. the risk of default - which is probably why more of it trades.

Bob

Exhibit B-22

Evatt,

Go ahead and pick up 11M of the third lien debt at 26.5.

Bob

## Exhibit B-22

Evatt,

I don't think that we need the DB Loan Management service.

Bob

ET_0001691736

# Exhibit B-22

Evatt,

I have no specific requests regarding the debt purchase record-keeping.

My goal is simple - at the end of the day to own all the 2nd and 3rd lien debt straight out - and to have purchased it at substantial discounts.

Please do whatever you deem necessary to keep track of it all - as it will need to be set up in the books as assets.  We will also need to keep track to make sure that we get all of the interest income that we are due.

If we are fortunate enough to be successful, there will be substantial interest income that perhaps we can begin to devote to purchase of first lien debt.  At 25% - the third lien debt will yield 32%.  At 30%, the second lien debt will yield 20%.

Bob

# Exhibit B-22

Evatt,

All the advice that I have gotten so far is from DB and JP Morgan.  This is from them pitching Reynolds a while back.

Both were pretty emphatic about not showing too big an interest at any point in time - as it looks like someone is trying to get a control position in the event of default - where they basically have enough to get all of the equity.

This would cause the price to spike.

Therefore I don't want to change course or strategy.

Bob

# Exhibit B-22

Evatt,

Interestingly enough, the DB folks talk to Ken Bunney about buying back debt a bunch.

The discount numbers that they throw around are considerably lower than what we are seeing.  They talk about 3rd lien debt trading for 10 cents range and 2nd lien debt trading for the 20 cents range early this week after the banker call last week.

They seem to refer to some sort of internal computer system that gives them the current trading information.

I don't quite understand what is happening here.

They may be trying to drum up some business.

Also it was Farallon selling 3rd lien debt - they were the largest holder before their sales.

If you look at the DB chart as of 3/10 it would indicate that trades of the 2nd lien debt took place at the 25 cent level - yet we were not able to buy any this week - which is mystifying.

Bob

PS:  It is also interesting that on the documents that you sent me - there is no mention of the discounted amount that is being paid for the debt - just the face value is shown.

# Exhibit B-22

Evatt,

It is time to start now to keep a spreadsheet of each debt purchase with tranche (2nd or 3rd), face amount, date, amount paid, percentage of face amount, and fees.

When you have it set up, please email me a copy.

Bob

# Exhibit B-22

Evatt,

Is there any way that we can close earlier on the first debt purchase?

I would think that they would want the money.

Bob

ET_0001691749

# Exhibit B-22

Evatt,

I see no reason not to close all debt purchases at once.

Question - it would be helpful if you could get the DB traders to explain their process - without appearing to be to ignorant.  Words like "I am familiar with other debt trading operations, but could you explain what your processes are?".

It seems as though they operate in a reactive mode - waiting for a seller to show up actively wanting to sell.

A better way would be if they had some sort of email distribution list of all holders of Reynolds 3rd lien debt that they would send a circular out to everyone on the list - that there was a buyer available at the price we have set.

If they don't have that process and are indeed just operating in reactive mode - that tells us one thing.

If on the other hand they do have the active circular of an offer to buy going out, that tells us something else.  If they do in fact have this process, how often they send the circular out would also tell us something.

The trader that moved to Jeffries might have a lot of insight to this.

It could also be that the circular process is what they refer to as a "Dutch auction" for which they get special fees for.

All this is a new world - we are in the process of getting educated.

Bob

ET_0001691750

P20090324 re Method of DB Trading Debt and Closing.doc

## Exhibit B-22

Evatt,

Is there any action or information on debt purchase at all?

Did they really come up with the last $9M chunk?

Bob

# Exhibit B-22

Evatt,

Take the further $6M second lien at 35cents.

Bob

Exhibit B-22

Evatt,


Please enhance the debt purchase spreadsheets:


-on the 2nd and 3rd lien summary pages, please put somewhere the percentage of the total outstanding that has been purchased

-on the 2nd and 3rd lien summary pages, please put the average cents per dollar paid for all purchases to date

-please do the same on the overall page


Bob

# Exhibit B-22

Evatt,

Any result from contacting Farallon or others directly?

Bob

P20090409 re Follow Up On Enquiries with R&R Debt Holders.doc

# Exhibit B-22

Evatt,

I think that we should pass on the $2M at 45 cents.

Bob

ET_0001691762
P20090409 re Refusal of 2nd Lien Debt Offer.doc

Exhibit B-22

Evatt,

Please consult your US tax attorney on the following question:

If Point were to buy 2nd and 3rd lien debt (with funds borrowed from Edge), what would be the outcome tax-wise?

This assumes that Point would have to open an account with DB and file a W8-BEN.

Facts would be that Point is owned by a 3rd party. The profits would accrue to the investors in Point (which is really SSH).

Would the interest still be deductible in the USA? Would it still not have 30% witholding on the interest?

The reason for raising this issue is that it appears that there will have to be a more aggressive tender offer for all the 2nd and 3rd lien debt in order to make any headway. DB has been trying to get Reynolds to do it, but I am sure would do it for a 3rd party.

Alternatively - please ask the same question if SSH did it directly.

Bob

P20090411 re Questions on Tax Treatment of SSH Ltd Involvement in Debt.doc

# Exhibit B-22

Evatt,

I think we should stick to the 35 cents - it is a small piece.

I agree with you - I don't think that there is another bidder at 35 cents.

Bob

Exhibit B-22

Evatt,

I have just got back from Ohio - sitting in the back of the RJ doing a bit of drinking with Bob Lindley - mostly laughing till I cried.

Therefore I am not in shape for a RADMIN call.

Regarding the 10M up for sale at 40 - but willing to go to 37.

We need to stick at 35 as we are essentially setting the market price - as every one else that comes along will ask DB what has it been trading at.

If the trader says 36, that is the new price that everyone will shoot for.

Our numbers on 2nd lien do not work over 35 very well - as Edge runs out of cash before we get it all bought.

From an information standpoint, Ken Bunney has had multiple groups of lenders on site kicking the tires in Dayton.  This is highly unusual - and indicates either groups planning on buying - or selling - we cannot tell which.

One of the questions is "Is Bob Brockman going to stick with this deal?".

Some of these folks seem to be quite sharp - and even have their own models.  KKR is one of them and another group called "Q" (or something like that) from Dallas.  KKR seems to have quite a pile from what Ken says - although I have not had a chance to look at the DB report of lender holdings.

Given that there has not been much trading up to this point, I am optimistically thinking that these big position holders may be thinking about selling.

# Exhibit B-22

Although I could be completely mistaken.  In any case - this is unusual activity.


Bob

# Exhibit B-22

Evatt,

The lenders that visited are:

Q Investments

KKR

Angelo Gordon

Oakhill Advisors

Guggenheim

Bob

# Exhibit B-22

Evatt,

Please send me an updated debt purchase spreadsheet with the latest $10M acquisition on it.

Bob

Exhibit B-22

Evatt,

I don't think that it is worth buying first lien just to know who holds it.

Bob

P20090430 re Not Buying 1st Lien Debt.doc

# Exhibit B-22

Evatt,

I gather that there was no debt activity this week.

Bob

# Exhibit B-22

Evatt,

I think that it is best that you do not dial in.

Bob

Exhibit B-22

Evatt,

I have traced back Michael James Simmons - R2 Top Hat.

He is involved as a director at I2 Technologies.

A fellow board member is Lloyd G. Waterhouse - who is the former CEO of Reynolds.  He is obviously the connection that even brings Reynolds name up.

The more troubling point is the DB is taking a position themselves and not even offering it to us.  I don't know what can be done about that - except now that we know more about how this game is played.

I think we need to see what Citigroup and Jeffries do.  My only concern with them is that this market for sure is driven on rumor and gossip - these folks survive and prosper based upon their fine-tuned instincts to sniff out what is going on.

However - doing what we are doing is not getting the results we need to have.

Bob

# Exhibit B-22

Evatt,

This report came across the transom today via Ken Bunney.

I did not ask for it, it just appeared.

It would seem to indicate that DB buys for their own account as well as trades.

Bob

Exhibit B-22

Evatt,

It sounded like you had your hands full with the baby.

I will try again tomorrow morning early my time.

Nothing urgent, just to catch up on everything that is going on.

One thing of note - I was looking at activity by first lien holders.

Angelo Gordon

Ares

Farallon

KKR

All substantially increased their first lien position.

Bob

# Exhibit B-22

Evatt,

Have all of the debt purchases closed?

I thinking that DB might have some kind of stopper for the level of unclosed purchases that a client can have open at one time.

Bob

# Exhibit B-22

Evatt,

It is ok to disclose the names of the holders.

First of all it is our information.

Secondly, every one of the holders has the same information - so to the extent that it is out, it will be impossible to know where it came from.

I would cleanse it of the dates and the trading activity - just who holds how much.

bob

# Exhibit B-22

Evatt,

Attached is lender activity 5/14 thru 5/29.

I have not had a chance to analyze it yet.

Clearly there is some activity going on that we are not seeing.

Bob

ET_0001691822

P20090623 re DB Reynolds Trac=ding Activity Report.doc

# Exhibit B-22

Evatt,

I think that it would be good strategy to withdraw our offers to buy 2nd and 3rd lien debt at DB.

Bob

# Exhibit B-22

Evatt,

Here is the latest debt-holder list.

For purposes of determining changes - I am not confident in the date ranges - so it may be better to compare beginning holdings of some previous known date to current holdings to determine changes.

Generally - it looks like low activity.

Bob

# Exhibit B-22

Evatt,

Purchase price is the only reasonable valuation.

Bob

P20090813 re Valuation of REynolds Debt Purcahse for Edge Accounts.doc

# Exhibit B-22

Evatt,

Attached is latest lien analysis.

Bob

P20090831 re Reynols Lien Analysis from DB.doc

Exhibit B-22

Evatt,

Attached is latest debt holder analysis.

Bob

P20091007 re Deutsche Bank Reynolds Borrowers.doc

# Exhibit B-22

Evatt,

Attached is latest lender activity.

Bob

# Exhibit B-22

Evatt,

Attached is latest lender list.

The prices of the debt have now risen to the point that I don't think that it is reasonable to be thinking about buying any.

Bob

# EXHIBIT

# B-23

Exhibit B-23

Memo to:      Evatt Tamine

Date:         February 8, 2009

Subject:      Performance Review

**What went well:**

Once again your self evaluation is remarkably accurate.  This in itself is a compliment to your logical evaluation of circumstances.

Overall you had a very excellent year which results in full attainment of your $70,000 target bonus plus an additional $70,000 bonus.

Unfortunately the investment program was a complete disaster so no payment under that plan was earned.  The market aberrations were not your fault.  You are correct that workload was/is such that was a negative in perceiving the progress of the downturn.

An additional significant personal accomplishment was you and Sophie starting your own family.  Even more than your marriage last year, this step forward solidifies your domestic situation which further enhances your stability from a business standpoint.

Further you are to be commended with the way that you have assisted in having gotten Don to finally retire gracefully.

**Goals for 2009**

1) The project of highest priority for 2009 is to successfully purchase all of the 2nd and 3rd lien Reynolds debt at the current deep discounts.  This endeavor is once again into uncharted waters.  However it is necessary to venture into it so as to protect Reynolds from vulture distressed debt purchasers that could at some point gain control by foreclosure processes.

2) Endeavor to get the cash back out of Founding Partners and Arboria so that the funds can be used to purchase Reynolds debt at a discount.

3) Finalize the documentation regarding Don's continuing duties and remuneration.

4) Get financial reports prepared during the year for the various entities on a timely basis.  The goal to be achieved is:
     -semi annual face-to-face review of the financial position of all entities at one time
     -review takes place 4 months after the end of the review period so that all numbers from the various entities have been reported

ET_0000023985

# Exhibit B-23

-where the financials have columns for the previous 5 years that show all amounts for all lines on the P&L and Balance sheet – as well as for the current 6 month period

3) Publish the Cash Report monthly

5) Convert to keeping all email and financial records on an encrypted USB dongle carried in a different location in luggage when traveling abroad

6) Establish a safe deposit box in Switzerland for backup of digital records

7) Arrange for audited financials for those entities that need to have audits

8) Annually verify that there are letters of resignation from all trustees and that Bob has the originals

9) Update the To-Do list at least monthly

## General Goals for Every Year

1) Continue to work to reduce the number of entities as this makes all processes simpler creating more time to focus on investment programs.

2) Continue to keep the document image database up to date constantly

3) Continue to keep the entity/significant transaction database up to date constantly

4) Continue to update the accounting reports to the document image database

5) Operate as much as possible in a paperless manner – such that if someone were to come in your door unannounced everything would be in encrypted digital form

6) Complete adding the documents and significant transactions for superseded entities to the respective databases on a piecemeal basis during the year

7) Run Evidence Eliminator at least weekly on your computer

8) Keep your computer system running perfectly – get whatever you need for maximum productivity and backup

9) Keep Don's computer environment operating on RADMIN

10) Continue basic education in accounting, bookkeeping, auditing, and financial controls

Exhibit B-23

11) Maintain all working entities in good standing so that their legal existence can not be questioned

12) Maintain relationships with service providers – bearing in mind that not a lot should be expected from them – never take for granted that they are doing what they should be doing which will require constant monitoring of their reports, primarily their financial reporting – Gordon Howard being the key service provider that would be most problematic to replace – look to Peter Mitchell potentially being a successor to Gordon should Gordon no longer be capable

13) To the extent possible, no service provider should become crucial – always be thinking about portability and alternate providers should the need arise

14) Regardless of the level of non-performance of a service provider, a cordial professional relationship should be maintained – unless a high level policy decision to do otherwise is made

15) In the event of non-performance of a service provider or investment, the policy will always be to withdraw quietly – unless a high level policy decision to do otherwise is made

16) Continue the excellent work on the spreadsheet for expenses of each service provider such that detail entries by type of expense are kept so as to support the annual expenses for each service provider

17) Coordinate the charitable giving initiatives of the AEBCT

18) Monitor your levels of daily effort so as to avoid burn-out.  Engage in a regular fitness program with proper diet so as to stay in top physical condition.

17)  Other than your personal vacation travel, I recommend that you conserve the amount of travel that you do for business as your control of everything will be directly related to the amount of time you spend in front of your multi-monitor computer system at home in France.

18) Plan your life for healthy, balanced, stable, long-term productivity

19) Although you have several personal friends in Houston that I am sure you want to maintain, please restrict your contact with the USA generally such that except for these few – you tend to fade into the background

## Compensation

The investment bonus is suspended as unfortunately there is no reasonable expectation that investment opportunities are going to be available for the foreseeable future.

# Exhibit B-23

Your annual remuneration for 2009 will be increased to an annual salary of $300,000 plus a bonus opportunity of $100,000.

## Conclusion

Overall your outstanding efforts in all aspects of your job are noted and appreciated.

On Behalf of Spanish Steps Holding LTD

ET_0000023988

# EXHIBIT

# B-35

# Exhibit B-35

**SIGNIFICANT TRANSACTION REPORT**
**REGENCY AND COLORADO PROPERTY GROUP**

| DATE | FROM | TO | PAYMENT OUT | PAYMENT IN | INTERNAL | BANK | REASON |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| 11/30/2016 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/24/2016 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/24/2016 | Cabot Global Investments Ltd | Regency Management Ltd | | | $500,000.00 | Bermuda Commercial Bank | Transfer between Cabot and Regency re Funding |
| 10/6/2016 | Regency Management Ltd | Henke Property LLC | | | $75,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 9/11/2016 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 7/23/2016 | Regency Management Ltd | Henke Property LLC | | | $200,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 4/20/2016 | Regency Management Ltd | Henke Property LLC | | | $200,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 4/20/2016 | Cabot Global Investments Ltd | Regency Management Ltd | | | $500,000.00 | Bermuda Commercial Bank | Transfer between Cabot and Regency re Funding |
| 9/28/2015 | Regency Management Ltd | Henke Property LLC | | | $1,000,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 9/26/2015 | Cabot Global Investments Ltd | Regency Management Ltd | | | $1,000,000.00 | Bermuda Commercial Bank | Transfer between Cabot and Regency re Funding |
| 8/2/2015 | Regency Management Ltd | Henke Property LLC | | | $300,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/2/2015 | Regency Management Ltd | Henke Property LLC | | | $1,000,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 6/29/2015 | Regency Management Ltd | Henke Property LLC | | | $200,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 6/1/2015 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 5/1/2015 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 3/26/2015 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 3/25/2015 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 1/23/2015 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 12/19/2014 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 12/1/2014 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 12/1/2014 | Cabot Global Investments Ltd | Regency Management Ltd | | | $5,000,000.00 | Bermuda Commercial Bank | Transfer between Cabot and Regency re Funding |
| 10/10/2014 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 9/8/2014 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/27/2014 | Regency Management Ltd | Henke Property LLC | | | $1,500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 7/17/2014 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 7/1/2014 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 6/24/2014 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 5/15/2014 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 4/23/2014 | Regency Management Ltd | Henke Property LLC | | | $600,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 3/17/2014 | Regency Management Ltd | Henke Property LLC | | | $350,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 1/24/2014 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 12/12/2013 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 12/3/2013 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 11/18/2013 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/28/2013 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/7/2013 | Regency Management Ltd | Henke Property LLC | | | $600,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 9/9/2013 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/19/2013 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/7/2013 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 7/11/2013 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 6/4/2013 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 3/15/2013 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 2/11/2013 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/23/2012 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 9/28/2012 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 7/16/2012 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 5/25/2012 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 3/28/2012 | Regency Management Ltd | Regency Management Ltd | | | $10,000,000.00 | Bermuda Commercial bank | Regency Fixed Deposit account established |
| 2/7/2012 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial bank | Funding of Henke to meet costs |

# Exhibit B-35

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/15/2011 | Regency Management Ltd | Henke Property LLC | | | $200,000.00 | Bermuda Commercial bank | Funding of Henke to meet costs |
| 6/29/2011 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial bank | Funding of Henke to meet costs |
| 5/25/2011 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial bank | Funding of Henke to meet costs |
| 12/23/2010 | Regency Management Ltd | Henke Property LLC | | | $4,731,018.63 | Bermuda Commercial Bank | Balance of purchase price of Tie Camp Ranch |
| 12/17/2010 | Regency Management Ltd | Henke Property LLC | | | $265,000.00 | Bermuda Commercial Bank | Earnest money paid for purchase of Tie Camp Ranch |
| 12/16/2010 | Cascade Holdings LLC | Regency Management Ltd | | | $15,000,000.00 | Bermuda Commercial Bank | Transfer of funds to meet future property acquisitions - funds redeemed out of Edge. |
| 9/17/2010 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/2/2010 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 6/29/2010 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 4/28/2010 | Regency Management Ltd | Henke Property LLC | $489,344.39 | | | Bermuda Commercial Bank | Balance of purchase price of Prehm Ranch No. 8 |

# EXHIBIT

# B-39

## Exhibit B-39

# Wire Transfer

? Page Help | 🖨 Print Page

| | |
|---|---|
| Transaction Number | 0312737 |
| **Creator Details:** | |
| User ID | 49810132 |
| Creator Name | Evatt Tamine |
| **Account from which Funds will be transferred:** | |
| Account | ▓▓▓▓▓17-01, Regency Management Ltd |
| Debit Amount | 265,000.00 |
| Currency | USD |
| **Exchange:** | |
| Exchange Rate | 1 USD to 1 USD |
| **Beneficiary Details** | |
| Beneficiary Name | Pitkin County Title Inc Escrow A/C |
| Account | ▓▓▓8351 |
| Address | 231 Midland Avenue, Suite 103 |
| | Basalt CO 81621 |
| Country | United States |
| **Beneficiary Bank Details:** | |
| Bank Name | ALPINE BANK AND TRUST |
| BIC (Bank Identifier Code SWIFT Code) | |
| Clearing Code / Party Identifier | ▓▓▓8407 |
| CHIPS UID | |
| Bank Address | GLENWOOD SPRINGS |
| | CO |
| Country | United States |
| **Payment Details:** | |
| Beneficiary Amount | 265,000.00 |
| Currency | USD |
| Foreign Bank Charges | Our |
| **Date and Frequency of Payment:** | |
| For Immediate Payment | |
| **Value Date (The date on which funds are considered as good, cleared and available for use by a customer):** | |
| Source account debited on | Friday, December 17, 2010 ? |
| Destination account credited on | Friday, December 17, 2010 ? |
| **Narrative** | |
| Remittance Information | RFB:B6199W - Henke |

| Fee Name | Amount (USD) |
|---|---|
| International Wire Transfer Fee | 40.00 |

Case 4:22-cv-00202   Document 25-1   Filed on 01/31/22 in TXSD   Page 80 of 83

Exhibit B-39

© Bermuda Commercial Bank Limited 2006. Terms & Conditions, Privacy Statement, Policy on Money Laundering.

# EXHIBIT

# B-40

Exhibit B-40

# Wire Transfer

Page Help | Print Page

| | |
|---|---|
| Transaction Number | 0313479 |
| **Creator Details:** | |
| User ID | 49810132 |
| Creator Name | Evatt Tamine |
| **Account from which Funds will be transferred:** | |
| Account | ███████17-01, Regency Management Ltd |
| Debit Amount | 4,731,018.63 |
| Currency | USD |
| **Exchange:** | |
| Exchange Rate | 1 USD to 1 USD |
| **Beneficiary Details** | |
| Beneficiary Name | Pitkin County Title, Inc |
| Account | ██████2333 |
| Address | 601 E. Hopkins, Third Floor |
| | Aspen CO 81611 |
| Country | United States |
| **Beneficiary Bank Details:** | |
| Bank Name | ALPINE BANK AND TRUST |
| BIC (Bank Identifier Code SWIFT Code) | |
| Clearing Code / Party Identifier | ████3407 |
| CHIPS UID | |
| Bank Address | GLENWOOD SPRINGS |
| | CO |
| Country | United States |
| **Payment Details:** | |
| Beneficiary Amount | 4,731,018.63 |
| Currency | USD |
| Foreign Bank Charges | Our |
| **Date and Frequency of Payment:** | |
| For Immediate Payment | |
| **Value Date (The date on which funds are considered as good, cleared and available for use by a customer):** | |
| Source account debited on | Thursday, December 23, 2010 |
| Destination account credited on | Thursday, December 23, 2010 |
| **Narrative** | |
| Remittance Information | RFB:Henke/B6199 |

| Fee Name | Amount (USD) |
|---|---|
| International Wire Transfer Fee | 40.00 |

Exhibit B-40

© Bermuda Commercial Bank Limited 2006. Terms & Conditions, Privacy Statement, Policy on Money Laundering.