# EXHIBIT

# B-41

Exhibit B-41

**TO DO LIST – TANGARRA**

revised May 9, 2010

**DON'S WIND-DOWN TO THE USA**

-Don's offshore files are transferred to a PC operating in France that is dedicated to him

-reference to all offshore files including structure maps and image library to be done using RADMIN software into a PC in France that has these files

**VISTA EQUITY FUND**

-provision of quarterly reports on all portfolio companies to Bob – Evatt to follow up with John at Vista

**PROJECTS – OTHER**

**-build combined structure charts for the AEBCT structure**

-create master document by entity of all bank accounts, signatories, and contact persons within the banks – republish when any changes occur

-shut down Software Ltd. – after the last of Mexico clients depart – which is currently happening

-financial reporting spreadsheet – keep up to date  ( **publish monthly – currently not happening)**

**-make print larger on Cash Report – format for legal size paper for maximum readability – send this in .xls form to Bob**

-notify Swiss bankers that a large transaction will be occurring

ET_0000043806

Exhibit B-41

**PROJECTS - TRUSTEES & TRUST PROTECTORS**

-document Gordon making decisions

-have Heather start keeping a file on Centre College

-annual review of Carlos Kepke files

-annual trust meeting to be set for early July when Evatt is in Bermuda

-Bob needs to send letters to Gordon with every quarter's bank reports– keeping paper copy file

-Bob needs to send a special letter to Gordon regarding the refinancing

-Evatt needs to have personal contact with Gordon every summer while in Bermuda

-investigate Maritius as possible site for a trust with a Chinese name

-cultivate Mark Patterson as a future successor to Trevor Lloyd

-have RTB II visit Bermuda to meet Heather, Gordon, Dan Voth, Bill Dolan, BCB. BNTB

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          page [ PAGE ] of [ NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]   [ TIME \@ "h:mm AM/PM" ]

ET_0000043807

Exhibit B-41

**PRIVATE MUTUAL FUND ADMINISTRATION**

**-liquidate Arboria  - $3.1M recovered**

**-liquidate Founding Partners**


**CURRENT INVESTMENTS – this section is starting to be re-opened due to Reynolds refinancing, Ventyx sale, and the improving environment**

-Investment Policy for Mutual Fund Investments
        -Class 4 – 0% - money market – hold for emergency transfers
        -Class 3 – 50-60% low risk equity
        -Class 2 – 20-25% medium risk equity
        -Class 1 – 15-20% higher risk equity

-TradeTrakker
        Furnish new copies of portfolio whenever buy/sell events take place

-monitor current investment performance
        -30 day deposits getting 5.25%

-follow for any potential recovery
        -Bristol – write-off – continue to follow for recovery – partial distribution of $1.7M
        received

-complete losses
        -STIR – liquidated at $5M loss in total
        -Core Digital – write-off
        -Rosefaire FCS 10% interest $1.8M
        -A/R from Gate –

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          page [ PAGE ] of  [
NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

ET_0000043808

Exhibit B-41

**NEW INVESTMENTS**

-periodically think about asset allocation

-new investment with Vista

-start a private equity type operation focusing on software companies like Vista does

-set up an investment management firm that advises Point (and if advisable – SSHLTD)

-have some other US person set up and own a US investment management firm and have RTB be an employee

-put more funds into Regency for investment in Colorado real estate

**POTENTIAL CHARITABLE DONATIONS**

-Centre College

**DOCUMENTS**

-one more box in Houston to be indexed

-merge new documents into Houston boxes

-preparation of doomsday groups of documents for AEBCT and other principal structures

**RECORDS**

-best solution for safe deposit box is to have a corporation owned by unrelated person own the box – with signature authority to enter box – that way it is never an issue if the person that personally owns a box dies – additionally it is less likely that a person with signature authority to enter box is ever considered a co-owner which causes that person's name to go into some database

-the persons with signature authority over the box should be sufficiently distant from each other that they do not travel together

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          **page** [ PAGE ] of  [ NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

ET_0000043809

# Exhibit B-41

**TRIPS**

**-Evatt and family return to Bermuda**

-Cayman – review legal status of Cayman entities once every two years and to maintain relationship with Trevor Lloyd

-Nevis – meet Ernie Dover once every two years – has no encrypted email, retains everything forever

-USA – twice a year – spring and fall –

ET_0000043810

Exhibit B-41

**STRATEGIC LONG-TERM**

-Bob & Dorothy redo wills for US estate setting US testamentary trust for care of
    Robert II

-Evatt sends to Bob academic articles on the Testamentary Power of Appointment

-in the event of premature demise of RTB, offshore world (other than AEBCT and its
affiliates) should be held for RTB II to eventually manage (Dorothy will be involved in
the AEBCT structure)

-the long term vision is as follows:

> -RTB hopefully lives a long, healthy life
> -after Reynolds RTB engages in private equity investments much like Vista
> -former Reynolds key personnel join this organization
> -RTBII finishes his education in a technical area and also gets an MBA
> -RTBII eventually finds the right lady and starts a family
> -RTBII joins RTB in private equity operation
> -the private equity operation earns fees for managing AEBCT funds at industry
>      standard rates providing a living for RTB and RTBII
> -the AEBCT continues to engage in charitable giving in the areas of higher
>      education and medical research
> -the corpus of AEBCT is eventually rolled over to AEBGCT

-the disaster scenario where something untoward happens to RTB is as follows:

> -a US-based trusted person holds the ownership papers of the trust protector
>      Corporations
> -this US-based person endeavors to guide RTBII in the long term vision laid out
>      Above
> -there is a backup person to the US-based trusted person referred to above

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          **page** [ PAGE ] of  [
NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]   [ TIME \@ "h:mm AM/PM" ]

ET_0000043811

# Exhibit B-41

## ENTITY STRUCTURE

**-The Benevolent**
    **-Plattoon – as Mexico phases out**
    **-Advertising Services – as soon as one remaining account is closed**

**-Edge and Cabot stay separate for diversification purposes**

**-dismantle the structure put together for VEFIII**

-reduce the number of entities - or at least focus on getting rid of inactive entities

ET_0000043812

# Exhibit B-41

## COMMUNICATIONS/PC ISSUES

**-as part of the move to Bermuda, the new fixed IP address must be tested by setting up a RADMIN laptop at the new location and verifying that the fixed IP address is there and works**

**-enlist the aid of RTB II in getting the new Bermuda location up and running with lambdaprime.com**

**-no expense should be spared in making the email server and RADMIN laptops absolutely reliable**

-move houstonfishingservice.com to Bermuda with RTB II help

-houstonfishingservice.com stays alive indefinitely as backup

-set up second email account in Bob's name on Reynolds officer server for use with web-based email

-standards for files saved as part of the document database
    -relevant emails should be saved in word processing format
    -spreadsheets should be saved in .xls format
    -quarter and year-end reports should be saved in .pdf format
    -emails and reports from accounting systems should be saved as part of the
    regular data archiving process

## STANDARD MEETING AGENDA

-review cash balances
-review investment performance
-review structure documentation
-discuss status of each structure
-review status of files
-review status of PC systems and software

## ENTITIES IN WIND-DOWN MODE – BUT STILL NOT GONE

-shut down Software BV – in liquidation process – final complete in 2017

ET_0000043813

## Exhibit B-41

**DANGLING THREADS**

-CITGO - used to be in BVI, but now Heritage documents that they have are in Georgetown, will be retained forever - used to own CTL, Master, Kojak, Micro-Mainframe, Peters - left there is correspondence with Don, trust deed copies, being returned to BVI hopefully – status is that they cannot find these files

-Bank of Bermuda - there will be some left over internal memos written by bank officers in their personal file at least and there are microfilm copies of incoming mail

-Carlos' correspondence, billing, multiple destination, and computer files (gone)

-files of Ken, Robert, Craig

-Brook Voght=s files - whatever is left on their network server and its backups, same for what is at his new law firm

George Hani=s files - same issue as Brook

Ben's Jiltec and SFL records - initial reply was 10 years - find out what is the situation on Ben=s correspondence files (maybe destroyed by hurricane)

Butterfield Cayman - computerized accounting records of everything - CTL, Jiltec, SFL, Kojak

Baring Bros. - TIL audit reports, Carlos' correspondence, trust variance documents

VP-Bank copying of structure files and who knows what else – Glen Godfrey

VP-Bank bank records

ATU – files left behind

Malta – DBA, Providian – they will not destroy the copy of anything they ever sent out to us

Edge involvement in VEFII

Don's files

Peter Poole's office

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          **page** [ PAGE ] of [ NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

ET_0000043814

# EXHIBIT

# B-42

Exhibit B-42



OWNERSHIP GROUP

TRUSTEE

PROTECTOR

**HERACLIDES CHARITABLE TRUST**

**HERACLIDES PURPOSE TRUST**
(Owns  Heraclides PTC Ltd)

**CRIS RUFFELL SMITH**
(Shareholder in the Protector to Heraclides Charitable Trust)

**REGENCY MANAGEMENT LTD**

**HERACLIDES (PTC) LIMITED**
(Trustee to Heraclides Charitable Trust)

**PARAGON PROTECTOR INC**
(Protector to the Heraclides Charitable Trust)

**HENKE HOLDINGS LLC**

**MOUNTAIN QUEEN INC**

**HENKE PROPERTY LLC**

HERACLIDES/COLORADO PROPERTY/REGENCY GROUP

MLATSW_018968

# EXHIBIT

# B-43

Exhibit B-43

**SIGNIFICANT  TRANSACTION REPORT**
**LEGEND INVESTMENTS LTD**

| DATE | FROM | TO | PAYMENT OUT | PAYMENT IN | INTERNAL | BANK | REASON |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| 10/24/2016 | Edge Capital Investments Ltd | Legend Investments LLC | | | $500,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 4/20/2016 | Edge Capital Investments Ltd | Legend Investments LLC | | | $500,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 11/23/2015 | Edge Capital Investments Ltd | Legend Investments LLC | | | $500,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 7/4/2015 | Edge Capital Investments Ltd | Legend Investments LLC | | | $500,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 1/30/2015 | Edge Capital Investments Ltd | Legend Investments LLC | | | $500,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 4/25/2014 | Edge Capital Investments Ltd | Legend Investments LLC | | | $1,000,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 4/24/2014 | Legend Investments LLC | Tangarra Consultants Ltd | $580,000.00 | | | Bermuda Commercial Bank | Payment of ET Bonus and Incentive Fee |
| 2/4/2014 | Edge Capital Investments Ltd | Legend Investments LLC | | | $750,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 1/10/2014 | Legend Investments LLC | Wedge Consulting Ltd | $200,000.00 | | | | Payment of Don Jones' Annual Fee |
| 9/27/2013 | Edge Capital Investments Ltd | Legend Investments LLC | | | $500,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 12/8/2012 | Legend Investments LLC | Wedge Consulting Ltd | $200,000.00 | | | | Payment of Don Jones' Annual Fee |
| 12/8/2012 | Edge Capital Investments Ltd | Legend Investments LLC | | | $750,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 10/31/2012 | Performance Investments LLC | Evatt Tamine | $900,000.00 | | | Bermuda Commercial Bank | Loan to ET to purchase English property |
| 6/13/2012 | Edge Capital Investments Ltd | Legend Investments LLC | | | $500,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 5/3/2012 | Legend Investments LLC | Tangarra Consultants Ltd | $225,000.00 | | | Bermuda Commercial Bank | Bonus for 2011 including additional bonus |
| 1/27/2011 | Legend Investments LLC | Wedge Consulting Ltd | $200,000.00 | | | Bermuda Commercial Bank | Payment of Don Jones annual fee |
| 1/27/2012 | Legend Investments LLC | Wedge Consulting Ltd | $200,000.00 | | | Bermuda Commercial Bank | Payment of Don Jones annual fee |
| 1/12/2012 | Edge Capital Investments Ltd | Legend Investments LLC | | | $500,000.00 | Bermuda Commercial Bank | Redemption by Legend Investments out of Edge |
| 8/31/2011 | Edge Capital Investments Ltd | Legend Investments LLC | | | $500,000.00 | Bermuda Commercial Bank | Legend redeemed Edge shares to meet ongoing costs |
| 6/11/2011 | Legend Investments LLC | Tangarra Consultants Ltd | $300,000.00 | | | Bermuda Commercial Bank | Contribution to building of extension on house in Bermuda |
| 3/3/2011 | Legend Investments LLC | Tangarra Consultants Ltd | $275,000.00 | | | Bermuda Commercial Bank | ET bonus including additional bonus |
| 2/26/2011 | Edge Capital Investments Ltd | Legend Investments LLC | | | $1,000,000.00 | Bermuda Commercial Bank | Legend redeemed Edge shares to meet ongoing costs |
| 1/4/2011 | Legend Investments LLC | Wedge Consulting Ltd | $200,000.00 | | | Bermuda Commercial Bank | Payment of Wedge annual fee |
| 7/17/2010 | Edge Capital Investments Ltd | Legend Investments LLC | | | $1,000,000.00 | Bermuda Commercial Bank | Legend redeemed Edge shares to meet ongoing costs |
| 5/21/2010 | Performance Investments LLC | Evatt Tamine | $900,000.00 | | | Bermuda Commercial Bank | Loan to ET to purchase Bermuda property |
| 2/9/2010 | Legend Investments LLC | Tangarra Consultants Ltd | $100,000.00 | | | Bermuda Commercial Bank | ET bonus |
| 1/18/2010 | Legend Investments LLC | Wedge Consulting Ltd | $200,000.00 | | | Bermuda Commercial Bank | Payment of Wedge annual fee |
| 1/15/2010 | Edge Capital Investments Ltd | Legend Investments LLC | | | $750,000.00 | Bermuda Commercial Bank | Legend redeemed Edge shares to meet ongoing costs |

# EXHIBIT

# B-60

EXHIBIT B-60

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA – Production | DLN: 93310252044650 |

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

**For calendar year 2019 or tax year beginning** 01-01-2019 **, ending** 12-31-2019

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2019**

**A** Check if:
**1a** Consolidated return (attach Form 851) ☐
**b** Life/nonlife consolidated return . . ☐
**2** Personal holding co. (attach Sch. PH) ☐
**3** Personal service corp. (see instructions) . ☐
**4** Schedule M-3 attached ☒ . . ☒

**TYPE OR PRINT**

Name
Henke Holdings LLC

Number, street, and room or suite no. If a P.O. box, see instructions.
215 S Monarch Ste 101

City or town, state or province, country, and ZIP or foreign postal code
Aspen, CO  81611

**B** Employer identification number
████576

**C** Date incorporated
09-09-2005

**D** Total assets (see instructions)
$                27,034,636

**E** Check if: **(1)** ☐ Initial return   **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change
**(5)** ☐ Amended Return **(6)** ☐ Superseded Return

### Income

| | | | |
|---|---|---|---:|
| **1a** | Gross receipts or sales . . . . . . . . . . | 1a | |
| **b** | Returns and allowances . . . . . . . . . . | 1b | |
| **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . | 1c | |
| **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . | 2 | |
| **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . | 3 | |
| **4** | Dividends and inclusions (Schedule C, line 23) . . . . . . . . | 4 | |
| **5** | Interest . . . . . . . . . . . . . . . . . | 5 | |
| **6** | Gross rents . . . . . . . . . . . . . . . . | 6 | 427,600 |
| **7** | Gross royalties . . . . . . . . . . . . . . . | 7 | |
| **8** | Capital gain net income (attach Schedule D (Form 1120)) 🖳 . . . | 8 | 0 |
| **9** | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . | 9 | |
| **10** | Other income (see instructions—attach statement) 🖳 . . . . . | 10 | 202 |
| **11** | **Total income.** Add lines 3 through 10 . . . . . . . . . ▶ | 11 | 427,802 |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---:|
| **12** | Compensation of officers (see instructions—attach Form 1125-E) . . . . . . . ▶ | 12 | |
| **13** | Salaries and wages (less employment credits) . . . . . . . . | 13 | |
| **14** | Repairs and maintenance . . . . . . . . . . . . . | 14 | 164,324 |
| **15** | Bad debts . . . . . . . . . . . . . . . . . | 15 | |
| **16** | Rents . . . . . . . . . . . . . . . . . . | 16 | |
| **17** | Taxes and licenses . . . . . . . . . . . . . . . | 17 | 57,445 |
| **18** | Interest (see instructions) . . . . . . . . . . . . . | 18 | |
| **19** | Charitable contributions . . . . . . . . . . . . . | 19 | 0 |
| **20** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) 🖳 | 20 | 566,765 |
| **21** | Depletion . . . . . . . . . . . . . . . . . | 21 | |
| **22** | Advertising . . . . . . . . . . . . . . . . . | 22 | |
| **23** | Pension, profit-sharing, etc., plans . . . . . . . . . . | 23 | |
| **24** | Employee benefit programs . . . . . . . . . . . . | 24 | |
| **25** | Reserved for future use . . . . . . . . . . . . . | 25 | |
| **26** | Other deductions (attach statement) 🖳 . . . . . . . . | 26 | 411,387 |
| **27** | **Total deductions.** Add lines 12 through 26 . . . . . . . . ▶ | 27 | 1,199,921 |
| **28** | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | -772,119 |
| **29a** | Net operating loss deduction (see instructions) . . . . . . | 29a | 0 | |
| **b** | Special deductions (Schedule C, line 24) . . . . . . . . | 29b | | |
| **c** | Add lines 29a and 29b . . . . . . . . . . . . . | 29c | 0 |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---:|
| **30** | **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . . . . . | 30 | -772,119 |
| **31** | Total tax (Schedule J, Part I, line 11) . . . . . . . . . | 31 | |
| **32** | 2019 net 965 tax liability paid (Schedule J, Part II, line 12) . . . . . . | 32 | |
| **33** | Total payments, credits and section 965 net tax liability (Schedule J, Part III, line 23) . . . . . . | 33 | 186 |
| **34** | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . . ▶ ☐ | 34 | |
| **35** | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | |
| **36** | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | 186 |
| **37** | Enter amount from line 36 you want: **Credited to 2020 estimated tax ▶** | **Refunded ▶** 37 | 186 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ \*\*\*\*\*\*
Signature of officer

▶ 2020-09-03
Date

▶ President
Title

May the IRS discuss this return with the preparer shown below?
See instructions ☒ **Yes** ☐ **No**

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Carl B Linnecke | | | | |

Firm's name ▶ Carl B Linnecke CPA PC

Firm's address ▶ 215 S Monarch Ste 101
Aspen, CO, 81611

Firm's EIN ▶ ████0448

Phone no. (970) 925-1040

For Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 11450Q     Form **1120** (2019)

# EXHIBIT B-60

Form 1120 (2019)                                                                                                    Page **4**

| Schedule K | **Other Information** (see instructions) |

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☑ Cash    **b** ☐ Accrual    **c** ☐ Other (specify) ▶ _____ |  |  |
| **2** | See the instructions and enter the: |  |  |
| **a** | Business activity code no. ▶ __531110__ |  |  |
| **b** | Business activity ▶ __REAL ESTATE__ |  |  |
| **c** | Product or service ▶ __Investment__ |  |  |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent—subsidiary controlled group? . . . . . . . . | Yes |  |
|  | If "Yes," enter name and EIN of the parent corporation ▶ Regency Management Ltd |  |  |
|  | FOREIGNUS |  |  |
| **4** | At the end of the tax year: |  |  |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | Yes |  |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) |  | No |
| **5** | At the end of the tax year, did the corporation: |  |  |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. |  | No |
|  | If "Yes," complete (i) through (iv) below. |  |  |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  |  | Yes | No |
|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. |  |  | No |
|  | If "Yes," complete (i) through (iv) below. |  |  |  |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316   . . . . . . . . |  | No |
|  | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. |  |  |
|  | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. |  |  |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock?  . . | Yes |  |
|  | For rules of attribution, see section 318. If "Yes," enter: |  |  |
|  | **(a)** Percentage owned ▶ 100.000 % and **(b)** Owner's country ▶ BD |  |  |
|  | **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ 1 |  |  |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount  . . . . . .  ▶ ☐ |  |  |
|  | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ |  |  |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 1 |  |  |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions)  ▶ ☐ |  |  |
|  | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. |  |  |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.)   ▶ $ _____ 2,390,744 |  |  |

Form **1120** (2019)

EXHIBIT B-60

efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 93310252044650

| **SCHEDULE G**<br>**(Form 1120)**<br>(Rev. December 2011)<br><br>Department of the Treasury<br>Internal Revenue Service | **Information on Certain Persons Owning the Corporation's Voting Stock**<br><br>▶Attach to Form 1120.<br>▶See instructions on page 2. | OMB No. 1545-0123 |
|---|---|---|

| Name<br>Henke Holdings LLC | Employer identification number (EIN)<br>▨576 |
|---|---|

**Part I    Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| Regency Management Ltd | FOREIGNUS | Corporation | OC | 100 % |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II    Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citzenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.          Cat. No. 52684S          **Schedule G (Form 1120) (Rev. 12-2011)**

# EXHIBIT

# B-61

EXHIBIT B-61

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 93310252043960 |
|---|---|---|

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2019 or tax year beginning **01-01-2019** , ending **12-31-2019**

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2019**

**A** Check if:
**1a** Consolidated return (attach Form 851) ☐
**b** Life/nonlife consolidated return . . ☐
**2** Personal holding co. (attach Sch. PH) ☐
**3** Personal service corp. (see instructions) . ☐
**4** Schedule M-3 attached ☒ . .

TYPE OR PRINT

Name
Mountain Queen Inc

Number, street, and room or suite no. If a P.O. box, see instructions.
215 S Monarch Suite 101

City or town, state or province, country, and ZIP or foreign postal code
Aspen, CO  81611

**B** Employer identification number
████5032

**C** Date incorporated
04-30-1998

**D** Total assets (see instructions)
$ 24,089,216

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change
**(5)** ☐ Amended Return **(6)** ☐ Superseded Return

### Income

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales . . . . . . . . . . . . | 1a | |
| **b** | Returns and allowances . . . . . . . . . . . . | 1b | |
| **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . | 1c | |
| **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . | 2 | |
| **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . | 3 | |
| **4** | Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . | 4 | |
| **5** | Interest . . . . . . . . . . . . . . . . . . | 5 | 228 |
| **6** | Gross rents . . . . . . . . . . . . . . . . . | 6 | 770,730 |
| **7** | Gross royalties . . . . . . . . . . . . . . . . | 7 | |
| **8** | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . | 8 | |
| **9** | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . | 9 | |
| **10** | Other income (see instructions—attach statement) . . . . . | 10 | 447 |
| **11** | **Total income.** Add lines 3 through 10 . . . . . . . . . . ▶ | 11 | 771,405 |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| **12** | Compensation of officers (see instructions—attach Form 1125-E) . . . . . . . . ▶ | 12 | |
| **13** | Salaries and wages (less employment credits) . . . . . . . . . | 13 | |
| **14** | Repairs and maintenance . . . . . . . . . . . . . . | 14 | 153,335 |
| **15** | Bad debts . . . . . . . . . . . . . . . . . | 15 | |
| **16** | Rents . . . . . . . . . . . . . . . . . . | 16 | |
| **17** | Taxes and licenses . . . . . . . . . . . . . . . | 17 | 28,797 |
| **18** | Interest (see instructions) . . . . . . . . . . . . . | 18 | |
| **19** | Charitable contributions . . . . . . . . . . . . . | 19 | |
| **20** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 294,979 |
| **21** | Depletion . . . . . . . . . . . . . . . . . | 21 | |
| **22** | Advertising . . . . . . . . . . . . . . . . . | 22 | |
| **23** | Pension, profit-sharing, etc., plans . . . . . . . . . . . | 23 | |
| **24** | Employee benefit programs . . . . . . . . . . . . . | 24 | |
| **25** | Reserved for future use . . . . . . . . . . . . . | 25 | |
| **26** | Other deductions (attach statement) . . . . . . . . . | 26 | 487,802 |
| **27** | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . ▶ | 27 | 964,913 |
| **28** | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | -193,508 |
| **29a** | Net operating loss deduction (see instructions) . . . . . . | 29a | 0 |
| **b** | Special deductions (Schedule C, line 24) . . . . . . . | 29b | |
| **c** | Add lines 29a and 29b . . . . . . . . . . . . . | 29c | 0 |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| **30** | **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . . . . | 30 | -193,508 |
| **31** | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . | 31 | |
| **32** | 2019 net 965 tax liability paid (Schedule J, Part II, line 12) . . . . | 32 | |
| **33** | Total payments, credits and section 965 net tax liability (Schedule J, Part III, line 23) . . . . . | 33 | |
| **34** | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . . ▶ ☐ | 34 | |
| **35** | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | |
| **36** | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid . | 36 | |
| **37** | Enter amount from line 36 you want: **Credited to 2020 estimated tax** ▶ | **Refunded** ▶ | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ ******
Signature of officer

▶ 2020-08-31
Date

▶ President
Title

May the IRS discuss this return with the preparer shown below?
See instructions ☒ **Yes** ☐ **No**

**Paid Preparer Use Only**

| Print/Type preparer's name Carl B Linnecke | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ Carl B Linnecke CPA PC | | | Firm's EIN ▶ ████0448 | |
| Firm's address ▶ 215 S Monarch Ste 101 Aspen, CO, 81611 | | | Phone no. (970) 925-1040 | |

For Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 11450Q     Form **1120** (2019)

# EXHIBIT B-61

Form 1120 (2019) <span style="float:right">Page **4**</span>

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☑ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 531390

**b** Business activity ▶ REAL ESTATE

**c** Product or service ▶ Investment

**3** Is the corporation a subsidiary in an affiliated group or a parent—subsidiary controlled group? . . . . . . . | Yes |

If "Yes," enter name and EIN of the parent corporation ▶ Regency Management Ltd
FOREIGNUS

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . | Yes |

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . | | No |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. | | No |

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | | No |

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . | | No |

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.
If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . | Yes |

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ 100.000 %  and **(b)** Owner's country ▶ BD

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ 1

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 1

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $ 4,713,846

<span style="float:right">Form **1120** (2019)</span>

# EXHIBIT B-61

efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 93310252043960

| | | |
|---|---|---|
| **SCHEDULE G** **(Form 1120)** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Information on Certain Persons Owning the Corporation's Voting Stock** ▶**Attach to Form 1120.** ▶**See instructions on page 2.** | OMB No. 1545-0123 |

| Name | Employer identification number (EIN) |
|---|---|
| Mountain Queen Inc | ████5032 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| Regency Management Ltd | FOREIGNUS | Corporation | OC | 100 % |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citzenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**   Cat. No. 52684S   **Schedule G (Form 1120) (Rev. 12-2011)**