# EXHIBIT

# C-16

# Exhibit C-16

| | |
|---|---|
| **From:** | Redfish PC |
| **To:** | "Permit" |
| **Date:** | Saturday, September 14, 2013 10:05:30 AM |
| **Attachments:** | rept20130831 Cabot Global Investments Ltd Financial Statements - Complete.pdf |
| | rept20130831 Cabot Global Investments Ltd NAV Report and Share Register - New Style.pdf |

Bob,

Attached are the Cabot financials and the new style of NAVB report to August 31st, 2013.

Evatt

MLATSW_005407

# EXHIBIT

# C-18

Exhibit C-18

Message

| | |
|---|---|
| **From:** | Permit [permit1@lambdaprime.org] |
| **Sent:** | 4/25/2011 7:54:35 PM |
| **To:** | redfish@lambdaprime.org |
| **Subject:** | RE: |

Evatt,

Once you get this done, then that would be appropriate.

Bob

---

**From:** Redfish [mailto:redfish@lambdaprime.org]
**Sent:** Sunday, April 24, 2011 7:47 PM
**To:** permit1@lambdaprime.org
**Subject:** RE:

Bob,

I'll start the process immediately.

Should I start looking for debt opportunities in the Canadian market?

Evatt

---

**From:** Permit [mailto:permit1@lambdaprime.org]
**Sent:** Sunday, 24 April 2011 9:28 PM
**To:** redfish@lambdaprime.org
**Subject:**

Evatt,

I think we need to move more out of the USD – in fact – essentially almost completely.

Please convert the balances in these accounts to Canadian$:

Rome Investments Schwab
Butterfield Bank
All remaining amounts in Mirabaud

Edge – Augustus – Schwab
BCB

Cabot – Spartacus – Schwab

I see nothing positive going on that will stem the tide of deficit spending.

Obama and the Republicans are locked in a standoff – with no hope of compromise at this point.

Further – we may have reached the tipping point where the world abandons the USD – which will cause our interest rates to go up.

Meanwhile the weak $ increases the price of oil for domestic usage – and puts gasoline prices over the roof.

Consumers are very jittery when it comes to gas prices – which I fear bodes even worse for the economy.

Bob

ET_0001791569

# EXHIBIT

# C-19

Exhibit C-19

Message

**From**:      Permit [permit1@lambdaprime.org]
**Sent**:      4/26/2011 1:18:47 PM
**To**:       redfish@lambdaprime.org
**Subject**:

Evatt,

For the Schwab accounts for Edge and Cabot, the Schwab fund is ok.

For the Schwab account for the AEBCT structure, please transfer those funds to Switzerland and at the same time convert them to Canadian dollars.

Reasoning – using the Schwab fund will create taxable gains assuming the USD continues to weaken.  If it goes the other way, the losses are not useful.  This is undesirable.  Moving the Schwab funds in the AEBCT structure should be easy.

Moving Edge and Cabot Schwab funds – we would not want to do to Mirabaud – and getting set up with another Swiss bank will take too long.

Bob

ET_0001791574

# EXHIBIT

# C-20

Exhibit C-20

**TO DO LIST – TANGARRA**

revised May 16, 2012

**VISTA EQUITY FUND`**

-considering debt fund that uses leverage and buys debt of Vista portfolio companies

**PROJECTS – NEW – Investment Advisory Company**

-this should be an LLC owned directly by RTB that provides investment advice to Point

-the LLC should be US based with a year-to-year contract with Point such that at some point a new entity that included RTB II could be formed to take over the business

-investments should be made directly by Point as this is an already established entity through which SSHLTD has historically made investments  – which have provided the AEBCT with a further liability shield

-fee percentage should be industry standard and may be different based upon the investment mix, fee is adjusted annually, amount of fee is regulated by how much capital is committed

-consider Debevoise for drafting the investment advisor company contract

-this entity only provides recommendations to Point, it does not act for Point so as to avoid any FBAR requirements

-RTB must register as an investment advisor

**Private Equity entity**

-a separate entity which would be a Private Equity manager could also provide management services to portfolio companies allowing further income that is tax deductible to the portfolio companies

-when Point wants to directly invest in a US company, it should do with the Private Equity manager described above – to avoid getting entangled with a US trade or business regs

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          page [ PAGE ] of  [ NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

Exhibit C-20

**PROJECTS – OTHER**

**-need details on Evatt expenses for 2011**

**-doomsday documents - need wet-ink signed documents that establish control over such that there is one envelope of documents each for:**
> **-St. John's structures**
> **-entities that have funds in Cabot**
> **-entities that have funds in Edge**
> **-entities that control Regency**

**-there are documents stored in a storage unit in Bermuda – need instructions on how to find it and keys**

**-need a floorplan of Evatt's house and directions where everything is**

**-need inventory of St. John's two safe deposit boxes, where they are located, where the keys are, who signatories are**

**-build combined structure charts for the AEBCT structure (RTB needs to review)**

**-republish structure charts after the reorganization of the three non-AEBCT structures are done (RTB needs to review)**

**-keep a running spreadsheet on private equity commitments (RTB needs to review)**

**-keep a running spreadsheet on charitable contributions forever to date, that also includes commitments that have not yet been funded**

**-build a complete description of all the 2011 organizational changes (RTB needs to review)**

**-build for the years 2010-2011 a log of significant transactions – and continue to update this log forever – so that it is easy to see how asset balances move around  (RTB needs to more thoroughly review)**

-create master document by entity of all bank accounts, signatories, and contact persons within the banks – republish when any changes occur – **add section for comments – such as relationship details – key people, needs more updates to online access, add new accounts**

-this should include all information necessary to be able to log on to these accounts to

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**              **page** [ PAGE ] of  [ NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]   [ TIME \@ "h:mm AM/PM" ]

ET_0000054301

Exhibit C-20

verify balances, **need fresh update on passwords**

-remaining sets of externally kept books are – Spartacus, Augustus (Dan Jenkins), SSHLTD (Jim Collins – now in Scotland), Point (now Evatt with Dan Voth for advice, enlist James Gilbert as backup signatory)

-need to find a way that someone else runs Point in order to satisfy the auditors

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          **page** [ PAGE ] of  [ NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

Exhibit C-20

**PROJECTS - TRUSTEES & TRUST PROTECTORS**

-establish Graham Wood as Trust Protector personally for the AEBCT, he then resigns and Acquitaine becomes the corporate Trust Protector where Graham Wood is Director

-document telephone conversation with Trevor Lloyd prior to his death where he resigns and concurs with your suggestion as Graham Wood personally as successor – provide an original wet-ink signed copy of this memo to Bob

-have Graham Wood personally resign and do a formal deed appointing his corporation signed in wet ink

-for backup purposes, secure a wet-ink signed letter of resignation and appointment of a new Trust Protector with date and appointee left blank – send this to Bob

-secure a digital signature from Graham Wood along with a wet-ink signed authorization to use it, provide this signature to Bob along with an original of this authorization

-prepare an Adobe version of the formal deed with date and appointee left blank ready for use with the digital signature – send a copy of this to Bob

-Heather now works part-time – where she continues to handle St. John's, AEBCT, SSHLTD, signatory on Point accounts, books for SSHLTD, Rome Investments, and the local Bermuda scholarship activities

-annual review of Carlos Kepke files

-annual trust meeting to be set at a new date and time – by phone this summer

-cultivate Mark Patterson as a future Trust Protector, perhaps a golf trip to Bermuda

-have RTB II visit Bermuda to meet Heather, BCB, BNTB

-begin to consider how to provide backup to Evatt – qualifications are:
    -accounting background
    -not a US citizen
    -capable of acquiring a Bermuda work permit of at least 10 years
    -might discover someone thru the scholarship program

-James Gilbert is an interim backup for Evatt, should the emergency need arise.
    -he is from NZ and currently works for UBS in Cayman – age 40 +- very familiar with Edge and Cabot – wife is English -

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**      **page [ PAGE ] of [ NUMPAGES ]**
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

ET_0000054303

# Exhibit C-20

-Evatt is going to seek assistance from Kalamazoo to locate a more junior accountant preferably from NZ or Australia that is interested in a long term career in the offshore world

ET_0000054304

# Exhibit C-20

**PRIVATE MUTUAL FUND ADMINISTRATION**

**-liquidate Arboria  - $3.1M recovered, rest is tied up on the backend of Madoff**

**-liquidate Founding Partners – ongoing – awaiting judge's order to take over operations**

**CURRENT INVESTMENTS – this section is starting to be re-opened due to, and the improving environment**

**-best option for investments seems to be LIBOR-based second lien debt in Vista companies**

-follow for any potential recovery
    -Bristol – write-off – continue to follow for recovery – partial distribution of $1.7M received – some potential for minor recovery $140-150K

-complete losses
    -STIR – liquidated at $5M loss in total
    -Core Digital – write-off
    -Rosefaire FCS 10% interest $1.8M
    -A/R from Gate –

ET_0000054305

Exhibit C-20

**NEW INVESTMENTS**

-periodically think about asset allocation

-receipt of cash from sale of Reynolds is unlikely for the next 2 years according to current thinking – then the amount will be around $2B

-made $600M initial committement to VEPFIV, made $400M commitment to the VEPFIV co-invest fund to purchase MiSys

-VFF $50M commitment

-Sunquest 2nd lien debt $29.487M plus 13.75M

-Vision Solutions 2nd lien debt $26M

-Applied 2nd lien debt $20.524M

-if management buyout of Reynolds does not take place and an outright sale takes place, start a private equity type operation focusing on software companies like Vista does using former Reynolds personnel

-set up an investment management firm that advises Point (and if advisable – SSHLTD)

**POTENTIAL CHARITABLE DONATIONS**
    -Stuart Yudofsky - $15M more

**CHARITABLE DONATIONS**
    -Rice University – Physics Building - $20M
    -Centre College $19.5M committment
    -Lance Gould $4.5M
    -Stuart Yudofsky - $10M

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          **page** [ PAGE ] of  [ NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]   [ TIME \@ "h:mm AM/PM" ]

Exhibit C-20

**DOCUMENTS**

-preparation of doomsday groups of documents for former Edge and Cabot structures once their re-organization is done

**RECORDS**

-St. John's has two boxes – **send me the inventory on these – so as to make a final decision as to whether to re-locate their contents to Houston**

**TRIPS**

-trips to Danville (Oct 19, 2012 is likely date of Residential Commons dedication), Houston, and Rice – include Sophie and the girls

-trip to Alaska – Labor Day Sept 3, 2012 – arrive in Houston by Sunday Sept 2th at the latest

-BVI with Don Q3 2012 – to retrieve Peter Poole documents

-summer 2012 – visit France and Scotland – finish Cabot/Edge bank accounts in Switzerland

-USA – quarterly

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**         **page** [ PAGE ] of  [ NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]   [ TIME \@ "h:mm AM/PM" ]

ET_0000054307

Exhibit C-20

**STRATEGIC LONG-TERM**

-Bob & Dorothy redo wills for US estate setting US testamentary trust for care of
        Robert II

-need a document describing what to do in the event of my demise – similar to the one
prepared for the company

-in the event of premature demise of RTB, offshore world (other than AEBCT and its
affiliates) should be held for RTB II to eventually manage (Dorothy will be involved in
the AEBCT structure)

-the long term vision is as follows:

>        -RTB hopefully lives a long, healthy life
>        -after Reynolds RTB engages in private equity investments much like Vista
>        -former Reynolds key personnel join this organization – or alternatively
>                participate in a LBO/Preferred Stock bailout/MBO
>        -RTBII finishes his education in a technical area and also gets an MBA
>        -RTBII eventually finds the right lady and starts a family (and stays in Houston)
>        -RTBII joins RTB in private equity operation – or investment advisory operation
>        -the private equity operation earns fees for managing AEBCT funds at industry
>                standard rates providing a living for RTB and RTBII
>        -the AEBCT continues to engage in charitable giving in the areas of higher
>                education and medical research
>        -the corpus of AEBCT is eventually rolled over to AEBGCT or one of the PBB
>                trusts

-the disaster scenario where something untoward happens to RTB is as follows:

>        -a US-based trusted person holds the ownership papers of the trust protector
>                Corporations
>        -this US-based person (Al Deaton) endeavors to guide RTBII in the long term
>                Vision laid out above

>        -there is a backup person (Robert Burnett) to the US-based trusted person
>                referred to above

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**        **page** [ PAGE ] of [
NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

Exhibit C-20

**ENTITY STRUCTURE**

**Cabot Structure – Reorganization**

-create a new charitable trust – purpose medical research
-Choice and Barrier divend shares in Cabot up to Inverness and Shetland Trusts
-Inverness and Shetland Trusts gift their Cabot shares up to Aberdeen Trust
-Aberdeen Trust transfers these Cabot shares to Addington Trading
-Performance dividends its cash up to Endurance Trust
-Endurance Trust gifts this cash to Aberdeen which places the cash into Addington
-Aberdeen gifts the shares in Addington to the new charitable trust
-Addington has all the shares of Cabot, plus cash, plus share in Edge liquid and ill-liquid
-Lineage II Trust – holds some shares of Edge – what to do?

**Edge Structure – Reorganization**

-The Benevolent
            -Software Ltd pays off as much as it can on its loan to Plattoon
            -Plattoon's cash from the liquid portion of Edge goes to Regency
            -Advertising Services – as soon as one remaining account is closed

-create new charitable trust – for educational purposes

-Plattoon (Legend Trust) gifts its ill-liquid Edge to Legend (Heritage Trust)
-Cascade (Service Trust II) gifts its liquid and ill-liquid Edge to Legend (Heritage Trust)

-reduce the number of entities - or at least focus on getting rid of inactive entities

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**            page [ PAGE ] of [ NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

ET_0000054309

Exhibit C-20

## COMMUNICATIONS/PC ISSUES

-need old paper set aside and marked as such

-need step by step instructions on how to use digital signatures

-need the digital signatures and passwords

-find a good double entry accounting system with the following requirements
- -GL detail records must contain date, name/address account number, memo number, document number, control number, and description field as well as G/L account number and transaction amount
- -traditional journals
    - -cash receipts
    - -cash disbursements
    - -general journal
- -no money entries can be made except by journal entry
- -lots of historical data in the GL account records
- -maintains detail history forever on selected accounts
- -ability to suppress print when detail entries with the same control number zero balance
- -possessing standard G/L reports as well as P&L
- -ability to map all fields including historical monthly, quarterly, and yearly fields into Excel
- -Sage PeachTree is one to start the search with

-no usage of logic.bm   no unencrypted usage of houstonfishingservice.com except in emergency when lambdaprime.org is down

-document boot-up process for the email server, CD is already here

-create another email server and transition all third parties to use this email address, leaving only personal email on logic.com

-build a 3rd email laptop – lower in priority than other "hardening" processes

-fire extinguishers for new house – need two more

## CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT          page [ PAGE ] of  [
NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

ET_0000054310

Exhibit C-20

**STANDARD MEETING AGENDA**

-review cash balances
-review charitable gift history and open commitments
-review Vista open committments
-review other investments
-review structure documentation
-discuss status of each structure
-review status of files **– need new inventory of files now that inactive files are
          segregated**
-review status of PC systems and software

**PROJECTS – NEW – Aircraft Charter Company – now postponed indefinitely**

-seek bids for the cash sale of the RJ to independent 3rd parties, then set the price of
the RJ a little above that to compensate for the "orderly sale" delay

-sell RJ to a new US-based C-corp – with preferably RTB owning 1% so he can fly at
cost

-the sale must be of a depreciated asset so as to achieve the EBITDA gain intended

-investigate the potential tax consequences of the sale and subsequent purchase by a
1% owner – does this impact the ability of the new entity to depreciate the aircraft?

-after this change, the RJ is chartered to Reynolds and other third parties at the going
$5500/hour rate – and to RTB at the owner's $2500 rate


**ENTITIES IN WIND-DOWN MODE – BUT STILL NOT GONE**

-shut down Software BV – in liquidation process – final complete in 2017

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          page [ PAGE ] of  [
NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

ET_0000054311

Exhibit C-20

## DANGLING THREADS

-CITGO - used to be in BVI, but now Heritage documents that they have are in Georgetown, will be retained forever - used to own CTL, Master, Kojak, Micro-Mainframe, Peters - left there is correspondence with Don, trust deed copies, being returned to BVI hopefully – status is that they cannot find these files

-Bank of Bermuda - there will be some left over internal memos written by bank officers in their personal file at least and there are microfilm copies of incoming mail

-Carlos' correspondence, billing, multiple destination, and computer files (gone)

-files of Ken, Robert, Craig - Mexico

-Brook Voght=s files -  whatever is left on their network server and its backups, same for what is at his new law firm

George Hani=s files - same issue as Brook

Ben's Jiltec and SFL records - initial reply was 10 years - find out what is the situation on Ben=s correspondence files (maybe destroyed by hurricane)

Butterfield Cayman - computerized accounting records of everything - CTL, Jiltec, SFL, Kojak

Baring Bros. - TIL audit reports, Carlos' correspondence, trust variance documents

VP-Bank copying of structure files and who knows what else – Glen Godfrey

VP-Bank bank records

ATU – files left behind

Malta – DBA, Providian – they will not destroy the copy of anything they ever sent out to us

Nevis – Willow activity in the 2000-2001 timeframe

Edge involvement in VEFII

Don's paper files that still may be about – unknown for sure

Don's miscellaneous computer files – allegedly he is putting the hammer to them 5/12

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          **page** [ PAGE ] of  [
NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

ET_0000054312

# Exhibit C-20

Peter Poole's office – allegedly he is going to give us all of these


While I was in Houston a question came up as to the Edge connection to VEFII.

I can report that by way of Sale and Purchase agreement dated August 24, 2004, $154,582,366 was paid by Point in  consideration for Edge's interest in VEFII.

What we cannot tell is how this and Edge's other connection with VEFII was recorded by Vista.

It might be a worthwhile project in the future to review Vista's records and request destruction to the extent that we can.  Allegedly according to RS, all of this has been destroyed

-On May 23, 2011 Evatt (once again) sent and email through the [ HYPERLINK "mailto:etamine@logic.bm" ] email account.  This message contained an attachment of an Excel spreadsheet listing of all the original documents kept in Houston.  This email will be kept in perpetuity in the backup tapes of logic.bm.  This is the worst breach of security ever to happen to date.

**CONFIDENTIAL - ATTORNEY/CLIENT WORK PRODUCT**          **page** [ PAGE ] of  [ NUMPAGES ]
[ DATE \@ "M/d/yyyy" ]  [ TIME \@ "h:mm AM/PM" ]

ET_0000054313

# EXHIBIT

# C-21

Exhibit C-21

Message

| | |
|---|---|
| **From**: | Redfish [redfish@lambdaprime.org] |
| **Sent**: | 3/8/2013 7:38:56 PM |
| **To**: | 'permit1@lambdaprime.org' [permit1@lambdaprime.org] |
| **Subject**: | |

Bob,

In the past months we discussed the possibility of moving the big deposits in Bermuda to a safer bank.  In addition to your question mark over how Bermuda Commercial Bank offers interest rates that we see no other bank offering (almost 1% for a one year FD and over 2% for 5 years), both Butterfield Bank and Mirabaud have suggested that BCB must have a risky investment strategy.  It is no surprise that the head of private banking at Butterfield is critical of BCB's interest rates since they are in direct competition.

The main account with cash is Edge though Regency also has a fair bit of cash.  Cabot is largely invested in debt.

I have already applied to open an account for Edge at Butterfield however that doesn't address the other concern that in Bermuda asset freezing orders can now be made without court order.

Below is Mirabaud's proposal for an account.

The problem with Mirabaud is that they charge very high fees – 10 basis points.  I have asked them to waive that.  As you see below they would be prepared to do so provided that they can make a share of return on investing the deposits with a liquid and safe investment strategy.  They would actually make more money this way so they are doing us no favors.

Having regard to the response below, could we discuss the best way forward?

At this stage I propose getting the Butterfield account open and at least being in a more conservative bank.

Evatt

---

**From:** Etienne D'Arenberg [mailto:Etienne.DArenberg@mirabaud.com]
**Sent:** Thursday, March 07, 2013 12:03 PM
**To:** etamine@tangarra.com
**Subject:** An idea

Dear Evatt

I hope this email finds you well.

As discussed last on the telephone we would be happy to bill no custody fee to accommodate your current status quo, but as discussed we would like to be able to provide services for that portfolio.

I kept in mind two key points you made: **liquidity** and **safety**.

To keep money on the current account of a lending bank (Butterfield or Commercial Bank Bermuda) includes the risk that the bank goes bankrupt because of its lending activities. Usually, the higher the interest offered on deposits, the more the bank taking the deposits needs the deposits. The question is then how do they achieve such returns, with your money, to be able to pay such high rates and still be profitable. We all have the recent risk derailment catastrophies and Ponzi schemes in mind.

Mirabaud has no lending, no proprietary trading and no investment banking activity, hence one could argue no balance

ET_0001959572

# Exhibit C-21

sheet risk. On the other hand, keeping money on our current accounts bring no interest (as we do not "resell" deposits into mortages or loans).

So how are we going to try and meet both objectives: make some money, charge no custody fees ? A very short term and good quality bond portfolio. Liquid, safe, and that can be kept to maturity. We also propose **zero** transaction costs, **zero** custody costs (except the costs we are billed by our correspondents, which are minimal) and simply to share the yield.

I hope this might become a possibility for you to consider. I quite understand if this is not what you expect in the first place and would be delighted to try and find another solution with a mixed portfolio (bonds and equities), if we have a longer time frame and without this wish to keep the total invested at very similar levels whatever the market conditions and allowing some volatility. And we could apply any of the above suggestions to Point and Spanish Steps if you felt this was acceptable.

I would welcome a call anytime !

All best wishes

Etienne


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Etienne d'ARENBERG
Delphine Seemann, Assistant to Etienne d'Arenberg
delphine.seemann@mirabaud.com

D +41 58 816 24 01/ 25 43
M +41 79 287 01 84
F  +41 58 816 34 01

MIRABAUD & Cie Banquiers Privés
29, boulevard Georges-Favon
1204 Geneva
www.mirabaud.com

Save a tree...please don't print this e-mail unless you really need to !
Sauvez un arbre... n'imprimez ce courrier électronique qu'en cas de besoin !

Disclaimer:
- This message is confidential and intended for the use of the named person only. Any disclosure, copying, distribution or any action in reliance on its contents is strictly prohibited. This message does not represent a formal commitment by Mirabaud & Cie, banquiers privés, who is neither liable for its proper and complete transmission nor for any delay in its receipt.
- Ce message est confidentiel et s'adresse uniquement à la personne à laquelle il est destiné. Toute divulgation, copie, distribution ou action en rapport avec son contenu est strictement interdite. Ce message ne représente pas un engagement formel de Mirabaud & Cie, banquiers privés, qui ne peut être tenue pour responsable en cas de transmission incorrecte ou incomplète ni du retard dans sa réception.

Exhibit C-21

Message

| | |
|---|---|
| **From**: | Permit [permit@proventusconstans.com] |
| **Sent**: | 3/25/2013 11:57:13 PM |
| **To**: | redfish@proventusconstans.com |
| **Subject**: | RE: |

Evatt,

I think the more important issue is to leave BCB – as opposed to 10 basis points worth of fees.

Bob

---

**From:** Redfish PC [mailto:redfish@proventusconstans.com]
**Sent:** Monday, March 25, 2013 4:36 PM
**To:** permit@proventusconstans.com
**Subject:**

Bob,

Based on the Bloomberg article below, the fees being charged by Mirabaud are not as bad as I thought.

I was also interested to see that Mirabaud manages CHF 23 billion, which was far greater than I thought.

In terms of getting an account open for Edge, it would be quicker to go through Mirabaud because I am known to them.  I could then take more time (which will be needed) to open an account at another Swiss bank for Edge with a smaller balance; perhaps a few million.  It will be easier to get an account open with a small balance without having to explain source of funds in great detail.

This would reduce our exposure in Bermuda quickly and have time to look at other Swiss banks.

Evatt


http://www.bloomberg.com/apps/news?sid=aLTge9kTG0xo&pid=newsarchive

ET_0001943933

Exhibit C-21

Message

| | |
|---|---|
| **From**: | Permit [permit@proventusconstans.com] |
| **Sent**: | 4/19/2013 10:20:10 PM |
| **To**: | redfish@proventusconstans.com |
| **Subject**: | RE: |

Evatt,

I am surprised and happy that you were able to transfer such a large sum out of BCB with so little hassle.

Bob

---

**From:** Redfish PC [mailto:redfish@proventusconstans.com]
**Sent:** Thursday, April 18, 2013 4:05 AM
**To:** 'Permit'
**Subject:**

Bob,

Edge's bank account is now open at Mirabaud and I have transferred $80 million to that account, leaving a small sum at BCB.  I thought it prudent to keep the BCB accounts open in case we need them in the future.

I will be working on opening the Cabot account this week, though the process will be  a lot simpler.

As far as Mirabaud is concerned, the two principal investors in Edge and Cabot – Cascade and Addington – are owned by charitable trusts that were put in Gordon Howard's control years ago when certain businesses wound down in Bermuda.  These charitable trusts were created and handed to Gordon as "gifts" after very successful business operations.   I know very little about the original businesses except what little Gordon told me.

It took some time, but Mirabaud are comfortable with the explanations.

Evatt

ET_0001943978

# EXHIBIT

# C-22

# Exhibit C-22

7:55 PM
02/04/15
Accrual Basis

**Cabot Global Investments Ltd.**
**Transaction Detail by Account**
January through December 2014

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| General Journal | 12/01/2014 | 270 | | Redemption by Addington and Transfer to Regency | | Capital Contributed | -5,000,000.00 | -24,557,757.79 |
| General Journal | 12/09/2014 | 278 | | Exchange of USD to AUD and transfer to Cabot BCB Account - ET | | -SPLIT- | 3,000,000.00 | -21,557,757.79 |
| General Journal | 12/17/2014 | 277 | | Misys (Magic Newco) - Interest Income on 2nd Lien | | -SPLIT- | 1,372,500.00 | -20,185,257.79 |
| General Journal | 12/17/2014 | 277 | | Incoming Wire Fee | | Bermuda Commercial Bank | -6.00 | -20,185,263.79 |
| General Journal | 12/17/2014 | 289 | | Provision for Australia property | | Tangarra - Australia Property | -3,000,000.00 | -23,185,263.79 |
| Total Bermuda Commercial Bank | | | | | | | -23,185,263.79 | -23,185,263.79 |
| | | | | | | | | |
| **Mirabaud - Current** | | | | | | | | |
| General Journal | 04/02/2014 | 205 | | Transfer from Edge to repay short term loan | | Edge - Short Term Loan | 500,000.00 | 500,000.00 |
| General Journal | 04/02/2014 | 206 | | Transfer from Edge to repay short term loan | | Edge - Short Term Loan | 29,000,000.00 | 29,500,000.00 |
| General Journal | 04/02/2014 | 207 | | Transfer to Fixed Deposit with BNP Paribas | | Mirabaud - Fixed | -15,000,000.00 | 14,500,000.00 |
| General Journal | 04/02/2014 | 208 | | Transfer to Fixed Deposit with Rabobank | | Mirabaud - Fixed | -14,000,000.00 | 500,000.00 |
| General Journal | 04/22/2014 | 211 | | Redeem US Treasury transferred from Edge - no gain | | US Treasury - Cost | 13,000,000.00 | 13,500,000.00 |
| General Journal | 04/22/2014 | 212 | | Purchase of US Treasury to Mature on 7/17/2014 and Correspondent's Fees | | US Treasury - Cost | -12,999,245.57 | 500,754.43 |
| General Journal | 04/28/2014 | 219 | | Interest Income on Mirabaud Fixed Deposit (adjusted) | | Interest Income - Mirabaud FD | 505.56 | 501,259.99 |
| General Journal | 04/28/2014 | 220 | | Interest Income on Mirabaud Fixed Deposit (adjusted) | | Interest Income - Mirabaud FD | 650.00 | 501,909.99 |
| General Journal | 05/02/2014 | 215 | | Increase in Fixed Deposit with Rabobank | | Mirabaud - Fixed | -400,000.00 | 101,909.99 |
| General Journal | 05/20/2014 | 216 | | Redemption of US Treasury transferred from Edge | | US Treasury - Cost | 14,000,000.00 | 14,101,909.99 |
| General Journal | 05/20/2014 | 217 | | Purchase of US Treasury to Redeem on 8.7.2014 | | US Treasury - Cost | -13,999,700.57 | 102,209.42 |
| General Journal | 05/28/2014 | 221 | | Interest Income on Mirabaud Fixed Deposit (adjusted) | | Interest Income - Mirabaud FD | 596.67 | 102,806.09 |
| General Journal | 05/28/2014 | 222 | | Interest Income on Mirabaud Fixed Deposit (adjusted) | | Interest Income - Mirabaud FD | 750.00 | 103,556.09 |
| General Journal | 06/23/2014 | 223 | | Increase in Rabobank Fixed Deposit | | Mirabaud - Fixed | -50,000.00 | 53,556.09 |
| General Journal | 06/26/2014 | 224 | | Interest Income on Mirabaud Fixed Deposit (adjusted) | | Interest Income - Mirabaud FD | 620.35 | 54,176.44 |
| General Journal | 06/26/2014 | 225 | | Interest Income on Mirabaud Fixed Deposit (adjusted) | | Interest Income - Mirabaud FD | 775.00 | 54,951.44 |
| General Journal | 07/03/2014 | 238 | | Payment of accrued Mirabaud Custody Fees | | Accrued Mirabaud Custody Fees | -14,125.10 | 40,826.34 |
| General Journal | 07/03/2014 | 239 | | Mirabaud Correspondent Custodian Fees | | Bank Charges | -883.47 | 39,942.87 |
| General Journal | 07/15/2014 | 240 | | Redemption of US Treasury Bought 4/22/2014 | | -SPLIT- | 13,000,000.00 | 13,039,942.87 |
| General Journal | 07/15/2014 | 242 | | Purchase of US Treasury to Mature on 10/9/2014 | | US Treasury - Cost | -12,999,545.00 | 40,397.87 |
| General Journal | 07/29/2014 | 243 | | Interest Income on Mirabaud Fixed Deposit | | Interest Income - Mirabaud FD | 622.15 | 41,020.02 |
| General Journal | 07/29/2014 | 244 | | Interest Income on Mirabaud Fixed Deposit | | Interest Income - Mirabaud FD | 775.00 | 41,795.02 |
| General Journal | 08/05/2014 | 249 | | Redemption of US Treasury Bought 5/20/2014 | | -SPLIT- | 14,000,000.00 | 14,041,795.02 |
| General Journal | 08/06/2014 | 250 | | Purchase of US Treasury to Mature on 11/6/2014 | | US Treasury - Cost | -13,999,115.28 | 42,679.74 |
| General Journal | 08/06/2014 | 250 | | Correspondent's Fees | | US Treasury - Cost | -4.20 | 42,675.54 |
| General Journal | 08/07/2014 | 248 | | Repayment of Fiduciary Fees - Appears to be a duplicate payment | | Miscellaneous Income | 3,897.58 | 46,573.12 |
| General Journal | 08/27/2014 | 246 | | Interest Income on Mirabaud Fixed Deposit | | Interest Income - Mirabaud FD | 582.01 | 47,155.13 |
| General Journal | 08/27/2014 | 247 | | Interest Income on Mirabaud Fixed Deposit | | Interest Income - Mirabaud FD | 725.00 | 47,880.13 |
| General Journal | 09/03/2014 | 255 | | Reversal of Fiduciary Fees - Duplicate payment | | Miscellaneous Income | -3,897.58 | 43,982.55 |
| General Journal | 09/26/2014 | 263 | | Interest Income on Mirabaud Fixed Deposit | | Interest Income - Mirabaud FD | 642.22 | 44,624.77 |
| General Journal | 09/26/2014 | 264 | | Interest Income on Mirabaud Fixed Deposit | | Interest Income - Mirabaud FD | 800.00 | 45,424.77 |
| General Journal | 10/07/2014 | 260 | | Redemption of US Treasury Bought 7/15/2014 | | -SPLIT- | 13,000,000.00 | 13,045,424.77 |
| General Journal | 10/07/2014 | 261 | | Purchase of US Treasury to be Redeemed 1/15/2015 | | US Treasury - Cost | -12,999,756.18 | 45,668.59 |
| General Journal | 10/10/2014 | 262 | | Payment of accrued Mirabaud Custody Fees | | Accrued Mirabaud Custody Fees | -14,123.67 | 31,544.92 |
| General Journal | 10/10/2014 | 263 | | Mirabaud Correspondent Custodian Fees | | Bank Charges | -877.49 | 30,667.43 |
| General Journal | 10/29/2014 | 264 | | Interest Income on Mirabaud Fixed Deposit | | Interest Income - Mirabaud FD | 622.15 | 31,289.58 |
| General Journal | 10/29/2014 | 265 | | Interest Income on Mirabaud Fixed Deposit | | Interest Income - Mirabaud FD | 775.00 | 32,064.58 |
| General Journal | 11/04/2014 | 271 | | Redemption of US Treasury Bought 8/6/2014 | | -SPLIT- | 14,000,000.00 | 14,032,064.58 |
| General Journal | 11/04/2014 | 272 | | Purchase of US Treasury to Redeem on 2/12/2015 | | US Treasury - Cost | -13,999,618.89 | 32,445.69 |

MLATSW_012465

# EXHIBIT

# C-23

Exhibit C-23

Message

| | |
|---|---|
| **From**: | Redfish PC [redfish@proventusconstans.com] |
| **Sent**: | 2/19/2014 2:26:03 PM |
| **To**: | 'Permit' [permit@proventusconstans.com] |
| **Subject**: | FW: MY Turmoil, viewing - West Palm Beach |
| **Attachments**: | Turmoil Photo Presentation.pdf; TURMOIL.PDF |

Bob

FYI

Evatt

---

**From:** Graham Thomson [mailto:graham@mtsyachts.com]
**Sent:** Tuesday, February 18, 2014 12:16 PM
**To:** tangarra@logic.bm
**Subject:** MY Turmoil, viewing - West Palm Beach

Dear Evatt,

Good to speak with you the other day.

As discussed please see attached MY Turmoil listing and presentation. Should you require any further details, please let me know
For visit of vessel in West Palm beach on the 28 th Feb after 10 am, all is in place.
The Yacht is planning to depart to Brazil in a few days after our visit, so there may be some supplies being loaded onboard while we are viewing the vessel, but this will not affect the viewing.
Please let me know if there are any arrangements that we can assist you with at this end.

I look forward to our meeting.

Best regard,
Graham



     

**1041 SE 17th Street Causeway, Suite 100, Fort Lauderdale, FL 33316**
**Office: + 1 954 671 0003  Cell: + 1 954 536 7000  Fax: + 1 954 727 5206   Skype: marinehq   www.mtsyachts.com**

Exhibit C-23

**Management - Technical Support - Project Management - New Construction/Refit - Marina Design - Consulting - Surveys - Marine Safety - Marine Security - Crew Placement**

**Please view latest project**      http://www.youtube.com/watch?v=Gp5dKP1AZXs

---

**From:** Tangarra Consultants Ltd [mailto:tangarra@logic.bm]
**Sent:** Friday, February 14, 2014 2:14 PM
**To:** graham@lukebrown.com
**Subject:** Turmoil

Graham,

Could you please let me know your contact number?  I'd like to discuss the Turmoil with you.

Kind regards

Evatt Tamine

+1 441 295 0985 (Bermuda)

ET_0001993517

# EXHIBIT

# C-24

# Exhibit C-24

Message

| | |
|---|---|
| **From**: | Permit [permit@proventusconstans.com] |
| **Sent**: | 3/2/2014 4:08:49 PM |
| **To**: | redfish@proventusconstans.com |
| **Subject**: | |

Evatt,

I just came across a 7 minute video tour of the Turmoil posted on YouTube dated 2010.

Bob

ET_0001975786

# EXHIBIT

# C-25

# Exhibit C-25

Message

| | |
|---|---|
| **From:** | Redfish PC [redfish@proventusconstans.com] |
| **Sent:** | 3/2/2014 4:09:12 PM |
| **To:** | 'Permit' [permit@proventusconstans.com] |
| **Subject:** | RE: |

Bob,

I asked a few of these questions of the captain as we did the tour.

The annual cost of running the ship varies a great deal depending on whether it is sitting in dock or out on voyages.

With some little use (very little) and 11 crew, the annual running cost is about $3.5 million.

Evatt

---

**From:** Permit [mailto:permit@proventusconstans.com]
**Sent:** Sunday, March 02, 2014 11:56 AM
**To:** redfish@proventusconstans.com
**Subject:**

Evatt,

With the Turmoil off for the next month or so, there is nothing immediate to do.

I need to think about how I would go about using her on a charter basis – what trips, what times of year, etc.

A good question to be asking the brokers at this point would be – what is the annual base budget for the vessel?

That would be the fixed costs – not counting fuel for cruising.

Then what does it cost (per hour) to operate at standard cruising speed.

The next question would be – what would it cost to put in three new generators?

This would be valuable  information from our standpoint – but it also tells us what it costs them just to sit on it and do nothing.

I would also challenge Graham as what should be considered as an alternate to purchase for a similar amount – and what would be the pro's and con's  of a different choice.

I would also ask about what all it has been doing – obviously there are a lot of hours on the engines – was the family traveling?  Did they just turn it over to scientists?

How old is the Missus?  What kind of health is she in?

Bob

PS:  RTBII comes for lunch at 11AM and is generally here for two or three hours – perhaps we can talk later this afternoon.

ET_0001975785

# EXHIBIT

# C-26

Exhibit C-26

Message

| | |
|---|---|
| **From**: | Permit [permit@proventusconstans.com] |
| **Sent**: | 4/1/2014 3:40:21 PM |
| **To**: | redfish@proventusconstans.com |
| **Subject**: | RE: MY Safira - Expedition Yacht |

Evatt,

This one is too small to be of interest.

Bob

**From:** Redfish PC [mailto:redfish@proventusconstans.com]
**Sent:** Tuesday, April 01, 2014 8:52 AM
**To:** 'Permit'
**Subject:** FW: MY Safira - Expedition Yacht

Bob,

Attached is another vessel from Graham Thomson.

Do you have any further thoughts on the Turmoil?  Do you want another inspection?

I have asked Graham if he could obtain more accurate operating costs from the captain of the Turmoil.

Evatt

**From:** Graham Thomson [mailto:graham@mtsyachts.com]
**Sent:** Friday, March 28, 2014 4:42 PM
**To:** Evatt Tamine
**Subject:** MY Safira - Expedition Yacht

Hi Evatt,

I trust all is well.

Please see a slightly smaller expedition type vessel compared to Turmoil.

If you have any questions, please let me know.

Best regards,
Graham


Attached to this email is a PDF brochure for the *SAFIRA*

# Exhibit C-26



| | |
|---|---|
| **LOA:** | 129' 0" (39.30m) |
| **YEAR:** | 2013 |
| **BUILDER:** | NEWCASTLE MARINE INC. |
| **MODEL:** | |
| **CATEGORY:** | EXPEDITION YACHT |
| **LOCATION:** | St. Thomas, United States Virgin Islands |
| **PRICE:** | $28,000,000 USD |

Brokered By:

LUKE BROWN
Y A C H T S

www.lukebrown.com

**Graham Thomson**
M: 954-536-7000
P: 954-525-6617
graham@lukebrown.com

ET_0001976037