# EXHIBIT

# C-47

# Exhibit C-47

| DATE | FROM | TO | PAYMENT OUT | PAYMENT IN | INTERNAL | BANK | REASON |
|---|---|---|---|---|---|---|---|
| 11/30/2016 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/24/2016 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/6/2016 | Regency Management Ltd | Henke Property LLC | | | $75,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 9/11/2016 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 7/23/2016 | Regency Management Ltd | Henke Property LLC | | | $200,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 4/20/2016 | Regency Management Ltd | Henke Property LLC | | | $200,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 9/28/2015 | Regency Management Ltd | Henke Property LLC | | | $1,000,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/2/2015 | Regency Management Ltd | Henke Property LLC | | | $300,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/2/2015 | Regency Management Ltd | Henke Property LLC | | | $1,000,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 6/29/2015 | Regency Management Ltd | Henke Property LLC | | | $200,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 6/1/2015 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 5/1/2015 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 3/26/2015 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 3/25/2015 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 1/23/2015 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 12/19/2014 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 12/1/2014 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/10/2014 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 9/8/2014 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/27/2014 | Regency Management Ltd | Henke Property LLC | | | $1,500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 7/17/2014 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 7/1/2014 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 6/24/2014 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 5/15/2014 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 4/23/2014 | Regency Management Ltd | Henke Property LLC | | | $600,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 3/17/2014 | Regency Management Ltd | Henke Property LLC | | | $330,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 1/24/2014 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 12/12/2013 | Regency Management Ltd | Henke Property LLC | | | $750,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 12/3/2013 | Regency Management Ltd | Henke Property LLC | | | $500,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 11/18/2013 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/28/2013 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/7/2013 | Regency Management Ltd | Henke Property LLC | | | $600,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 9/9/2013 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/19/2013 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/7/2013 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 7/11/2013 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 6/4/2013 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 3/15/2013 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 2/11/2013 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 10/23/2012 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 9/28/2012 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 7/16/2012 | Regency Management Ltd | Henke Property LLC | | | $250,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 5/25/2012 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 2/7/2012 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/15/2011 | Regency Management Ltd | Henke Property LLC | | | $200,000.00 | Bermuda Commercial bank | Funding of Henke to meet costs |
| 6/29/2011 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 5/25/2011 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial bank | Funding of Henke to meet costs |
| 12/23/2010 | Regency Management Ltd | Henke Property LLC | | | $4,731,018.63 | Bermuda Commercial Bank | Balance of purchase price of Tie Camp Ranch |
| 12/17/2010 | Regency Management Ltd | Henke Property LLC | | | $265,000.00 | Bermuda Commercial Bank | Earnest money paid for purchase of Tie Camp Ranch |
| 9/17/2010 | Regency Management Ltd | Henke Property LLC | | | $150,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 8/2/2010 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 6/29/2010 | Regency Management Ltd | Henke Property LLC | | | $100,000.00 | Bermuda Commercial Bank | Funding of Henke to meet costs |
| 4/28/2010 | Regency Management Ltd | Henke Property LLC | $489,344.39 | | | Bermuda Commercial Bank | Balance of purchase price of Prehm Ranch No. 8 |

Combined

# EXHIBIT

# C-48

Exhibit C-48

### *STATEMENT OF SETTLEMENT*
#### Buyer's

| | |
|---|---|
| **Property Address:** | FRYING PAN ROAD  BASALT, CO  81621 |
| **Seller:** | LYNDE BRADLEY UIHLEIN 1986 DECLARATION OF TRUST NOW KNOWN AS THE LYNDE B. UIHLEIN 2001 RESTATED REVOCABLE TRUST |
| **Purchaser:** | HENKE PROPERTY LLC, a Colorado limited liability company |
| **Settlement Date:** | December 28, 2010 |
| **Date of Proration:** | December 28, 2010 |

**Legal Description:**

See Attached Exhibit "A"

**File No:** B6199W

| Description | Debit | Credit |
|---|---|---|
| Contract Sales Price | 5,000,000.00 | |
| Deposit or earnest money | | 265,000.00 |
| County Taxes 1/1/2010 to 12/28/2010 | | 8,297.37 |
| Settlement Fee to  PITKIN COUNTY TITLE, INC. | 175.00 | |
| 100.29,103.1,103.4,116.4,100 & 1-4 | 3,444.00 | |
| TAX RESEARCH | 20.00 | |
| Recording Fees | 36.00 | |
| State Tax/Stamps | 500.00 | |
| RECORD WATER DEED | 41.00 | |
| ASPEN VALLEY LAND TRUST | 100.00 | |
| | | |
| Sub-Totals | 5,004,316.00 | 273,297.37 |
| Balance Due From Buyer | | 4,731,018.63 |
| TOTALS | 5,004,316.00 | 5,004,316.00 |

#### APPROVED and ACCEPTED

HENKE PROPERTY LLC,
a Colorado limited liability company

By: HENKE HOLDINGS LLC,
a Colorado limited liability company, Manager

By:_____
        Peter Poole, Manager

BROKER: CAROL DOPKIN REAL ESTATE, INC.

By: _Carol R. Dopkin_

BROKER: SOTHEBY'S INTERNATIONAL REALTY

By: _____

                    PITKIN COUNTY TITLE, INC.

ET_0001708236

Exhibit C-48

# EXHIBIT "A"
## LEGAL DESCRIPTION

PARCEL A:

A parcel of land situated in the NE1/4 of Section 9 and the NW1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Northerly of the centerline of County Road No. 104; said parcel being more particularly described as follows:

Commencing at the Northwest corner of said Section 10, a stone in place;
thence S 69°59'14" E a distance of 1906.06 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of the centerline of an existing road as constructed and in place, the TRUE POINT OF BEGINNING;
thence S 15°35'23" W a distance of 1048.17 feet to a point on the centerline of County Road No. 104; thence the following eight (8) courses along the centerline of said County Road:

1). along the arc of a curve to the left having a radius of 331.45 feet, a central angle of 49°43'44" and an arc length of 287.67 feet, (chord bears S 80°43'31" W a distance of 278.73 feet);
2). S 55°51'39" W a distance of 16.47 feet;
3). along the arc of a curve to the right having a radius of 890.60 feet, a central angle of 15°00'16" and an arc length of 233.23 feet, (chord bears S 63°21'47" W a distance of 232.56 feet);
4). S 70°51'56" W  a distance of 117.09 feet;
5). along the arc of a curve to the right having a radius of 337.36 feet, a central angle of 63°58'02" and an arc length of 376.64 feet, (chord bears N 77°09'03" W a distance of 357.38 feet);
6). N 45°10'02" W a distance of 194.62 feet;
7). along the arc of a curve to the left having a radius of 2050.00 feet, a central angle of 18°37'07" and an arc length of 666.16 feet, (chord bears N 54°28'36" W a distance of 663.23 feet);
8). N 63°47'09" W a distance of 488.93 feet; thence leaving said centerline N 26°12'51" E a distance of 180.00 feet to a rebar and cap L.S. #19598 in place; thence S 89°11'56" E a distance of 217.03 feet to a rebar and cap L.S. #19598 in place; thence S 69°43'20" E a distance of 389.54 feet to a rebar and cap L.S. #19598 in place; thence S 41°33'43" E a distance of 350.52 feet to a rebar and cap L.S. #19598 in place; thence S 50°23'02" E a distance of 337.08 feet to a rebar and cap L.S. #19598 in place; thence S 75°47'11" E a distance of 224.76 feet to a rebar and cap L.S. #19598 in place; thence N 71°54'18" E a distance of 315.48 feet to a rebar and cap L.S. #19598 in place; thence N 47°30'53" E a distance of 166.33 feet to a rebar and cap L.S. #19598 in place; thence S 84°17'50" E a distance of 196.42 feet to a rebar and cap L.S. #19598 in place; thence N 07°51'21" E a distance of 240.93 feet to a rebar and cap L.S. #19598 in place; thence N 32°39'53" E a distance of 516.83 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of an existing road as constructed and in place; thence along
said Southerly line N 57°43'49" E a distance of 61.39 feet to the TRUE
POINT OF BEGINNING.

PARCEL B:

A parcel of land situated in the NW1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Northerly of the centerline of County Road No. 104; said parcel being more particularly described as follows:

Commencing at the Northwest corner of said Section 10, a stone in place;
thence S 84°18'45" E a distance of 2212.88 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of the centerline of an existing road as constructed and in place, the TRUE POINT OF BEGINNING;
thence the following three (3) courses along a line being 25.00 feet
Southerly and parallel to, the centerline of said road:

1). along the arc of a curve to the right having a radius of 106.24 feet, a central angle of 62°43'54" and an arc length of 116.32 feet, (chord bears S 42°43'23" E a distance of 110.59 feet);
2). S 11°21'26" E a distance of 140.83 feet;
3). S 15°29'58" E a distance of 15.10 feet; thence leaving said Southerly line S 19°38'30" E a distance of 998.47 feet to the North center sixteenth corner of said Section 10, a rebar and cap L.S. #19598 in place; thence S 00°04'58" E a distance of 310.92 feet to the centerline of County Road No. 104 as constructed and in place; thence the following three (3) courses along said centerline:

1). along the arc of a curve to the left having a radius of 543.38 feet, a central angle of 60°55'28" and an arc length of

ET_0001708237

# Exhibit C-48

577.79 feet, (chord bears S 86°49'45" W a distance of 550.95 feet);
2). along the arc of a curve to the right having a radius of 407.49 feet, a central angle of 71°20'10" and an arc length of 507.34 feet, (chord bears N 87°57'54" W a distance of 475.20 feet;
3). along the arc of a curve to the left having a radius of 331.45 feet, a central angle of 22°06'48" and an arc length of 127.92 feet, (chord bears N 63°21'13" W a distance of 127.13 feet); thence N 15°35'23" E a distance of 1048.17 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of an existing road as constructed and in place; thence the following seven (7) courses along a line being 25.00 feet Southerly of and parallel to the centerline of said road:

1). N 57°43'49" E a distance of  5.43 feet;
2). N 34°03'52" E a distance of  71.35 feet;
3). N 29°32'41" E a distance of 305.24 feet;
4). N 45°00'54" E a distance of 150.48 feet;
5). N 36°37'19" E a distance of  37.05 feet;
6). S 69°45'40" E a distance of  73.22 feet;
7). S 74°05'19" E a distance of  22.64 feet to the TRUE POINT OF
BEGINNING.

PARCEL C:

A parcel of land situated in the NE1/4 of Section 9 and the NW1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Southerly of the centerline of County Road No. 104; said parcel is more particularly described as follows:

Commencing at the East Quarter Corner of said Section 9, a G.L.O. Brass Cap in place, the TRUE POINT OF BEGINNING; thence N 88°19'54" W a distance of 1324.37 feet to the Southwest corner of the SE1/4NE1/4 of said Section 9, a rebar and cap L.S. #19598 in place; thence N 00°00'18" E a distance of 1319.18 to the Northwest corner of said SE1/4NE1/4, also being a point on the Southerly line of Peachblow P.U.D., a rebar and cap L.S. #10732 in place; thence S 88°19'15" E a distance of 419.92 feet to the Southeast corner of said Peachblow P.U.D., a rebar and cap L.S. #10732 in place; thence N 53°10'43" E 202.00 feet to the Northeast
corner of said Peachblow P.U.D. also being a point in the centerline of the Frying Pan River (from whence a rebar a cap L.S. #19598 bears S 53°06'45" W a distance of 64.12 feet for the witness corner); thence the following five (5) courses along the centerline of said river:

1). S 51°13'37" E a distance of  78.44 feet;
2). S 79°20'12" E a distance of 236.39 feet;
3). S 84°09'41" E a distance of 153.59 feet;
4). S 67°57'30" E a distance of 187.41 feet;
5). S 66°23'12" E a distance of 132.18 feet; thence leaving said centerline N 00°03'17" W a distance of 79.00 feet to the centerline of County Road No. 104, thence the following nine (9) courses along said centerline:

1). along the arc of a curve to the right having a radius of 2050.00 feet, a central angle of 14°38'22" and an arc length of 523.79 feet, (chord bears S 52°29'13" E a distance of 522.35 feet);
2). S 45°10'02" E a distance of 194.62 feet;
3). along the arc of a curve to the left having a radius of 337.36 feet, a central angle of 63°58'02" and an arc length of 376.64 feet, (chord bears S 77°09'03" E a distance of 357.38 feet);
4). N 70°51'56" E a distance of 117.09 feet;
5). along the arc of a curve to the left having a radius of 890.60 feet, a central angle of 15°00'16" and an arc length of 233.23 feet, (chord bears N 63°21'47" E a distance of 232.56 feet);
6). N 55°51'39" E a distance of 16.47 feet;
7). along the arc of a curve to the right having a radius of 331.44 feet, a central angle of 71°50'31" and an arc length of 415.59 feet, (chord bears S 88°13'05" E a distance of 388.90 feet);
8). along the arc of a curve to the left having a radius of 407.49 feet, a central angle of 71°20'10" and an arc length of 507.34 feet, (chord bears S 87°57'54" E a distance of 475.20 feet);
9). along the arc of a curve to the right having a radius of 543.38 feet, a central angle of 60°55'28" and an arc length of 577.79 feet, (chord bears N 86°49'45" E a distance of 550.95 feet) to a point on the North-South centerline of said Section 10; thence leaving the centerline of said road, S 00°04'58" E along the North-South centerline of said Section 10 a distance of 1007.87 feet to the center of said Section 10, a #5 rebar in place; thence N 88°21'57" W along the East-West centerline of Section 10 a distance 2647.94 feet to the TRUE POINT OF BEGINNING.

Together with a non-exclusive right of way for ingress and egress across the presently existing roadway known as Ash Road as shown on the Plat for Peachblow PUD Subdivision located in the N1/2N1/2 Sec 9, T 8 S, R 85 W of the 6th P.M. as recorded in Book 257 at Page 362. Said easement to provide access from Eagle County Road P-104 to the North Boundary line of the Peachblow PUD Subdivision.

# EXHIBIT

# C-49

Exhibit C-49

Message

| | |
|---|---|
| **From**: | Permit [permit1@lambdaprime.org] |
| **Sent**: | 2/26/2010 9:10:19 PM |
| **To**: | redfish@lambdaprime.org |
| **Subject**: | RE: |

Evatt,

Tell Carl that interest is only at the $500K level.  He should ask the real estate agent if he thinks that it can be done at that level or not.  If not, it is not worth the legal expense to prepare an offer.

Bob

---

**From:** Redish [mailto:redfish@lambdaprime.org]
**Sent:** Wednesday, February 24, 2010 2:30 PM
**To:** permit1@lambdaprime.org
**Subject:**

Bob,

I have received from Carl Linnecke the proposal re the Prehm Ranch property.  You mentioned a purchase price of $500K while Carl refers to $530K.  Is this difference OK or should I go back to Carl and suggest a purchase price of $500K?

I have asked Carl to forward the documents he receives from the realtor.  Is there anything specific that you want to see regarding this property?

Should I ask Jim Read to get involved at this stage or would you rather wait?

Evatt


Evatt,

I understand there is some interest by Henke Property to purchase lot 8 at Prehm Ranch.  The price has been reduced from $875,000 to $530,000.  I have a plat and survey.  I have requested rules and regulations for the ranch and covenants for the homeowners association.  Is there anything else you would like to see?  I believe the realtor is putting something together for me and I will forward that as soon as it is available.

Best regards,

Carl

# EXHIBIT

# C-50

Exhibit C-50

| Message |
|---|
| **From**: | Permit [permit@proventusconstans.com] |
| **Sent**: | 7/13/2013 12:41:26 PM |
| **To**: | redfish@proventusconstans.com |
| **Subject**: | RE: |

Evatt,

I think that this is reasonable.

Bob

---

**From:** Redfish PC [mailto:redfish@proventusconstans.com]
**Sent:** Thursday, July 11, 2013 1:04 PM
**To:** permit@proventusconstans.com
**Subject:**

Bob,

Carl Linnecke and I have spoken further about him acting as President to Mountain Queen.

He believes that $3,000 - $5,000 per month is the appropriate fee.

Carl stressed that he does not want us to think that he is taking advantage, however he says there is a risk with the offshore element and feels proper compensation should be paid.

Evatt

ET_0001944074

Message

| | |
|---|---|
| **From**: | Permit [permit@proventusconstans.com] |
| **Sent**: | 6/27/2013 2:48:53 PM |
| **To**: | redfish@proventusconstans.com |
| **Subject**: | RE: |

OK

BB

---

**From:** Redfish PC [mailto:redfish@proventusconstans.com]
**Sent:** Thursday, June 27, 2013 5:27 AM
**To:** permit@proventusconstans.com
**Subject:**

Bob,

I have spoken with Carl Linnecke about becoming the President of Mountain Queen Inc.

He is prepared to do so but wants to better understand the ownership structure above Mountain Queen.  I see no problem in doing this and providing him with a copy of the trust deed since it confirms the charitable nature of the owning Trust.

He will also consider the fee that he thinks is appropriate for the role.

He knows that if the fee is unacceptable to me I will have to appoint someone else.

Evatt

ET_0001944037

Message

**From**:            Permit [permit@proventusconstans.com]
**Sent**:            6/24/2013 12:53:23 PM
**To**:              redfish@proventusconstans.com
**Subject**:         RE:

Evatt,

I think that Carl would be the best choice if he would accept it.

Bob

---

**From:** Redfish PC [mailto:redfish@proventusconstans.com]
**Sent:** Sunday, June 23, 2013 4:53 PM
**To:** 'Permit'
**Subject:** RE:

Bob,

This is an oversight on my part.  I realize I have not told Carl about Al passing away so we have not appointed a new president.

Who would you like to fill that role?

Al Deaton, Robert Burnett etc. might not be good choices since we should not show any connection to this side of things.

How about Carl, if he would act?

Evatt

---

**From:** Permit [mailto:permit@proventusconstans.com]
**Sent:** Sunday, June 23, 2013 10:16 PM
**To:** redfish@proventusconstans.com
**Subject:**

Evatt,

Please refresh my memory…

Who is the new president of Mountain Queen since the death of Al Thorpe?

Bob

ET_0001944031

Exhibit C-50

Message

| | |
|---|---|
| **From**: | Permit [permit1@lambdaprime.org] |
| **Sent**: | 3/9/2010 3:03:29 PM |
| **To**: | redfish@lambdaprime.org |
| **Subject**: | RE: |

Evatt,

Please arrange for a contribution from Regency.

Bob

---

**From:** Redish [mailto:redfish@lambdaprime.org]
**Sent:** Monday, March 08, 2010 1:06 PM
**To:** permit1@lambdaprime.org
**Subject:**

Bob,

As per Carl Linnecke's email below, funding the Prehm Ranch property out of MQ might not work.

I could arrange a capital contribution from Regency to Henke in the full purchase price.

What do you think?

Evatt


Evatt,

The rent is not in.  There is $142,000 in the account.  I have $64,000 in bills to be paid by the end of April for property taxes and other operating expenses leaving $78,000.  Since we spend the rent each year for operating expenses how can we do a dividend to Regency and take the funds to pay for the Henke parcel?  Would you fund the disbursements each month with a transfer from Regency?  Your method of moving the money is fine should the funds be available in MQ.

I spoke with Jim Read this morning and he will contact the realtor to put a contract together.

Let me know if you need anything else.

Best regards,

Carl

ET_0001760281

# EXHIBIT

# C-51

Exhibit C-51



## OWNERSHIP GROUP

### TRUSTEE

HERACLIDES PURPOSE TRUST
(Owns Heraclides PTC Ltd)

HERACLIDES (PTC) LIMITED
(Trustee to Heraclides Charitable Trust)

HERACLIDES CHARITABLE TRUST

REGENCY MANAGEMENT LTD

HENKE HOLDINGS LLC

MOUNTAIN QUEEN INC

HENKE PROPERTY LLC

### PROTECTOR

CRIS RUFFELL SMITH
(Shareholder in the Protector to Heraclides Charitable Trust)

PARAGON PROTECTOR INC
(Protector to the Heraclides Charitable Trust)

HERACLIDES/COLORADO PROPERTY/REGENCY GROUP

MLATSW_018968

# EXHIBIT

# C-52

Exhibit C-52

## Cabot Global Investments Ltd.
## Journal
### January through December 2014

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 266 | General Journal | 10/31/2014 | 266 | | Month-end Adjustment on Accrued Treasury Value | US Treasuries - Unr G/L | 1,170.72 | |
| | | | | | Month-end Adjustment on Accrued Treasury Value | US Treasury - Unrel G/L | | 1,170.72 |
| | | | | | Month-end Adjustment on Accrued Treasury Value | US Treasury - Unrel G/L | 1,308.44 | |
| | | | | | Month-end Adjustment on Accrued Treasury Value | US Treasuries - Unr G/L | | 1,308.44 |
| | | | | | | | 2,479.16 | 2,479.16 |
| 267 | General Journal | 10/31/2014 | 267 | | Accrued Mirabaud Custody Fees | Custody Fees - Mirabaud | 4,706.85 | |
| | | | | | Accrued Mirabaud Custody Fees | Accrued Mirabaud Custody Fees | | 4,706.85 |
| | | | | | | | 4,706.85 | 4,706.85 |
| 268 | General Journal | 11/04/2014 | 268 | | Vision Solutions Inc - Interest Income on 2nd Lien | Bermuda Commercial Bank | 212,694.44 | |
| | | | | | Vision Solutions Inc - Interest Income on 2nd Lien | Vision Solutions Interest | | 212,694.44 |
| | | | | | Incoming Wire Fee | Bank Charges | 6.00 | |
| | | | | | Incoming Wire Fee | Bermuda Commercial Bank | | 6.00 |
| | | | | | | | 212,700.44 | 212,700.44 |
| 269 | General Journal | 11/28/2014 | 269 | | Vision Solutions Inc - Interest Income on 2nd Lien | Bermuda Commercial Bank | 192,111.11 | |
| | | | | | Vision Solutions Inc - Interest Income on 2nd Lien | Vision Solutions Interest | | 192,111.11 |
| | | | | | Incoming Wire Fee | Bank Charges | 6.00 | |
| | | | | | Incoming Wire Fee | Bermuda Commercial Bank | | 6.00 |
| | | | | | | | 192,117.11 | 192,117.11 |
| 270 | General Journal | 12/01/2014 | 270 | | Redemption by Addington and Transfer to Regency | Capital Contributed | 5,000,000.00 | |
| | | | | | Redemption by Addington and Transfer to Regency | Bermuda Commercial Bank | | 5,000,000.00 |
| | | | | | | | 5,000,000.00 | 5,000,000.00 |
| 271 | General Journal | 11/04/2014 | 271 | | Redemption of US Treasury Bought 8/6/2014 | Mirabaud - Current | 14,000,000.00 | |
| | | | | | Redemption of US Treasury Bought 8/6/2014 - Cost | US Treasury - Cost | | 13,999,115.28 |
| | | | | | Redemption of US Treasury Bought 8/6/2014 - Gain | US Treasuries - Income | | 884.72 |
| | | | | | | | 14,000,000.00 | 14,000,000.00 |
| 272 | General Journal | 11/04/2014 | 272 | | Purchase of US Treasury to Redeem on 2/12/2015 | US Treasury - Cost | 13,999,618.89 | |
| | | | | | Purchase of US Treasury to Redeem on 2/12/2015 | Mirabaud - Current | | 13,999,618.89 |
| | | | | | | | 13,999,618.89 | 13,999,618.89 |

MLATSW_012460

# EXHIBIT

# C-53

Exhibit C-53

**Cabot Global Investments Ltd.**
**Journal**
January through December 2015

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| | | | | | Wire Transfer Fee | Bank Charges | 40.00 | |
| | | | | | Foreign Bank Charge | Bank Charges | 10.00 | |
| | | | | | Wire Transfer Fee and Foreign Bank Charge | Bermuda Commercial Bank | | 50.00 |
| | | | | | | | 1,000,116.01 | 1,000,116.01 |
| | | | | | | | | |
| 365 | General Journal | 09/26/2015 | 365 | | Redemption by Addington and Transfer to Regency | Capital Contributed | 1,000,000.00 | |
| | | | | | Redemption by Addington and Transfer to Regency | Bermuda Commercial Bank | | 1,000,000.00 |
| | | | | | | | 1,000,000.00 | 1,000,000.00 |
| | | | | | | | | |
| 366 | General Journal | 09/30/2015 | 366 | | Vision Solutions Inc - Interest Income on 2nd Lien | Bermuda Commercial Bank | 313,500.00 | |
| | | | | | Vision Solutions Inc - Interest Income on 2nd Lien | Vision Solutions Interest | | 313,500.00 |
| | | | | | Incoming Wire Fee | Bank Charges | 6.00 | |
| | | | | | Incoming Wire Fee | Bermuda Commercial Bank | | 6.00 |
| | | | | | | | 313,506.00 | 313,506.00 |
| | | | | | | | | |
| 367 | General Journal | 09/21/2015 | 367 | | Purchase of Deletck 2nd lien $2,000,000 at 100.5 | Deltek Debt - Cost | 2,000,000.00 | |
| | | | | | Purchase of Deletck 2nd lien $2,000,000 at 100.5 | Mirabaud - Current | | 2,007,439.65 |
| | | | | | Purchase of Deletck 2nd lien $2,000,000 at 100.5 - Premium | Deltek Inc | 10,000.00 | |
| | | | | | Purchase of Deletck 2nd lien $2,000,000 at 100.5 - Delayed Compensation | Debt Purchase Delay Comp. | | 2,638.89 |
| | | | | | Purchase of Deletck 2nd lien $2,000,000 at 100.5 - Seller's Cost of Carry | Seller's Cost of Carry | 58.54 | |
| | | | | | Correspondent's Fees | Bank Charges | 20.00 | |
| | | | | | | | 2,010,078.54 | 2,010,078.54 |
| | | | | | | | | |
| 368 | General Journal | 09/21/2015 | 368 | | Partial Redemption of US Treasury Bought 8/11/2015 | Mirabaud - Current | 1,899,968.86 | |
| | | | | | Partial Redemption of US Treasury Bought 8/11/2015 - Cost | US Treasury - Cost | | 1,900,000.00 |
| | | | | | Partial Redemption of US Treasury Bought 8/11/2015 - Loss | US Treasuries - Income | 31.14 | |
| | | | | | | | 1,900,000.00 | 1,900,000.00 |
| | | | | | | | | |
| 369 | General Journal | 09/21/2015 | 369 | | Proof of Payment Fees | Bank Charges | 31.48 | |
| | | | | | Proof of Payment Fees | Mirabaud - Current | | 31.48 |
| | | | | | | | 31.48 | 31.48 |
| | | | | | | | | |
| 370 | General Journal | 09/28/2015 | 370 | | Interest Income on Mirabaud Fixed Deposit | Mirabaud - Current | 602.08 | |
| | | | | | Interest Income on Mirabaud Fixed Deposit | Interest Income - Mirabaud FD | | 602.08 |
| | | | | | | | 602.08 | 602.08 |

MLATSW_017073

# EXHIBIT

# C-54

Exhibit C-54

**Cabot Global Investments Ltd.**
**Journal**
July 2015 through June 2016

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 425 | General Journal | 04/21/2016 | 425 | | Redemption by Addington and Transfer to Regency | Capital Contributed | 500,000.00 | |
| | | | | | Redemption by Addington and Transfer to Regency | Bermuda Commercial Bank | | 500,000.00 |
| | | | | | | | 500,000.00 | 500,000.00 |
| 426 | General Journal | 05/05/2016 | 426 | | Vision Solutions Inc - Interest Income on 2nd Lien | Bermuda Commercial Bank | 275,500.00 | |
| | | | | | Vision Solutions Inc - Interest Income on 2nd Lien | Vision Solutions Interest | | 275,500.00 |
| | | | | | Incoming wire fee | Bank Charges | 6.00 | |
| | | | | | Incoming wire fee | Bermuda Commercial Bank | | 6.00 |
| | | | | | | | 275,506.00 | 275,506.00 |
| 427 | General Journal | 05/05/2016 | 427 | | Greenway Healthcare: Interest Income on 1st and 2nd Lien Debt | Bermuda Commercial Bank | 522,417.34 | |
| | | | | | Greenway Healthcare: Interest Income on 1st Lien Debt | Greenway 1st Large Interest | | 84,147.58 |
| | | | | | Greenway Healthcare: Interest Income on 2nd Lien Debt | Greenway 2nd Interest | | 438,269.76 |
| | | | | | Incoming wire fee | Bank Charges | 6.00 | |
| | | | | | Incoming wire fee | Bermuda Commercial Bank | | 6.00 |
| | | | | | | | 522,423.34 | 522,423.34 |
| 428 | General Journal | 04/05/2016 | 428 | | Redemption of US Treasury Bought 11/17/2015 | Mirabaud - Current | 2,500,000.00 | |
| | | | | | Redemption of US Treasury Bought 11/17/2015 - Cost | US Treasury - Cost | | 2,498,484.31 |
| | | | | | Redemption of US Treasury Bought 11/17/2015 - Gain | US Treasuries - Income | | 1,515.69 |
| | | | | | | | 2,500,000.00 | 2,500,000.00 |
| 429 | General Journal | 04/05/2016 | 429 | | Purchase of US Treasury to Redeem on 6/30/2016 | US Treasury - Cost | 2,498,950.00 | |
| | | | | | Purchase of US Treasury to Redeem on 6/30/2016 | Mirabaud - Current | | 2,498,950.00 |
| | | | | | | | 2,498,950.00 | 2,498,950.00 |
| 430 | General Journal | 04/06/2016 | 430 | | Mirabaud Correspondent Custodian Fees | Bank Charges | 791.62 | |
| | | | | | Mirabaud Correspondent Custodian Fees | Mirabaud - Current | | 791.62 |
| | | | | | | | 791.62 | 791.62 |
| 431 | General Journal | 04/06/2016 | 431 | | Payment of accrued Mirabaud Custody Fees | Accrued Mirabaud Custody Fees | 8,052.58 | |
| | | | | | Payment of accrued Mirabaud Custody Fees | Mirabaud - Current | | 8,052.58 |
| | | | | | | | 8,052.58 | 8,052.58 |
| 432 | General Journal | 05/24/2016 | 432 | | Redemption of US Treasury Bought 4/5/2016 | Mirabaud - Current | 2,499,489.58 | |
| | | | | | Redemption of US Treasury Bought 4/5/2016 - Cost | US Treasury - Cost | | 2,498,950.00 |
| | | | | | Redemption of US Treasury Bought 4/5/2016 - Gain | US Treasuries - Income | | 539.58 |
| | | | | | | | 2,499,489.58 | 2,499,489.58 |

MLATSW_019918

# EXHIBIT

# C-55

# Exhibit C-55

4:57 PM
09/14/17

**Cabot Global Investments Ltd.**
**Journal**
September 2016 through August 2017

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 468 | General Journal | 09/12/2016 | 468 | | Tangarra Consultants Fees and Expenses | Professional Fees | 178,608.78 | |
| | | | | | Tangarra Consultants Fees and Expenses | Bermuda Commercial Bank | | 178,608.78 |
| | | | | | | | 178,608.78 | 178,608.78 |
| 469 | General Journal | 09/30/2016 | 469 | | Accrued Mirabaud Custody Fees | Custody Fees - Mirabaud | 5,160.49 | |
| | | | | | Accrued Mirabaud Custody Fees | Accrued Mirabaud Custody Fees | | 5,160.49 |
| | | | | | | | 5,160.49 | 5,160.49 |
| 470 | General Journal | 09/21/2016 | 470 | | Redemption of US Treasury Bought 6/15/2016 | Mirabaud - Current | 38,150,000.00 | |
| | | | | | Redemption of US Treasury Bought 6/15/2016 - Cost | US Treasury - Cost | | 38,127,400.17 |
| | | | | | Redemption of US Treasury Bought 6/15/2016 - Gain | US Treasuries - Income | | 22,599.83 |
| | | | | | | | 38,150,000.00 | 38,150,000.00 |
| 471 | General Journal | 09/30/2016 | 471 | | Purchase of US Treasury to Redeem on 11/25/2016 | US Treasury - Cost | 38,137,792.00 | |
| | | | | | Purchase of US Treasury to Redeem on 11/25/2016 | Mirabaud - Current | | 38,137,794.44 |
| | | | | | Correspondent's Fees | Bank Charges | 2.44 | |
| | | | | | | | 38,137,794.44 | 38,137,794.44 |
| 472 | General Journal | 09/30/2016 | 472 | | Month-end Adjustment on Accrued Treasury Value | US Treasuries - Unr G/L | 18,843.96 | |
| | | | | | Month-end Adjustment on Accrued Treasury Value | US Treasury - Unrel G/L | | 18,843.96 |
| | | | | | Month-end Adjustment on Accrued Treasury Value | US Treasury - Unrel G/L | 12,523.13 | |
| | | | | | Month-end Adjustment on Accrued Treasury Value | US Treasuries - Unr G/L | | 12,523.13 |
| | | | | | | | 31,367.09 | 31,367.09 |
| 473 | General Journal | 10/24/2016 | 473 | | Redemption by Addington and Transfer to Regency | Capital Contributed | 500,000.00 | |
| | | | | | Redemption by Addington and Transfer to Regency | Bermuda Commercial Bank | | 500,000.00 |
| | | | | | | | 500,000.00 | 500,000.00 |
| 474 | General Journal | 10/03/2016 | 474 | | Greenway Healthcare:  Principal repayment and Interest Income on 1st Lien Debt | Mirabaud - Current | 11,674.91 | |
| | | | | | Greenway Healthcare:  Principal repayment on 1st Lien Debt | Greenway Debt 1st Large - Cost | | 11,543.02 |
| | | | | | Greenway Healthcare:  Interest Income on 1st Lien Debt | Greenway 1st Large Interest | | 131.89 |
| | | | | | | | 11,674.91 | 11,674.91 |
| 475 | General Journal | 10/03/2016 | 475 | | Compuware - Interest Income on 2nd Lien | Mirabaud - Current | 236,388.89 | |
| | | | | | Compuware - Interest Income on 2nd Lien | Compuware Interest Income | | 236,388.89 |
| | | | | | | | 236,388.89 | 236,388.89 |
| 476 | General Journal | 10/05/2016 | 476 | | Payment of accrued Mirabaud Custody Fees | Accrued Mirabaud Custody Fees | 15,026.64 | |
| | | | | | Payment of accrued Mirabaud Custody Fees | Mirabaud - Current | | 15,026.64 |
| | | | | | | | 15,026.64 | 15,026.64 |
| 477 | General Journal | 10/05/2016 | 477 | | Mirabaud Correspondent Custodian Fees | Bank Charges | 1,749.55 | |
| | | | | | Mirabaud Correspondent Custodian Fees | Mirabaud - Current | | 1,749.55 |

MLATSW_021793

# EXHIBIT

# C-56

Exhibit C-56

Message

**From**:       Permit [permit1@lambdaprime.org]
**Sent**:       7/15/2012 12:12:23 AM
**To**:         redfish@lambdaprime.org
**Subject**:    RE:

OK

BB

---

**From:** Redfish [mailto:redfish@lambdaprime.org]
**Sent:** Thursday, July 12, 2012 3:40 PM
**To:** permit1@lambdaprime.org
**Subject:**

Bob,

Henke invoices exceeding $2000 this month are:

-     Carl Linnecke          -        $ 4,954.00
-     DHM Design            -        $ 17,776.52
-     Five Rivers, Inc         -        $ 4,032.22
-     Five Rivers, Inc         -        $ 4,017.30
-     Holland & Hart         -        $ 4.059.00
-     Prehm Ranch Owners Association    -        $ 3,750.00
-     RM Development, Inc.        -        $ 3,513.75

Copies of invoices are attached.

Evatt

ET_0000054609