UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT T. BROCKMAN,<br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>　　　Defendant. | )<br>)<br>)　Case No. 22-cv-00202<br>)<br>)<br>)<br>) |

## NOTICE OF CORRECTION TO THE COURT

The United States files this notice to the Court to correct a mistake in the United States' Response (Dkt. 21), and states as follows:

Subsequent to filing the United States Response to the Plaintiff's Motion for Determination (Dkt. 10) relating to the IRS jeopardy assessment and levy, the United States determined that its Response contained an incorrect date and a related statement.

The chart on page twenty-three of the United States' Response summarized several email communications between Evatt Tamine and Robert Brockman. The chart was based on the emails in Gov. Ex. A-61, Dkt. #23 which at pages 5-8, shows email dates beginning on March 8, 2013 and ending on April 19, 2013, rather than ending on April 19, 2021 as mistakenly stated in the chart on page 23 of the Response. This incorrect date in the chart also made the statement that "[s]ome of these communications took place in April of 2020, after Brockman was aware that he was under investigation" partially incorrect. Brockman was aware of the investigation in April of 2020, but particular emails being discussed in that part of the Response to show his offshore structure and prior use of nominees did not take place in April of 2020.

The United States apologizes for any confusion. The mistake was an unintentional error that arose in transferring the dates from the emails to the chart, and was not intended to mislead the Court. The correct dates were in the supporting exhibit, and the United States has moved quickly to correct the mistake.

Dated: February 3, 2022

                      DAVID A. HUBBERT
                      Deputy Assistant Attorney General

By:

                      /s/ Herbert W. Linder
                      HERBERT W. LINDER
                      Ohio Bar No. 0065446
                      Jonathan L. Blacker
                      State Bar No. 00796215
                      John P. Nasta, Jr.
                      Florida Bar No. 1004432
                      Attorneys, Tax Division
                      Department of Justice
                      717 N. Harwood, Suite 400
                      Dallas, Texas  75201
                      (214) 880-9754
                      (214) 880-9774 (facsimile)
                      Herbert.W.Linder@usdoj.gov
                      Jonathan.blacker2@usdoj.gov
                      John.nasta@usdoj.gov

                      ATTORNEYS FOR UNITED STATES

## **CERTIFICATE OF SERVICE**

I certify that on February 3, 2022, I filed the foregoing document by electronic means on all parties who have entered an appearance through the Court's ECF system, including the following:

Jason S. Varnado
Julia N. Camp
Kathryn Keneally
Frank J. Jackson
Michael J. Scarduzio
Anthony J. DeRiso
Irina K. Bleustein
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Attorneys for Plaintiff

/s/ Herbert W. Linder
HERBERT W. LINDER