UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT T. BROCKMAN, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00202-GCH |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § § § | |

## **[PROPOSED] ORDER**

For good cause shown, Plaintiff Robert T. Brockman's Motion for Leave to File a Supplemental Memorandum (1) in Support of Motion for Determination on Complaint for Abatement of Jeopardy Assessment and Jeopardy Levy or (2) in the Alternative, for a Stay of IRS Collection is hereby **GRANTED**.

So ORDERED, this _____ day of _____, 2022.

_____
George C. Hanks, Jr.
United States District Judge