# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROBERT T. BROCKMAN,       ) | |
|     Plaintiff,       ) | |
| ) | Case No. 22-cv-00202 |
| v.       ) | |
| ) | |
| UNITED STATES OF AMERICA       ) | |
|     Defendant.       ) | |

## ORDER DENYING PLAINTIFF'S MOTION
## FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

This comes before the Court on the Plaintiff's motion for leave to file a supplemental memorandum in support of his Motion for Determination on Complaint and for Judicial Review and Abatement of Jeopardy Assessment and Jeopardy Levy Pursuant to 26 U.S.C. § 7429, or, in the alternative, for a stay of IRS collection actions. (Dkt. 37). The Court, having considered Plaintiff's motion and the United States' response, **ORDERS** that the Plaintiff's motion is **DENIED**.

**ORDERED** this ____ day of _____ 2022.

                                                       **GEORGE C. HANKS, JR.**
                                                       **UNITED STATES DISTRICT JUDGE**