United States District Court
Southern District of Texas
**ENTERED**
June 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT T. BROCKMAN | § | |
|     Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00202 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

The parties are **ORDERED** to file a Joint Status Report to the Court on or before **June 17, 2022.**

SIGNED at Houston, Texas on June 14, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT
JUDGE