UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT T. BROCKMAN § | |
| § | |
| Plaintiff(s), § | |
| VS. § | CIVIL ACTION NO. 4:22–cv–00202 |
| § | |
| USA § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTING

A Status Conference has been set in this matter for 09:30 AM on 6/28/2022. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1603321712?pwd=eEJ0aitDTExWT2g3cDhQeGVselVTdz09*
Meeting phone number: 1–669–254–5252
Meeting ID: 160 332 1712
Meeting Password: 412286

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 6/22/2022         Byron Thomas
                        cm4147@txs.uscourts.gov
                        Case Manager to
                        U.S. District Judge George C. Hanks, Jr.