UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT T. BROCKMAN | § | |
|     Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00202 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## NOTICE OF SETTING ORAL ARGUMENT

**Oral Argument is set for the place, date and time set forth below**:

Before the Honorable George C. Hanks, Jr.

*PLACE:*

*Courtroom 600, 6th floor*

*United States District Court*

*515 Rusk Ave*

*Houston, Texas 77002*

*DATE:* AUGUST 3, 2022

*TIME:* 9:30 AM

David J. Bradley, Clerk of Court

Date:   July 1, 2022        By: B. Thomas, Case Manager to
                                                                      Judge George C. Hanks, Jr.