FILED
In the Office of the
Secretary of State of Texas
SEP 2 4 2010
Corporations Section

# CERTIFICATE OF FORMATION

# OF

# BROCKMAN ELK CREEK LOT 16 LLC

I, the undersigned, a natural person of the age of eighteen years or more, acting as organizer of a filing entity under Section 3.004 of the Texas Business Organizations Code, do hereby adopt the following Certificate of Formation therefor:

## ARTICLE I

The filing entity being formed is a limited liability company. The name of the limited liability company is Brockman Elk Creek Lot 16 LLC.

## ARTICLE II

The address of the Company's initial registered office is 6700 Hollister, Houston, TX 77040, and the name of the Company's initial registered agent at such address is Robert T. Brockman.

## ARTICLE III

The purpose of the Company is the transaction of any or all business for which a limited liability company may be organized under the Texas Business Organizations Code.

## ARTICLE IV

The Company will have managers. The name and address of the sole initial manager is as follows:

Robert T. Brockman
6700 Hollister
Houston, TX 77042

## ARTICLE V

The name and address of the organizer is as follows:

Robert T. Brockman
6700 Hollister
Houston, TX 77042

## ARTICLE VI

This document becomes effective when it is filed by the Secretary of State.



GOVERNMENT
EXHIBIT
22-cv-00202
No. 40

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of Brockman Elk Creek Lot 16, LLC on this 23 day of September, 2010. The undersigned affirms that the person designated as registered agent has consented to the designation.

R. T. Brockman
Robert T. Brockman
Organizer

05-102 (Rev. 1-08/28)
Tcode 13196

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

File Number: 801322816

(To be filed by Corporations and Limited Liability Companies (LLCS))

1000003

**This report MUST be filed to satisfy franchise tax requirements**

Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

Report year: 2 0 1 1

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.*

Taxpayer name
**BROCKMAN ELK CREEK LOT 16 LLC**

Mailing address
**6700 HOLLISTER ST**

Secretary of State file number or Comptroller file number
**0801322816**

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| **HOUSTON** | **TX** | **77040** | **5331** |

○ Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office
**6700 HOLLISTER ST, HOUSTON, TX 77040**

Principal place of business
**6700 HOLLISTER ST, HOUSTON, TX 77040**

32042696651111

*Please sign below!* Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| **ROBERT T BROCKMAN** | **MANAGER** | ○ YES | 1 2 3 1 1 1 |

| Mailing address | City | State | ZIP code |
|---|---|---|---|
| **6700 HOLLISTER ST** | **HOUSTON** | **TX** | **77040** |

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| | | ○ YES | |

| Mailing address | City | State | ZIP code |
|---|---|---|---|
| | | | |

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| | | ○ YES | |

| Mailing address | City | State | ZIP code |
|---|---|---|---|
| | | | |

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| | | ○ YES | |

| Mailing address | City | State | ZIP code |
|---|---|---|---|
| | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*

**Agent: ROBERT T BROCKMAN**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office | City | State | ZIP Code |
|---|---|---|---|
| **6700 HOLLISTER** | **HOUSTON** | **TX** | **77040** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| | **CPA** | **04/17/2011** | **(970 ) 925 - 1040** |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

Comptroller of Public Accounts FORM

05-102 (Rev. 1-08/28)

Tcode 13196

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

File Number: 801322816

(To be filed by Corporations and Limited Liability Companies (LLCS))

1000004

**This report MUST be filed to satisfy franchise tax requirements**

Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

Report year:

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.*

Taxpayer name
**BROCKMAN ELK CREEK LOT 16 LLC**

Mailing address
**6700 HOLLISTER ST**

| City | State | ZIP Code | Plus 4 | Secretary of State file number or Comptroller file number |
|---|---|---|---|---|
| **HOUSTON** | **TX** | **77040** | **5331** | **0801322816** |

○ Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office
**6700 HOLLISTER ST, HOUSTON, TX 77040**

Principal place of business
**6700 HOLLISTER ST, HOUSTON, TX 77040**

3204269665108

*Please sign below!* Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration (mmddyy) |
|---|---|---|---|
| **ROBERT T BROCKMAN** | **MANAGER** | ○ YES | 123112 |

| Mailing address | City | State | ZIP code |
|---|---|---|---|
| **6700 HOLLISTER ST** | **HOUSTON** | **TX** | **77040** |

| Name | Title | Director | Term expiration (mmddyy) |
|---|---|---|---|
| | | ○ YES | |

| Mailing address | City | State | ZIP code |
|---|---|---|---|
| | | | |

| Name | Title | Director | Term expiration (mmddyy) |
|---|---|---|---|
| | | ○ YES | |

| Mailing address | City | State | ZIP code |
|---|---|---|---|
| | | | |

| Name | Title | Director | Term expiration (mmddyy) |
|---|---|---|---|
| | | ○ YES | |

| Mailing address | City | State | ZIP code |
|---|---|---|---|
| | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*

**Agent: ROBERT T BROCKMAN**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office | City | State | ZIP Code |
|---|---|---|---|
| **6700 HOLLISTER** | **HOUSTON** | **TX** | **77040** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| | **CPA** | **05/14/2012** | **(970) 925 - 1040** |

**Texas Comptroller Official Use Only**



VE/DE ○ PIR IND ○



Filing Number: 801322816

1000005

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 1 3

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name: BROCKMAN ELK CREEK LOT 16 LLC

Mailing address: 6700 HOLLISTER ST

City: HOUSTON | State: TX | ZIP Code: 77040 | Plus 4:

Secretary of State (SOS) file number or Comptroller file number: 0801322816

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 6700 Hollister St, Houston, TX 77040

Principal place of business: 6700 Hollister St, Houston, TX 77040

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665113

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mmddyy) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ○ YES | 123113 |
| Mailing address: 6700 HOLLISTER ST | City: HOUSTON | State: TX | ZIP Code: 77040 |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: ROBERT T BROCKMAN

○ Blacken circle if you need forms to change the registered agent or registered office information.

Office: 6700 HOLLISTER | City: HOUSTON | State: TX | ZIP Code: 77040

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 05-09-2013 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

Filing Number: 801322816

1000006

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 1 4

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | | | | |
|---|---|---|---|---|
| BROCKMAN ELK CREEK LOT 16 LLC | | | | |
| Mailing address: 6700 HOLLISTER ST | | | | Secretary of State (SOS) file number or Comptroller file number |
| City: HOUSTON | State: TX | ZIP Code: 77040 | Plus 4 | 0801322816 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 6700 Hollister St., Houston, TX 77040

Principal place of business: 6700 Hollister St., Houston, TX 77040

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665114

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ◯ YES | |
| Mailing address: 6700 HOLLISTER ST | City: HOUSTON | State: TX | ZIP Code: 77040 |
| Name | Title | Director ◯ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ◯ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: ROBERT T BROCKMAN

◯ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: 6700 HOLLISTER | City: HOUSTON | State: TX | ZIP Code: 77040 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 05-16-2014 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ◯ PIR IND ◯

Filing Number: 801322816

1000007

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 1 5

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | | | | |
|---|---|---|---|---|
| BROCKMAN ELK CREEK LOT 16 LLC | | | | |
| Mailing address: 6700 HOLLISTER ST | | | | Secretary of State (SOS) file number or Comptroller file number |
| City: HOUSTON | State: TX | ZIP Code: 77040 | Plus 4 | 0801322816 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 6700 Hollister St, Houston, TX 77040

Principal place of business: 6700 Hollister St, Houston, TX 77040

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665115

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ○ YES | |
| Mailing address: 6700 HOLLISTER ST | City: HOUSTON | State: TX | ZIP Code: 77040 |
| Name | Title | Director: ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director: ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: ROBERT T BROCKMAN

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: 6700 HOLLISTER | City: HOUSTON | State: TX | ZIP Code: 77040 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 03-12-2015 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

1000008

# Texas Franchise Tax Public Information Report

05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 1 5

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | | | |
|---|---|---|---|
| BROCKMAN ELK CREEK LOT 16 LLC | | | |
| Mailing address: 6700 HOLLISTER ST | | | Secretary of State (SOS) file number or Comptroller file number |
| City: HOUSTON | State: TX | ZIP Code: 77040 | Plus 4: | 0801322816 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 6700 Hollister St, Houston, TX 77040

Principal place of business: 6700 Hollister St, Houston, TX 77040

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665115

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ○ YES | |
| Mailing address: 6700 HOLLISTER ST | City: HOUSTON | State: TX | ZIP Code: 77040 |
| Name | Title | ○ YES | |
| Mailing address | City | State | ZIP Code |
| Name | Title | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: ROBERT T BROCKMAN

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: 6700 HOLLISTER | City: HOUSTON | State: TX | ZIP Code: 77040 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 03-12-2015 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

Filing Number: 801322816

1000009

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 1 6

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name: BROCKMAN ELK CREEK LOT 16 LLC

Mailing address: 6700 HOLLISTER ST

Secretary of State (SOS) file number or Comptroller file number: 0801322816

City: HOUSTON | State: TX | ZIP Code: 77040 | Plus 4:

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 6700 Hollister St., Houston, TX 77040

Principal place of business: 6700 Hollister St., Houston, TX 77040

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665116

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ○ YES | |
| Mailing address: 6700 HOLLISTER ST | City: HOUSTON | State: TX | ZIP Code: 77040 |
| Name | Title | Director | Term expiration (m m d d y y) |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director | Term expiration (m m d d y y) |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: ROBERT T BROCKMAN

○ Blacken circle if you need forms to change the registered agent or registered office information.

Office: 6700 HOLLISTER | City: HOUSTON | State: TX | ZIP Code: 77040

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 02-26-2016 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

1000010

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 1 6

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Field | Value |
|---|---|
| Taxpayer name | BROCKMAN ELK CREEK LOT 16 LLC |
| Mailing address | 6700 HOLLISTER ST |
| City | HOUSTON |
| State | TX |
| ZIP Code | 77040 |
| Plus 4 | |
| Secretary of State (SOS) file number or Comptroller file number | 0801322816 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 6700 Hollister St., Houston, TX 77040

Principal place of business: 6700 Hollister St., Houston, TX 77040

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665116

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ○ YES | |
| **Mailing address** | **City** | **State** | **ZIP Code** |
| 6700 HOLLISTER ST | HOUSTON | TX | 77040 |
| **Name** | **Title** | **Director** | **Term expiration (m m d d y y)** |
| | | ○ YES | |
| **Mailing address** | **City** | **State** | **ZIP Code** |
| | | | |
| **Name** | **Title** | **Director** | **Term expiration (m m d d y y)** |
| | | ○ YES | |
| **Mailing address** | **City** | **State** | **ZIP Code** |
| | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: ROBERT T BROCKMAN

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office | City | State | ZIP Code |
|---|---|---|---|
| 6700 HOLLISTER | HOUSTON | TX | 77040 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 02-26-2016 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

Filing Number: 801322816

1000011

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 1 7

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | | | | |
|---|---|---|---|---|
| BROCKMAN ELK CREEK LOT 16 LLC | | | | |
| Mailing address: 6700 HOLLISTER ST | | | | Secretary of State (SOS) file number or Comptroller file number |
| City: HOUSTON | State: TX | ZIP Code: 77040 | Plus 4 | 0801322816 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| | |
|---|---|
| Principal office | 6700 Hollister St., Houston, TX 77040 |
| Principal place of business | 6700 Hollister St., Houston, TX 77040 |

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665117

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ○ YES | |
| Mailing address: 6700 HOLLISTER ST | City: HOUSTON | State: TX | ZIP Code: 77040 |
| Name | Title | Director: ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director: ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: ROBERT T BROCKMAN

| Office | City | State | ZIP Code |
|---|---|---|---|
| 6700 HOLLISTER | HOUSTON | TX | 77040 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 01-20-2017 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

Filing Number: 801322816

1000012

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 1 8

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | | | |
|---|---|---|---|
| BROCKMAN ELK CREEK LOT 16 LLC | | | |
| **Mailing address:** 6700 HOLLISTER ST | | | **Secretary of State (SOS) file number or Comptroller file number** |
| **City:** HOUSTON | **State:** TX | **ZIP Code:** 77040 | **Plus 4:** |
| | | | 0801322816 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 6700 Hollister St., Houston, TX 77040

Principal place of business: 6700 Hollister St., Houston, TX 77040

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665118

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ◯ YES | |
| **Mailing address:** 6700 HOLLISTER ST | **City:** HOUSTON | **State:** TX | **ZIP Code:** 77040 |
| | | ◯ YES | |
| **Mailing address:** | **City:** | **State:** | **ZIP Code:** |
| | | ◯ YES | |
| **Mailing address:** | **City:** | **State:** | **ZIP Code:** |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: ROBERT T BROCKMAN

◯ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: 6700 HOLLISTER | City: HOUSTON | State: TX | ZIP Code: 77040 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 03-01-2018 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ◯ PIR IND ◯

1000013

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 2 0

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name: **BROCKMAN ELK CREEK LOT 16 LLC**

Mailing address: **6700 HOLLISTER ST**

City: **HOUSTON** State: **TX** ZIP Code: **77040** Plus 4:

Secretary of State (SOS) file number or Comptroller file number: **0801322816**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **6700 Hollister St., Houston, TX 77040**

Principal place of business: **6700 Hollister St., Houston, TX 77040**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665120

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ◯ YES | |
| Mailing address: 6700 HOLLISTER ST | City: HOUSTON | State: TX | ZIP Code: 77040 |
| Name | Title | Director ◯ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ◯ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: **ROBERT T BROCKMAN**

◯ Blacken circle if you need forms to change the registered agent or registered office information.

Office: **6700 HOLLISTER** City: **HOUSTON** State: **TX** ZIP Code: **77040**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 02-28-2020 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ◯ PIR IND ◯

1000014

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 2 0

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name: **BROCKMAN ELK CREEK LOT 16 LLC**

Mailing address: **6700 HOLLISTER ST**

Secretary of State (SOS) file number or Comptroller file number: **0801322816**

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| HOUSTON | TX | 77040 | |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **6700 Hollister St., Houston, TX 77040**

Principal place of business: **6700 Hollister St., Houston, TX 77040**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665120

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ◯ YES | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 6700 HOLLISTER ST | HOUSTON | TX | 77040 |

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| | | ◯ YES | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| | | ◯ YES | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: **ROBERT T BROCKMAN**

◯ Blacken circle if you need forms to change the registered agent or registered office information.

| Office | City | State | ZIP Code |
|---|---|---|---|
| 6700 HOLLISTER | HOUSTON | TX | 77040 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 02-28-2020 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ◯ PIR IND ◯

1000015

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 2 1

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name: **BROCKMAN ELK CREEK LOT 16 LLC**

Mailing address: **6700 HOLLISTER ST**

Secretary of State (SOS) file number or Comptroller file number: **0801322816**

City: **HOUSTON** | State: **TX** | ZIP Code: **77040** | Plus 4

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **6700 Hollister St., Houston, TX 77040**

Principal place of business: **6700 Hollister St., Houston, TX 77040**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665121

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ◯ YES | |
| Mailing address: 6700 HOLLISTER ST | City: HOUSTON | State: TX | ZIP Code: 77040 |
| Name | Title | Director ◯ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ◯ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: **ROBERT T BROCKMAN**

◯ Blacken circle if you need forms to change the registered agent or registered office information.

Office: **6700 HOLLISTER** | City: **HOUSTON** | State: **TX** | ZIP Code: **77040**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 04-29-2021 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ◯ PIR IND ◯

1000016

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number: 3 2 0 4 2 6 9 6 6 5 1

■ Report year: 2 0 2 1

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name: **BROCKMAN ELK CREEK LOT 16 LLC**

Mailing address: **6700 HOLLISTER ST**

Secretary of State (SOS) file number or Comptroller file number: **0801322816**

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| HOUSTON | TX | 77040 | |

◉ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **6700 Hollister St., Houston, TX 77040**

Principal place of business: **6700 Hollister St., Houston, TX 77040**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204269665121

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| ROBERT T BROCKMAN | MANAGER | ○ YES | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 6700 HOLLISTER ST | HOUSTON | TX | 77040 |

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| | | ○ YES | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| | | ○ YES | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: **ROBERT T BROCKMAN**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office | City | State | ZIP Code |
|---|---|---|---|
| 6700 HOLLISTER | HOUSTON | TX | 77040 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Carl B Linnecke | Electronic | 04-29-2021 | ( 970 ) 925 - 1040 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○