# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801322816 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | September 24, 2010 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32042696651 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Brockman Elk Creek Lot 16 LLC |
| **Address:** | 6700 HOLLISTER ST |
| | HOUSTON, TX 77040 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| Name | Address | Inactive Date |
|---|---|---|
| Robert T Brockman | 6700 Hollister | |
| | Houston, TX 77040 USA | |

[Order]  [Return to Search]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

**GOVERNMENT EXHIBIT**

Case No. 22-cv-00202
No. 41