UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT T. BROCKMAN, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 22-cv-00202 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**THIRD DECLARATION OF REVENUE AGENT
DAMON PAXTON UNDER 28 U.S.C. §1746**

I, Damon Paxton declare:

1.      My name is Damon Paxton.  I am over 21 years of age, of sound mind, capable

and competent of making this declaration, and have personal knowledge of the facts

herein stated, based upon my review of the official records of the Internal Revenue

Service.

2.      I am currently employed as a duly commissioned Revenue Agent in the Large

Business & International ("LB&I") operating division of the IRS and assigned to an

International Individual Compliance ("IIC") field examination team with a post of duty in

San Francisco, California.  I previously worked as a Revenue Agent in the Small

Business/Self-Employed ("SBSE") operating division of the IRS from September 2010

before transferring to the LB&I division in July 2019, where I have remained since.

3.       I was the Revenue Agent assigned to the examination of Robert T. Brockman's

("Brockman") 2004 through 2018 tax years regarding his income tax liabilities and the

IRS's jeopardy assessment against him for the 2004-2018 years.



GOVERNMENT
EXHIBIT

Case No. 22-cv-00202
No. 42

4.    This affidavit is submitted in support in the case of *Robert T. Brockman v. United States*, Case No. 22-cv-0202.  This affidavit/declaration does not include every fact or matter observed by me, the IRS, or known by the IRS and the United States that support a jeopardy determination.  The information contained herein is based upon my review of the documents contained in the IRS administrative files and information obtained during the examination process.

5.    I conducted a search of the IRS database for the name "Brockman Elk Creek Lot 16 LLC".  I discovered that there is no EIN (employer identification number) or TIN (taxpayer identification number) assigned for Brockman Elk Creek Lot 16 LLC. I also determined that the IRS has received no tax filings, including any income tax returns, for Brockman Elk Creek Lot 16 LLC.

6.    Robert Brockman filed an extension for filing his 2021 federal income tax return extending the deadline for filing the 2021 return until October 15, 2022.  As of July 18, 2021, Robert Brockman has not filed his 2021 return.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **21** day of July 2022.

Damon Paxton
Revenue Agent
Internal Revenue Service