09/28/2010 04:16 PM Page 1of3 299488
NANCY R. AMICK    RIO BLANCO COUNTY, COLORADO
RecFee:$21.00  DocFee:$175.00    Receipt #16158

# WARRANTY DEED

THIS DEED, made   September 28, 2010

Between    **KHOURY 2001 REVOCABLE TRUST**

of the County of , and State of CA, grantor, and

**BROCKMAN ELK CREEK LOT 16 LLC, A TEXAS LIMITED LIABILITY COMPANY**

whose legal address is : 6700 Hollister, Houston, TX, 77040

of the County of and State of TX, grantee:

WITNESSETH, That the grantor for and in consideration of the sum of $10.00 DOLLARS and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell and convey and confirm unto the grantee, its successors and or assigns, all the real property together with improvements, if any, situate, lying and being in the County of Rio Blanco and State of Colorado described as follows:

**Lot No. 16,
Elk Creek Ranch, according to the Final Plat of Elk Creek Ranch, P.U.D. recorded in the Office of the Clerk and Recorder of Rio Blanco County, Colorado on February 21, 2007 at Reception No. 287707, and the Declaration of Protective Covenants for Elk Creek Ranch recorded in the Office of the Clerk and Recorder of Rio Blanco County, Colorado on February 21, 2007 at Reception No. 287709, County of Rio Blanco,
State of Colorado
Together with the obligations and rights benefiting Lot 16 created under that certain Declaration of Protective Covenants for Elk Creek Ranch recorded in the office of the Clerk and Recorder of Rio Blanco County, Colorado on February 21, 2007 as Reception No. 287709.**

TOGETHER with all and singular the hereditaments and appurtenances thereto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.
TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the grantee, its successors and or assigns. And the Grantor, its successors and or assigns, does covenant, grant, bargain, and agree to and with the Grantee, its successors and or assigns, that at the time of the ensealing and delivery of these presents, Grantor is well seized of the premises above conveyed, has good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form as aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature soever, except general taxes and assessments for the year 2010 and subsequent years and all those specific exceptions described on Exhibit "A" attached hereto.
The grantor shall and will WARRANT AND FOREVER DEFEND the above bargained premises in the quiet and peaceable possession of the grantee, its successors and or assigns, against all and every person or persons lawfully claiming the  whole or any part thereof. The singular number shall include the plural, the plural the singular, and the use of gender shall be applicable to all genders.

GOVERNMENT
EXHIBIT

Case No.  22-cv-00202
No. 43

```
09/28/2010 04:16 PM Page 2of3 299488
NANCY R. AMICK    RIO BLANCO COUNTY, COLORADO
RecFee:$21.00  DocFee:$175.00    Receipt #16158
```

IN WITNESS WHEREOF the grantor has executed this deed on the date set forth above.

KHOURY 2001 REVOCABLE TRUST

_____
BY: SHEEN KHOURY, TRUSTEE

_____
BY: JENNIFER KHOURY, TRUSTEE

STATE OF California )
                    ) ss.
COUNTY OF San Mateo )

The foregoing instrument was acknowledged before me on September 27, 2010, by SHEEN KHOURY AND JENNIFER KHOURY, TRUSTEES OF THE KHOURY 2001 REVOCABLE TRUST.

WITNESS my hand and official seal

My commission expires: 2-11-11

_____
Notary Public

```
KARLA M. FLORES
Commission # 1724842
Notary Public - California
San Joaquin County
My Comm. Expires Feb 11, 2011
```

Rio Blanco File No. 1009R08

Return to:
BROCKMAN ELK CREEK LOT 16 LLC, a Texas limited liability company
6700 Hollister
Houston TX 77040

```
09/28/2010 04:16 PM Page 3of3 299488
NANCY R. AMICK   RIO BLANCO COUNTY, COLORADO
RecFee:$21.00  DocFee:$175.00    Receipt #16158
```

# Exhibit "A"
## Permitted Exceptions

1. Reservation of (1) right-of-way for ditches or canals constructed by authority of United States; and (2) right of proprietor of any penetrating vein or lode to extract his ore, in U.S. Patent recorded February 1, 1898 in Book 5, Page 132.

2. Reservation of an undivided one-half interest in and to all minerals on, in or under subject property as reserved by Lorraine R. Quiett and R.C. Quiett in Warranty Deed to Winston Wheeler recorded January 17, 1969 in Book 298, Page 2, Reception No. 444830, and any assignments thereof or interests therein. (Affecting Lot 16)

3. Declaration of Protective Covenants for Elk Creek Ranch recorded February 21, 2007 at Reception No. 287709.

4. Planned Unit Development Agreement recorded February 21, 2007 at Reception No. 287708; Amendment to Planned Unit Development recorded August 4, 2008 as Reception No. 293144 and Second Amendment to Planned Unit Development Agreement recorded June 23, 2009 as Reception No. 296115.

5. All easements, rights-of-way, plat notes, and all other matters disclosed on the Plat of Elk Creek Ranch, filed February 21, 2007 as Reception No. 287707 of the records of Rio Blanco County, Colorado.