Reception # 323370 Record Date 10/15/2021 11:04 AM
Page: 1 of 2    RecFee: $18.00 DocFee: $145.00
BOOTS M. CAMPBELL RIO BLANCO COUNTY, COLORADO

eRecorded

# Warranty Deed

Brockman Elk Creek Lot 16 LLC, a Texas Limited Liability Company, hereinafter referred to as "Grantor", for and in consideration of the sum of ten dollars and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, grants, bargains, sells, conveys and confirms unto Booner Creek Farms, LLC, hereinafter "Grantee", its successors and assigns forever, all the real property, together with improvements, if any, situate, lying and being in the County of Rio Blanco and State of Colorado described as follows:

Lot No. 16,
Elk Creek Ranch, according to the Final Plat of Elk Creek Ranch, P.U.D. recorded in the Office of the Clerk and Recorder of Rio Blanco County, Colorado on February 21, 2007 at Reception No. 287707, and the Declaration of Protective Covenants for Elk Creek Ranch recorded in the Office of the Clerk and Recorder of Rio Blanco County, Colorado on February 21, 2007 at Reception No. 287709, County of Rio Blanco,
State of Colorado
Together with the obligations and rights benefiting Lot 16 created under that certain Declaration of Protective Covenants for Elk Creek Ranch recorded in the office of the Clerk and Recorder of Rio Blanco County, Colorado on February 21, 2007 as Reception No. 287709.

Also known as: TBD Elk Creek Ranch Village, Meeker, CO 81641

TOGETHER with all and singular the hereditaments and appurtenances thereto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the Grantee, its successors and assigns forever. And the Grantor, for itself and its successors and assigns, does covenant, grant, bargain, and agree to and with the Grantee, its successors and assigns, that at the time of the ensealing and delivery of these presents, he is well seized of the premises above conveyed, has good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form as aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature soever, except general taxes and assessments for the year 2021 and subsequent years; and "subject to statutory exceptions" as defined in § 38-30-113(5)(a), C.R.S.



21-09-28

GOVERNMENT
EXHIBIT

Case No. 22-cv-00202
No. 44

Reception # 323370 Record Date 10/15/2021 11:04 AM
Page: 2 of 2
BOOTS M. CAMPBELL RIO BLANCO COUNTY COLORADO
          **eRecorded**

The Grantor shall and will WARRANT AND FOREVER DEFEND the above bargained premises in the quiet and peaceable possession of the Grantee, its successors and assigns, against all and every person or persons lawfully claiming the whole or any part thereof. The singular number shall include the plural, the plural the singular, and the use of gender shall be applicable to all genders.

In Witness Whereof, Brockman Elk Creek Lot 16 LLC, A Texas Limited Liability Company, the said, **Grantor**, hereunto set by hands and seals this _/ST_ day of October, 2021.

Brockman Elk Creek Lot 16 LLC, a Texas Limited Liability Company

By: _Dorothy Kay Brockman, Manager_
      Dorothy Kay Brockman, Manager

STATE OF _TEXAS_
COUNTY OF _HARRIS_

The foregoing instrument was acknowledged before me this _/ST_ day of October, 2021, by Dorothy Kay Brockman, Manager of Brockman Elk Creek Lot 16 LLC, a Texas Limited Liability Company.

_Laura R Douglass_
Notary's Official Signature

LAURA R DOUGLASS
Notary ID #5194176
My Commission Expires
April 5, 2022

My Commission Expires:

Grantee Name and Address:

_Booner Creek Farms, LLC_
_P.O. Box 5830_
_Eagle CO 81631_



21-09-28