# Rio Blanco County Assessor Data

Renae Neilson   P.O. Box 508, Meeker, CO, 81641   More Information
Phone 970.878.9410   Fax 970.878.3341   Email Renae.Neilson@rbc.us

[< Search Results]

## Property Details

### Account Information

[Property Report] [GIS Map] [Other Sales]

| ACCOUNTTYPE | RealAccount |
|---|---|
| ACCOUNTNUMBER | R0304636 |
| PARCELNUMBER | 162123000122 |
| PROPERTY ADDRESS (SITUS) | CO |
| LEGALSUMMARY | Subd: ELK CREEK PUD Lot: 16 S: 23 T: 1S R: 92W LOT 16 LEGAL UPON REQUEST |
| PROPERTY CLASS | Agricultural Property |
| OWNERNAME | BOONER CREEK FARMS, LLC |
| OWNERADDRESS | PO BOX 5830 EAGLE, CO 81631 |
| TAXAREAID | 003_003 |
| PLATTEDSUBDIVISION | 433_ELK CREEK PUD |
| MAPLINK | https://www.google.com/maps?q=39.949612,-107.679208 |

### Additional Owners

### Sales/Deed Information

[Sales] [Deed]



| Date | Sale A... | Deed... | Doc N... | Grantor | Grant... | QUALI... | Sale T... | Reaso... |
|---|---|---|---|---|---|---|---|---|
| 05/24/2006 | $15,000,000.00 | SWD | 284976 | WHEELER RANCH LLC | ELK CREEK RANCH DEVELOPMENT, INC. | UI_Unqualified Invalid | V_Vacant | |
| 03/02/2007 | $1,000,000.00 | SWD | 287896 | ELK CREEK RANCH DEVELOPME | KHOURLY REVOCABLE TRUST | QV_Qualified Valid | V_Vacant | |

**GOVERNMENT EXHIBIT**
Case No. 22-cv-00202
No. 45



## Values and Estimated Taxes



| Tax Year | Taxable | Actual | Mill Levy | Estimated Tax |
| --- | --- | --- | --- | --- |
| 2019 | $110.00 | $370.00 | 42.166 | $4.64 |
| 2020 | $110.00 | $370.00 | 42.255 | $4.65 |
| 2021 | $120.00 | $400.00 | 43.736 | $5.25 |
| 2022 | $110.00 | $400.00 | 43.736 | $4.81 |

## Property Details

Click to see details

LAND 1

© 2022 ValueWest, 5125 S. Kipling Parkway, Suite 301, Littleton, CO 80127 - Last Updated on 07/17/2022