Reception # 323369 Record Date 10/15/2021 11:03 AM
Page: 1 of 1   RecFee: $13.00   DocFee: $0.00
BOOTS M. CAMPBELL RIO BLANCO COUNTY, COLORADO

eRecorded

## STATEMENT OF AUTHORITY

1. This Statement of Authority relates to an entity named Brockman Elk Creek Lot 16 LLC, a Texas Limited Liability Company

2. The type of entity is a limited liability company.

3. The entity is formed under the laws of the State of Texas.

4. The mailing address for the entity is 6700 Hollister Street, Houston, TX 77040.

5. The name and position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is: Dorothy Kay Brockman, Manager.

6. The authority of the foregoing person to bind the entity is not limited.

7. This Statement of Authority is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, Colorado Revised Statutes.

Executed October 1, 2021.

By: _Dorothy Kay Brockman, Manager_
Dorothy Kay Brockman, Manager

STATE OF TEXAS
COUNTY OF HARRIS

The foregoing instrument was acknowledged before me this 1st day of October, 2021, by Dorothy Kay Brockman, Manager of Brockman Elk Creek Lot 16 LLC, a Texas Limited Liability Company.

_Laura R. Douglass_
Notary's Official Signature


LAURA R DOUGLASS
Notary ID #5194176
My Commission Expires
April 5, 2022

My Commission Expires:


21-09-28

**GOVERNMENT EXHIBIT**

Case No. 22-cv-00202

No. 46