# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801322816 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | September 24, 2010 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32042696651 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Brockman Elk Creek Lot 16 LLC |
| **Address:** | 6700 HOLLISTER ST<br>HOUSTON, TX 77040 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| September 11, 2013 | ROBERT T BROCKMAN | | MANAGER | | 6700 HOLLISTER ST<br>HOUSTON, TX 77040 USA | |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**GOVERNMENT EXHIBIT**

Case No. 22-cv-00202

No. 47