# HEARING MINUTES

Cause No:        4:22-CV-202

Style:           Brockman v. USA

Hearing Type:    Motion hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Herbert W. Linder | United States |
| Kathryn Keneally | Robert Brockman |
| Jason Scott Varnado | Robert Brockman |
| Frank Jackson | Robert Brockman |

Date: August 3, 2022                Court reporter: ERO
Time: 9:51 a.m.—11:04 a.m.          Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

    The Court held a motion hearing.

    The Court heard oral argument and took Robert Brockman's motion to abate the IRS's jeopardy assessment and release the IRS's jeopardy levy [Dkt. 10] under advisement.

    Robert Brockman may supplement the record **on or before August 17, 2022**.