UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT T. BROCKMAN, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 22-cv-00202 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
|     Defendant. | ) | |

**Declaration of Herbert W. Linder Pursuant to 28 U.S.C. § 1746**

1. I am employed as an attorney with the United States Department of Justice, Tax Division, Southwestern Civil Trial Section. In that capacity, I am one of the attorneys assigned the responsibility for handling the case of the *Robert T. Brockman v. United States*. In connection with this case, I have received certain files from the Internal Revenue Service, the taxpayer, Department of the Treasury, third parties, and the United States Department of Justice. The Government Exhibits listed below are numbered 49-51.

2. Government Exhibit 49 is the declaration of Revenue Officer Robert Hunt.

3. Government Exhibit 50 is the declaration of IRS Revenue Agent Paxton.

4. Government Exhibit 51 is the response of Amegy Bank to IRS levies.

Government I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th, day of August 2022.

                                          /s/ Herbert W. Linder
                                          Herbert W. Linder