| Form 668-A(ICS) (April 2020) | | Department of the Treasury – Internal Revenue Service |
|---|---|---|
| | | Notice of Levy    A21-26471 |

Date **09/09/2021**

Reply to   Internal Revenue Service
**V C SANDLES**
**5450 STRATUM DR STE 150**
**FORT WORTH, TX 76137**

Telephone number of IRS office
**(817)232-6316**

To   **AMERGY BANK NA**
**%ZION BANKCORP**
**1875 SOUTH REDWOOD RD**
**SALT LAKE CITY, UT 84104**

Name and address of taxpayer
**ROBERT T BROCKMAN**
**333 W. FRIAR TUCK LANE**
**HOUSTON, TX 77024-5741337**

Identifying number(s)

Special instructions for certain property levied

This isn't a bill for taxes you owe. This is a notice of levy we are using to collect money owed by the taxpayer named above.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2004 | $82,512,479.00 | $219,714,556.55 | $302,227,035.55 |
| 1040 | 12/31/2005 | $32,772,341.00 | $79,667,968.09 | $112,440,309.09 |
| 1040 | 12/31/2006 | $38,916,900.00 | $84,597,374.31 | $123,514,274.31 |
| 1040 | 12/31/2007 | $2,547,543.00 | $4,939,814.38 | $7,487,357.38 |
| 1040 | 12/31/2010 | $110,120,720.00 | $173,641,891.22 | $283,762,611.22 |
| 1040 | 12/31/2012 | $21,712,495.00 | $30,397,065.33 | $52,109,560.33 |
| 1040 | 12/31/2013 | $36,939,855.00 | $49,095,026.48 | $86,034,881.48 |
| 1040 | 12/31/2014 | $14,156,595.00 | $17,840,451.09 | $31,997,046.09 |
| 1040 | 12/31/2015 | $53,460,628.00 | $63,500,040.21 | $116,960,668.21 |
| | | | **Total Amount Due** | See page 2 |

We figured the interest and late payment penalty to   **09/09/2021**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment. This levy does not attach to funds in IRAs, Self-Employed Individuals' Retirement Plans, or any other retirement plans in your possession or control.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us

**To respond to this levy —**
1. Make your check or money order payable to **United States Treasury**.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub ).
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope

| Signature of Service Representative | Title |
|---|---|
| **/S/ V C SANDLES** | **REVENUE OFFICER** |

Catalog Number 20435N

www.irs.gov
Part 3 – Complete and return to IRS

Form **668-A** (Rev. 4-2020)

**GOVERNMENT EXHIBIT**

22-cv-00202

No. 51

| Form 668-A(ICS) (April 2020) | Department of the Treasury – Internal Revenue Service<br>**Notice of Levy**     A21-26471 |
|---|---|
| Date  09/09/2021<br>Reply to  Internal Revenue Service<br>    V C SANDLES<br>    5450 STRATUM DR STE 150<br>    FORT WORTH, TX 76137<br><br>To  **AMERGY BANK NA**<br>    **%ZION BANKCORP**<br>    **1875 SOUTH REDWOOD RD**<br>    **SALT LAKE CITY, UT 84104** | Telephone number of IRS office<br>(817)232-6316<br><br>Name and address of taxpayer<br>**ROBERT T BROCKMAN**<br>**333 W. FRIAR TUCK LANE**<br>**HOUSTON, TX 77024-5741337**<br><br>Identifying number(s) |

Special instructions for certain property levied

This isn't a bill for taxes you owe.  This is a notice of levy we are using to collect money owed by the taxpayer named above.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2016 | $23,918,714.00 | $26,361,429.49 | $50,280,143.49 |
| 1040 | 12/31/2017 | $108,161,287.00 | $109,740,197.52 | $217,901,484.52 |
| 1040 | 12/31/2018 | $17,576,763.00 | $15,980,237.04 | $33,557,000.04 |
| | | | **Total Amount Due** | $1,418,272,371.71 |

We figured the interest and late payment penalty to  09/09/2021

   The Internal Revenue Code provides that there is a lien for the amount that is owed.  Although we have given the notice and demand required by the Code, the amount owed hasn't been paid.  This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person.  However, don't send us more than the "Total Amount Due."

   **Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money.  Include any interest the person earns during the 21 days.  Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.  This levy does not attach to funds in IRAs, Self-Employed Individuals' Retirement Plans, or any other retirement plans in your possession or control.**

   Make a reasonable effort to identify all property and rights to property belonging to this person.  At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form.  Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.  You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**
1. Make your check or money order payable to **United States Treasury**.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.)*
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope

| Signature of Service Representative<br>**/S/ V C SANDLES** | Title<br>**REVENUE OFFICER** |
|---|---|

Catalog Number 20435N                                         www.irs.gov                                         Form **668-A**  (Rev. 4-2020)
**Part 3** – Complete and return to IRS

| Form 668-A(ICS)<br>(April 2020) | Department of the Treasury – Internal Revenue Service<br>**Notice of Levy**  A21-26471 |
|---|---|

**Please Remove This Page Before Completing It**

### Section 1 – Levy Acknowledgment

| Signature of person responding<br>*Christina Hund* (signature) | Printed name of person responding<br>Christina Heggestad- Legal Specialist |
|---|---|
| Your telephone number<br>800-601-9582 | Date and time this levy received<br>09/14/21 |

### Section 2 – Levy Results *(Check all applicable boxes.)*

☐ Check attached in the amount of $ _____

☐ No funds

[X] No account    ACCOUNTS CLOSED
                  NO ACCOUNTS

☐ No record

[X] Account closed on  05/25/2021

### Section 3 — Other Information *(please complete this section only if you are NOT sending us the total amount the taxpayer owes.)*

Taxpayer's latest address, if different from the one on this levy

_____

_____

_____

Taxpayer's telephone number: (_____) _____   Next date you will owe funds to the taxpayer _____

Name and address of taxpayer's employer, if different from addressee

_____

_____

_____

Other information you believe may help us

Catalog Number 20435N        www.irs.gov        Form **668-A**  (Rev. 4-2020)